# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **John D. West, on Behalf Of Himself and All Other Persons Similarly Situated,** 214 Woodlawn Road, Butler, Pennsylvania ) ) ) ) **Plaintiffs,** ) v. ) ) **AK Steel Corporation (Formerly ARMCO Inc.) Retirement Accumulation Pension Plan, a part of the AK Steel Corporation (Formerly ARMCO Inc.) Noncontributory Pension Plan,** 703 Curtis Street, Middletown, Ohio 45043 ) ) ) **and** ) ) **AK Steel Corporation Benefit Plans Administrative Committee,** 703 Curtis Street, Middletown, Ohio 45043 ) ) ) **Defendants.** ) | Case No.: C-1-02-0001 District Judge Sandra S. Beckwith Magistrate Judge Jack Sherman, Jr. |

## DEFENDANTS' WITNESS LIST

Pursuant to the stipulated order entered on April 23, 2003, Defendants hereby identify the following witnesses who may testify at trial:

| **Witness** | **Subject Matter of Testimony** |
|---|---|
| 1. Richard S. Ford<br>Corporate Manager, Employee Benefits<br>AK Steel Corporation | Mr. Ford may testify about the history, administration, and interpretation of the RAPP, including but not limited to the subjects covered in his Declarations and deposition and the documents identified therein. |

DC: 952443-2

| | |
|---|---|
| 2. Richard Mandera<br>    Manager, Employee Benefits Analysis<br>    AK Steel Corporation | Mr. Mandera may testify about the history, administration, and interpretation of the RAPP, including but not limited to the subjects covered in his Declaration and the documents identified therein. |
| 3. Robert J. Rietz<br>    Deloitte & Touche | Mr. Rietz may testify on the subjects covered in his expert report. |
| 4. Richard A. Ogus<br>    Buck Consultants, Inc. | Mr. Ogus may testify as to the history, administration, and interpretation of the RAPP, including but not limited to the subjects covered in his Declaration. |
| 5. Steve Rabinowitz<br>    Buck Consultants, Inc. | Mr. Rabinowitz may testify as to the history, administration, and interpretation of the RAPP. |

Defendants also reserve the right to call any witnesses listed by plaintiff or any witnesses needed for rebuttal or impeachment.

Respectfully submitted,

_____
Michael A. Roberts (0047129)
Graydon Head & Ritchey LLP
1900 Fifth Third Center
P.O. Box 6464
Cincinnati, OH 45201-6464
(513) 621-6464
email:mroberts@graydon.com

*Trial Attorney for Defendants*

Robert D. Wick
Stuart J. Evans
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC 20004-2401
(202) 662-6000

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing Defendants' Witness List has been served by U.S. Mail, postage prepaid on Allen C. Engerman, Law Offices of Allen C. Engerman. P.C., 666 Dundee Road, No. 1200, Northbrook, IL  60062, and Thomas R. Theado, Gary, Naegele, & Theado, 446 Broadway Avenue, Lorain, OH  44052-1797, counsel for the plaintiff, on this 8th day of September, 2003.

                                                                               _____