# CIVIL MINUTE SHEET

**CASE NUMBER:** C-1-02-1  **DATE:** Wed. Dec. 17, 2003
**TITLE:** West v. AK Steel Retirement Accumulation Retirement Plan
**RE:** Arg. in part'l J.J. & S.J. (Docs. 37 & 39)
(9:05 – 12:05 p.m.)

**Honorable Sandra S. Beckwith**
**Courtroom Deputy:** Mary Brown
**Law Clerk:** Jeanette Hargreaves
**Court Reporter:** Mary Ann Ranz

**Attorney for Plaintiff(s)**
Thomas Downie

**Attorney for Defendant(s)**
Robert Wick
Robert Newman
Mike Roberts

## WITNESSES

## PROCEEDINGS

Arguments held on both motions. Matter taken under submission.