FILED
JAMES BONINI
CLERK

04 MAY 19 AM 10: 49

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John D. West, on Behalf Of Himself and All Other Persons Similarly Situated,<br><br>     Plaintiffs,<br><br>v.<br><br>AK Steel Corporation (Formerly ARMCO Inc.) Retirement Accumulation Pension Plan, a part of the AK Steel Corporation (Formerly ARMCO Inc.) Noncontributory Pension Plan,<br><br>And<br><br>AK Steel Corporation Benefit Plans Administrative Committee,<br><br>     Defendants. | Case No.: C-1-02 0001<br><br>Judge: Hon. Sandra S. Beckwith |

## [PROPOSED] STIPULATED SCHEDULING ORDER

The Court is informed that (1) the parties have conferred with respect to an appropriate schedule for the damages phase of this litigation, (2) the parties believe that all or most of the remaining issues in the case are likely to be resolved on summary judgment, and (3) the Court should adopt the following schedule for the remainder of the action:

   a) May 18, 2004: Deadline for Defendants' responses to Plaintiffs' third set of discovery;

   b) July 13, 2004: Plaintiffs to identify damages experts and serve expert reports;

   c) September 2, 2004: Deadline for deposing Plaintiffs' damages experts;

   d) September 2, 2004: Defendants to identify damages experts and serve expert reports;

e)  October 15, 2004: Deadline for deposing Defendants' damages experts;

f)  October 15, 2004: Deadline for Plaintiffs' dispositive motion on damages;

g)  November 24, 2004: Deadline for Defendants' cross-motion and opposition to Plaintiffs' dispositive motion on damages;

h)  December 24, 2004: Deadline for Plaintiffs' opposition and reply with respect to dispositive motions on damages;

i)  January 20, 2005: Deadline for Defendants' reply in support of their dispositive motion;

j)  Eighty (80) days after the Court issues final decision on the parties' dispositive motions on damages issues: parties exchange trial witness lists;

k)  One-hundred-and-twenty (120) days after the Court issues final decision on the parties' dispositive motions on damages issues: trial or evidentiary hearing on damages issues.

l)  Additional discovery needed by the parties, if any, shall be completed on or before October 15, 2004.

Pursuant to the Stipulation and Agreement of the parties, this Court hereby ORDERS that the schedule set forth above is adopted.

**IT IS SO ORDERED.**

Date: May 19, 2004

/s Sandra S. Beckwith
Honorable Sandra S. Beckwith
United States District Judge

Stipulated and Agreed:

/s Michael A. Roberts
Michael A. Roberts (0047129)
Graydon Head & Ritchey LLP
1900 Fifth Third Center
P.O. Box 6464
Cincinnati, OH 45201-6464
(513) 621-6464
email: mroberts@graydon.com

/s Thomas R. Theado – per email authorization
Thomas R. Theado (0013037)
Gary, Naegele & Theado
446 Broadway Avenue
Lorain, OH 44052-1797
(440) 244-4809
email:tomtheado@aol.com

| *Trial Attorney for Defendants* | *Trial Attorney for Plaintiffs* |
| --- | --- |
| Robert D. Wick<br>Stuart J. Evans<br>Covington & Burling<br>1201 Pennsylvania Avenue<br>Washington, DC  20004-2401<br>(202) 662-6000<br>*Attorneys for Defendants* | Allen C. Engerman<br>Law Offices Of Allen C. Engerman<br>666 Dundee Road - #1200<br>Northbrook, IL  60062<br>(847) 564-5555<br><br>*Attorneys for Plaintiff* |