IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John D. West, on Behalf of Himself and All Other Persons Similarly Situated, Plaintiffs, | ) ) ) ) ) ) ) ) ) ) |
| v. | |
| AK Steel Corporation, etc., et al. Defendants. | |

Case No. C-1-02-0001

District Judge Sandra S. Beckwith

**PLAINTIFFS' MOTION FOR PERMISSION TO FILE TWO EXHIBITS UNDER SEAL**

The Court's Stipulated Scheduling Order, entered in this action on May 19, 2004, provides that the parties are to commence submitting their dispositive motions on the relief to be accorded this action's certified class on October 15, 2004. Plaintiffs' dispositive motion will make use of two rosters, marked Exhibits 4 and 5, each of which identifies by name the 1,257 class members thus far identified by the defendants, and specifies for each member, among other identifying indicia, the amount of the member's original lump-sum payment of retirement benefits and the amount by which that member was under-paid, as determined pursuant to the Court's Order in this action of April 8, 2004. Earlier this year, the parties agreed that they would seek to file under seal any document that reveals the size of the lump sum benefits already paid specific class members or the amount of any under-payment still owed to such individuals. Consistent with that agreement, plaintiffs hereby move the Court for its permission to file plaintiffs' Exhibits 4 and 5 under seal pursuant to S. D. Ohio Civ. R. 79.3. Inasmuch as the whole of each exhibit contains personal identifying information which may implicate privacy concerns, plaintiffs further move this Court for its leave to forego placing a redacted copy of either exhibit on the Court's ECF system.

Respectfully submitted,


s/  Thomas R. Theado
Trial Attorney
Thomas R. Theado (0013937)
GARY, NAEGELE & THEADO
446 Broadway Avenue
Lorain, Ohio  44052-1797
Ph:    440-244-4809
Fx:    440-244-3462


Of Counsel:

Robert D. Gary (0019610)
Jori Bloom Naegele (0019602)
Thomas A. Downie (0033119)
GARY, NAEGELE & THEADO
446 Broadway Avenue
Lorain, Ohio  44052-1797
Ph:    440-244-4809
Fx:    440-244-3462
Allen C. Engerman
Law Offices of Allen C. Engerman, P.C.
666 Dundee Road–# 1200
Northbrook, Illinois  60062
Ph:    847-564-5555
Fx:    847-564-4944

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas A Downie    tdownie@gntlaw.com
Allen C Engerman    acelaw@mcn.org,
Stuart J Evans    sevans@cov.com,
Robert D Gary    office@gntlaw.com
Jori Bloom Naegele    JNaegele@gntlaw.com
Michael A Roberts    mroberts@graydon.com
Thomas R Theado    ttheado@gntlaw.com
Robert D Wick    rwick@cov.com,

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Christopher M Denig
Covington and Burling
1201 Pennsylvania Avenue, N.W.
P.O. Box 7566
Washington, DC 20044

s/   Thomas R. Theado
Trial Attorney
Thomas R. Theado (0013937)
Gary, Naegele & Theado
446 Broadway Avenue
Lorain, Ohio 44052-1797
Telephone: (440) 244-4809
Telecopier: (440) 244-3462
E-mail:  TomTheado@aol.com