IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John D. West, on Behalf Of Himself and All Other Persons Similarly Situated ) ) ) | Case No.: C-1-02-0001 |
| Plaintiffs ) | |
| v. ) ) | District Judge Sandra S. Beckwith |
| AK Steel Corporation (formerly ARMCO) Retirement Accumulation Pension Plan ) ) ) | Magistrate Judge Timothy S. Black |
| Defendants ) | |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
ON THE ISSUES OF DAMAGES AND PREJUDGMENT INTEREST**

Pursuant to Fed. R. Civ. P. 56, plaintiffs respectfully move this Court to grant partial summary judgment against defendants on the issues of damages and prejudgment interest, and to approve and adopt the damages and prejudgment interest computations set forth in Exhibit 4: Proposed Schedule of Underpayments (accompanying the Affidavit of Michael Libman, filed separately in Submissions in Support of Plaintiffs' Motion for Partial Summary Judgment on the Issues of Damages and Prejudgment Interest).

A memorandum in support of this motion is attached.

        Respectfully submitted,


        s/   Thomas R. Theado
        Trial Attorney
        Thomas R. Theado (0013937)
        GARY, NAEGELE & THEADO
        446 Broadway Avenue
        Lorain, Ohio  44052-1797
        Ph:     440-244-4809
        Fx:     440-244-3462

Of Counsel:        Robert D. Gary (0019610)
        Jori Bloom Naegele (0019602)
        Thomas A. Downie (0033119)
        GARY, NAEGELE & THEADO
        446 Broadway Avenue
        Lorain, Ohio  44052-1797
        Ph:     440-244-4809
        Fx:     440-244-3462

        Allen C. Engerman
        Law Offices of Allen C. Engerman, P.C.
        666 Dundee Road–# 1200
        Northbrook, Illinois  60062
        Ph:     847-564-5555
        Fx:     847-564-4944

        Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15 , 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Thomas A Downie    tdownie@gntlaw.com
> Allen C Engerman   acelaw@mcn.org
> Stuart J Evans     sevans@cov.com
> Robert D Gary      office@gntlaw.com
> Jori Bloom Naegele Jnaegele@gntlaw.com
> Michael A Roberts  mroberts@graydon.com
> Thomas R Theado    ttheado@gntlaw.com
> Robert D Wick      rwick@cov.com

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> Christopher M Denig
> Covington and Burling
> 1201 Pennsylvania Avenue, N.W.
> P.O. Box 7566
> Washington, DC 20044

> s/  Thomas R. Theado
> Thomas R. Theado (0013937)
> Attorney for Plaintiffs
> Gary, Naegele & Theado
> 446 Broadway Avenue
> Lorain, Ohio 44052-1797
> Telephone: (440) 244-4809
> Telecopier: (440) 244-3462
> E-mail:  TomTheado@aol.com