IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| John D. West, on Behalf of Himself and All Other Persons Similarly Situated, | ) ) | |
| Plaintiffs, | ) ) | Case No. C-1-02-0001 |
| v. | ) ) | District Judge Sandra S. Beckwith |
| AK Steel Corp. Retirement Accumulation Pension Plan, et al. | ) ) ) | Magistrate Judge Timothy S. Black |
| Defendants. | ) | |

**SUBMISSIONS IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
ON THE ISSUES OF DAMAGES AND PREJUDGMENT INTEREST**

Plaintiffs, by and through their undersigned counsel and pursuant to S. D. Ohio Civ. R. 7.2(d),[1] herewith respectfully submit the below-listed documents for the Court's consideration in conjunction with Plaintiffs' Motion for Partial Summary Judgment on the Issues of Damages and Prejudgment Interest:

- The Affidavit of Michael L. Libman, executed on October 12, 2004;

- The exhibits to Mr. Libman's Affidavit –
    < Exhibit 1: Summary of Underpayments,
    < Exhibit 2: Method of Calculation,
    < Exhibit 3: Interest Rates and Mortality Factors,
    < Exhibit 4: Proposed Schedule of Underpayments, and
    < Exhibit 5: Alternative Schedule of Underpayments (with Pre-Retirement Mortality Discount); and

---

1   "When proof of facts not already of record is necessary to support or oppose a motion, all evidence then available shall be discussed in, and submitted no later than, the primary memorandum of the party relying upon such evidence."  S. D. Ohio Civ. R. 7.2(d).

- The Report of Lawrence Sher, dated August 27, 2004,[2] *sans* appendix and exhibits.[3]

Mr. Libman's Affidavit and Exhibits 1, 2 and 3 thereto, and the Report of Lawrence Sher, are filed electronically with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to the following:

>   Thomas A Downie        tdownie@gntlaw.com
>   Allen C Engerman       acelaw@mcn.org
>   Stuart J Evans         sevans@cov.com
>   Robert D Gary          office@gntlaw.com
>   Jori Bloom Naegele     Jnaegele@gntlaw.com
>   Michael A Roberts      mroberts@graydon.com
>   Thomas R Theado        ttheado@gntlaw.com
>   Robert D Wick          rwick@cov.com

I hereby certify that I have mailed by United States Postal Service Mr. Libman's Affidavit and Exhibits 1, 2 and 3 thereto, and the Report of Lawrence Sher, to the following non-CM/ECF participants:

> Christopher M Denig
> Covington and Burling
> 1201 Pennsylvania Avenue, N.W.
> P.O. Box 7566
> Washington, DC 20044

---

[2]  The personal identifying information of individual class members, which may implicate privacy concerns, has been redacted from Mr. Sher's Report, pursuant to Section II(I)(1) of the Court's Electronic Filing Policies and Procedures Manual, and consistent with the Court's Notation Order that was entered in this action on October 13, 2004, granting Plaintiffs' Motion to File Exhibits 4 and 5 Under Seal (Doc. No. 59, filed Oct. 12, 2004).

[3]  It should be noted that the differences between Mr. Libman's and Mr. Sher's calculations, to which Mr. Sher refers at Section II of his report, have been eliminated from the results reported in Mr. Libman's Affidavit. *See* Libman Affidavit at ¶ 4.

Exhibits 4 and 5 to Mr. Libman's Affidavit are filed under seal, pursuant to the Notation Order of Judge Sandra S. Beckwith that was entered in the above-captioned action on October 13, 2004, granting Plaintiffs' Motion to File Exhibits 4 and 5 Under Seal (Doc. No. 59, filed Oct. 12, 2004), and further pursuant to S. D. Ohio Civ. R. 79.3. I hereby certify that I served via e-mail true and exact copies of said Exhibits 4 and 5 in proper PDF format on defendants' counsel, Messrs. Roberts and Wick, on October 15, 2004.

                        Respectfully submitted,

                        s/   Thomas R. Theado
                        Trial Attorney
                        Thomas R. Theado (0013937)
                        GARY, NAEGELE & THEADO
                        446 Broadway Avenue
                        Lorain, Ohio  44052-1797
                        Ph:    440-244-4809
                        Fx:    440-244-3462

Of Counsel:                Robert D. Gary (0019610)
                        Jori Bloom Naegele (0019602)
                        Thomas A. Downie (0033119)
                        GARY, NAEGELE & THEADO
                        446 Broadway Avenue
                        Lorain, Ohio  44052-1797
                        Ph:    440-244-4809
                        Fx:    440-244-3462

                        Allen C. Engerman
                        Law Offices of Allen C. Engerman, P.C.
                        666 Dundee Road–# 1200
                        Northbrook, Illinois  60062
                        Ph:    847-564-5555
                        Fx:    847-564-4944

                        Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15 , 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Thomas A Downie    tdownie@gntlaw.com
    Allen C Engerman    acelaw@mcn.org
    Stuart J Evans    sevans@cov.com
    Robert D Gary    office@gntlaw.com
    Jori Bloom Naegele    Jnaegele@gntlaw.com
    Michael A Roberts    mroberts@graydon.com
    Thomas R Theado    ttheado@gntlaw.com
    Robert D Wick    rwick@cov.com

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Christopher M Denig
    Covington and Burling
    1201 Pennsylvania Avenue, N.W.
    P.O. Box 7566
    Washington, DC 20044

                        s/  Thomas R. Theado
                        Thomas R. Theado (0013937)
                        Attorney for Plaintiffs
                        Gary, Naegele & Theado
                        446 Broadway Avenue
                        Lorain, Ohio 44052-1797
                        Telephone: (440) 244-4809
                        Telecopier: (440) 244-3462
                        E-mail:  TomTheado@aol.com