**Exhibit 2: Method of Calculation**

**AK Steel Retirement Accumulation Pension Plan**
**Calculation of 417(e) Lump Sum and Underpayment**

| | |
|---|---:|
| Participant Name | Anonymous Class Member |
| Date of Birth | 12/30/1946 |
| Normal Retirement Date | 01/01/2012 |
| Lump Sum Date | 05/01/2001 |
| Calculation Date | 12/31/2004 |
| Total Prior Lump Sum Actually Paid | 186,455.19 |

A. Opening Account
    1. Account Balance at 5/01/2001 — 135,727.74
    2. Interest Credit Rate — 7.50%
    3. Projection to Normal Retirement Date (1/01/2012) — 293,614.99
    4. Interest Rate for Annuity Conversion — 7.50%
    5. Straight Life Maturity Value at Normal Retirement Date — 101.75
    6. Annual Annuity at Normal Retirement Date (A3 / A5 X 12) — 34,627.81

B. Future Account
    1. Account Balance at 5/01/2001 — 50,727.45
    2. Interest Credit Rate — 5.49%
    3. Projection to Normal Retirement Date (1/01/2012) — 89,720.92
    4. Interest Rate for Annuity Conversion — 6.25%
    5. Straight Life Maturity Value at Normal Retirement Date — 110.48
    6. Annual Annuity at Normal Retirement Date (B3 / B5 X 12) — 9,745.21

C. 417(e) Lump Sum Determination
    1. Total Annual Annuity at Normal Retirement Date (A6 + B6) — 44,373.02
    2. 417(e) Interest Rate for Annuity Conversion — 5.78%
    3. 417(e) Maturity Value for Straight Life Annuity Conversion — 129.97
    4. Lump Sum Payable at Normal Retirement Date (C1 X C3 /12) — 480,596.78
    5. Present Value at Lump Sum Date — 263,881.76

D. Calculation of Underpayment
    1. 417(e) Lump Sum Amount (C5) — 263,881.76
    2. Prior Lump Sum Amount Actually Paid — 186,455.19
    3. Difference (D1 - D2), but not less than zero — 77,426.57

Prepared by Libman, Ryder Company