**Exhibit 3: Interest Rates and Mortality Factors**

**AK Steel Retirement Accumulation Pension Plan**
**Calculation of 417(e) Lump Sum and Underpayments**

**Interest Rates**

| Year | Opening Account Interest Crediting Rate | Future Account Interest Crediting Rate | Future Account Annuity Conversion Rate | 30 Year Treasury Rate |
|---|---|---|---|---|
| 1995 | 7.50% | 7.50% | 7.50% | 8.08% |
| 1996 | 7.50% | 5.61% | 6.75% | 6.26% |
| 1997 | 7.50% | 5.93% | 6.50% | 6.48% |
| 1998 | 7.50% | 5.91% | 6.50% | 6.11% |
| 1999 | 7.50% | 4.56% | 5.25% | 5.25% |
| 2000 | 7.50% | 6.20% | 5.75% | 6.15% |
| 2001 | 7.50% | 5.49% | 6.25% | 5.78% |
| 2002 | 7.50% | 4.12% | 5.00% | 5.12% |
| 2003 | 7.50% | 3.31% | 4.75% | 4.96% |
| 2004 | 7.50% | 3.41% | 4.00% | 5.12% |

**Mortality Factors**

Plan Table - 1971 Group Annuity Mortality, male rates, projected to 1978 with scale E.

417(e) Table (1995-2002) - 1983 Group Annuity Mortality, blended 50% male/50% female.

417(e) Table (2003-2004) - 1994 Group Annuity Reserving table, blended rates.