UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

John D. West,
    Plaintiffs

v.                                                              Case No.   1:02-cv-1

AK Steel Corporation Accumulation
Pension Plan, et al.,
    Defendants

**ORDER**

The undersigned hereby recuses herself from this case.  The Clerk is hereby directed to reassign this case to another District Judge.

**SO ORDERED**.

Date: October 20, 2004                                    s/Sandra S. Beckwith
                                                                                     Sandra S. Beckwith, Chief Judge
                                                                                    United States District Court