UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN D. WEST,

    Plaintiff,

-vs-                                                    1:02-cv-01

AK STEEL CORPORATION
ACCUMULATION PENSION PLAN, et al.,

    Defendants.

## NOTICE

The above-captioned case is **REASSIGNED** from the docket of the Honorable Sandra S. Beckwith to the docket of the **Honorable Michael H. Watson**.

                                        s/Karen F. Jones
                                        Karen F. Jones
                                        Division Manger