## Nos. 03-1044, 03-1045

---

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

| | | |
|---|---|---|
| Frank J. Crosby | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | Appeal from The United States |
| | ) | District Court for the Western District |
| v. | ) | of Michigan |
| | ) | |
| Bowater Incorporated and Bowater | ) | Case No. 01-683 |
| Incorporated Retirement Plan for | ) | |
| Salaried Employees Of Great Northern | ) | Richard Alan Enslen, presiding |
| Paper Inc. | ) | |
| | ) | |
| Defendants-Appellants. | ) | |

---

### BRIEF OF DEFENDANTS-APPELLANTS

Thomas J. Piskorski
Ian H. Morrison
SEYFARTH SHAW
55 East Monroe Street
Suite 4200
Chicago, Illinois 60603
(312) 346-8000
*Attorneys for Defendants-Appellants*

Dated: July 28, 2003

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

(This statement should be placed immediately preceding the table of contents in the brief of the party. See copy of 6th Cir. R. 26.1 on page 2 of this form.)


Frank J. Crosby

     Plaintiff-Appellee,

v.

Bowater Incorporated, et al.

     Defendants-Appellants

### DISCLOSURE OF CORPORATE AFFILIATIONS
### AND FINANCIAL INTEREST

Pursuant to 6th Cir. R. 26.1, Bowater Incorporated and Bowater Incorporated Retirement Plan for Salaried Employees of Great Northern Paper Inc. make the following disclosure:

1.    Is said party a subsidiary or affiliate of a publicly owned corporation? **No.**

    If the answer is YES, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

    **Note:** Bowater Incorporated is a publicly owned company. The Bowater Incorporated Retirement Plan for Salaried Employees of Great Northern Paper Inc. is an employee pension benefit plan sponsored and administered by Bowater Incorporated.

2.    Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? **No.**

    If the answer is YES, list the identity of such corporation and the nature of the financial interest:

_____    7/28/03
(Signature of Counsel)          (Date)