("The deferential 'arbitrary and capricious standard' requires us to uphold a benefits determination if, in light of the plan's provisions, it is rational").

## CONCLUSION

The Court should reverse the district court's November 26, 2002 judgment.

Respectfully submitted,

BOWATER INCORPORATED AND BOWATER INCORPORATED RETIREMENT PLAN FOR SALARIED EMPLOYEES OF GREAT NORTHERN PAPER INC.

By _/s/ Ian H. Morrison_
One of Their Attorneys

Thomas J. Piskorski
Ian H. Morrison
SEYFARTH SHAW
55 East Monroe Street
Suite 4200
Chicago, Illinois 60603
(312) 346-8000

Dated: July 28, 2003

## CERTIFICATE OF COMPLIANCE WITH FED. R. APP. P. 32(A)(7)

Pursuant to Rule 32(a)(7) of the Federal Rules of Appellate Procedure, counsel for defendants-appellants certifies that the number of words in this Reply Brief does not exceed 7,000. The total number of words is 6,878. The word processing system used is Microsoft Word 2002.

_____
Ian H. Morrison

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Reply Brief of Defendants-Appellants** was served upon the following counsel of record by First Class U.S. mail, on this 28th Day of July, 2003.

Bradley J. Schram
Robert P. Geller
Bradford T. Yaker
Eva T. Cantarella
Hertz, Schram & Saretsky, P.C.
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI 48302

_____
Ian H. Morrison

CH1 10526490.1