## Exhibit 1: Summary of Underpayments - Corrected

## AK Steel Retirement Accumulation Pension Plan
## Summary of Underpayments as of 12/31/04 - 1,257 Class Members

### Without Pre-Retirement Mortality Factor

| Total Underpayments Due as of Original Lump Sum's Date | With Interest to 12/31/04 ||||||
|---|---|---|---|---|---|---|
| | At Ohio Statutory Rate (10%/4%) | Total | At 7.5% Plan Rate | Total | At Federal Sec. 1961 Rate | Total |
| 40,176,529.34 | 15,619,033.49 | 55,795,562.83 | 15,323,400.65 | 55,499,929.99 | 9,598,157.92 | 49,774,687.26 |

### With Pre-Retirement Mortality Factor

| Total Underpayments Due as of Original Lump Sum's Date | With Interest to 12/31/04 ||||||
|---|---|---|---|---|---|---|
| | At Ohio Statutory Rate (10%/4%) | Total | At 7.5% Plan Rate | Total | At Federal Sec. 1961 Rate | Total |
| 33,015,305.18 | 12,625,182.02 | 45,640,487.20 | 12,371,506.63 | 45,386,811.81 | 7,698,317.38 | 40,713,622.56 |

Prepared by Libman, Ryder Company