UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John D. West, on Behalf Of Himself and All Other Persons Similarly Situated, 214 Woodlawn Road, Butler, Pennsylvania<br><br>Plaintiffs,<br>v.<br><br>AK Steel Corporation (Formerly ARMCO Inc.) Retirement Accumulation Pension Plan, a part of the AK Steel Corporation (Formerly ARMCO Inc.) Noncontributory Pension Plan, 703 Curtis Street, Middletown, Ohio 45043<br><br>And<br><br>AK Steel Corporation Benefit Plans Administrative Committee, 703 Curtis Street, Middletown, Ohio 45043<br><br>Defendants. | Case No.: C-1-02-0001<br><br>Judge: Hon. Sandra S. Beckwith<br><br>Magistrate Judge: Jack Sherman, Jr. |

## NOTICE OF APPEARANCE OF ANDREW R. KAAKE

Please take notice that the undersigned hereby files his appearance as co-counsel for Defendants, AK Steel Corporation Retirement Accumulation Pension Plan and AK Steel Corporation Benefits Plan, along with George E. Yund, in the above-captioned case.

Robert D. Wick
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC 20004-2401
Phone: (202) 662-6000
Admitted *pro hac vice*

Respectfully submitted,


Andrew R. Kaake
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
Phone: (513) 651-6953
Facsimile: (513) 651-6981

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2004, the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. Mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Andrew R. Kaake

CinLibrary 0001590.0528818 1453546v.1