# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| John D. West, on Behalf Of Himself and All Other Persons Similarly Situated, 214 Woodlawn Road, Butler, Pennsylvania | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: C-1-02-0001 |
| AK Steel Corporation (Formerly ARMCO Inc.) Retirement Accumulation Pension Plan, a part of the AK Steel Corporation (Formerly ARMCO Inc.) Noncontributory Pension Plan, 703 Curtis Street, Middletown, Ohio 45043 | ) ) ) ) ) ) | Judge: Hon. Sandra S. Beckwith |
| And | ) ) | |
| AK Steel Corporation Benefit Plans Administrative Committee, 703 Curtis Street, Middletown, Ohio 45043 | ) ) ) | Magistrate Judge: Jack Sherman, Jr. |
| Defendants. | ) ) ) | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants hereby request a one week extension of time through and including December 1, 2004 for filing their cross-motion and opposition to *Plaintiffs' Motion for Partial Summary Judgment on The Issues of Damages and Pre-judgment Interest*. The existing scheduling order entered on May 19, 2004 calls for defendants to file their cross-motion and opposition to plaintiffs' motion on November 24, 2004, the day before Thanksgiving. A one week extension should be granted for the following reasons:

       1.    Plaintiffs do not oppose this motion.

       2.    Defendants need a brief extension of time to complete their analysis of the reasons why their own actuary's calculation of the effects of "pre-retirement mortality" on a

potential award of damages in this case differs from the corresponding figure presented for the first time in the affidavit filed in support of plaintiffs' motion.

3.    Defense counsel also requests a brief extension of time to accommodate the press of business and the approaching Thanksgiving holiday.

## CONCLUSION

For the foregoing reasons, defendants should be granted a one week extension through and including December 1, 2004 for filing their opposition and cross-motion.

Respectfully submitted,

    /s  George E. Yund_____
George E. Yund (0017714)
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202-4182
(513) 651-6824
(513) 651-6981  (fax)
gyund@fbtlaw.com
George Yund

*Trial Attorney for Defendants*

Robert D. Wick
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC  20004-2401
(202) 662-6000

*Attorney for Defendants*

November 17, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2004, the foregoing Unopposed Motion for an Extension of Time was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. Mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Andrew R. Kaake

CinLibrary 0001590.0528818  1454266v.1