UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN D. WEST, on behalf of Himself And All other Persons Similarly Situated, | : : Case No.: 1:02-cv-00001 |
| Plaintiffs, | : : Judge Beckwith : Magistrate Judge Black |
| v. | : : |
| AK STEEL CORPORATION (Formerly ARMCO Inc.) RETIREMENT ACCUMULATION PENSION PLAN, a Part of the AK Steel Corporation (Formerly ARMCO Inc.) NONCONTRIBUTORY PENSION PLAN, and | : **NOTICE OF MANUAL FILING** : : : : |
| AK STEEL CORPORATION BENEFIT PLANS ADMINISTRATIVE COMMITTEE, | : : |
| Defendants. | : |

Please take notice that Defendants have manually filed the following documents:

Defendants' Appendix Volume III to Defendants' Motion for Partial Summary Judgment Against Ninety-two Class Members, or, in the Alternative, to Amend the Class Certification Order.

Respectfully submitted,

s/ George E. Yund
George E. Yund (0017714)
Trial Attorney for Defendants
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
(513) 651-6838
gyund@fbtlaw.com

>Robert D. Wick
>David A. Barker
>Attorneys for Defendants
>Covington & Burling
>1201 Pennsylvania Avenue
>Washington, DC 20004-2401
>(202) 662-6000
>rwick@cov.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2004, I electronically filed the foregoing Notice of Manual Filing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic fling system and copies will be mailed via U.S. Mail to those parties who are not served via the Court's electronic filing system.

>Respectfully submitted,
>
>s/ George E. Yund
>George E. Yund (0017714)
>Trial Attorney for Defendants
>FROST BROWN TODD LLC
>2200 PNC Center
>201 East Fifth Street
>Cincinnati, OH 45202
>(513) 651-6838
>gyund@fbtlaw.com