FILED

'05 JAN 14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John D. West, on Behalf of Himself and All Other Persons Similarly Situated, ) ) ) | Case No. C-1-02 0001 |
| Plaintiffs, ) ) | District Judge Sandra S. Beckwith |
| v. ) ) | Mag. Judge Timothy S. Black |
| AK Steel Corp. Retirement Accumulation Pension Plan, et al., ) ) ) | [~~PROPOSED~~] STIPULATED SCHEDULING ORDER |
| Defendants. ) | |

The Court is informed that the parties again have conferred, and have stipulated and agreed that the Court should adopt the following schedule for the completion of the parties' briefing on the currently pending motions; that the following schedule constitutes a two-week extension of the schedule which was proposed by the parties in the Scheduling Order that was entered herein on December 22, 2004; that such two-week extension is warranted as a result of plaintiffs' trial attorney's continuing illness over the past two weeks and the hospitalization of his son since mid-December of last year; and that the extension herein requested is further warranted by the wish desire of all counsel to present their positions in a full and fair fashion:

- January 31, 2005:   Deadline for Plaintiffs' opposition to Defendants' Motion for Partial Summary Judgment on the Issues of Damages and Pre-Judgment Interest, and for Plaintiffs' reply in further support of Plaintiffs' Motion for Partial Summary Judgment on the Issues of Damages and Prejudgment Interest

- January 31, 2005:   Deadline for Plaintiffs' opposition to Defendants' Motion for Summary Judgment Against Ninety-Two Class Members, or, in the Alternative, to Amend the Class Certification Order

- March 1, 2005:   Deadline for Defendants' reply in further support of Defendants' Motion for Partial Summary Judgment on the Issues of Damages and Pre-Judgment Interest

- March 1, 2005:   Deadline for Defendants' reply in further support of Defendants' Motion for Summary Judgment Against Ninety-Two Class Members, or, in the Alternative, to Amend the Class Certification Order

**IT IS SO ORDERED.**

Date: 1/13/05

Honorable Sandra S. Beckwith
United States District Judge

2

Stipulated and Agreed:

s/ George E. Yund
George E. Yund (0017714)
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202-4182
(513) 651-6824
(513) 651-6981 (fax)
Gyund@FBTLaw.com
Trial Attorney for Defendants

Robert D. Wick
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC 20004-2401
(202) 662-6000

Attorneys for Defendants

s/ Thomas R. Theado
Thomas R. Theado (0013937)
Gary, Naegele & Theado, LLC
446 Broadway
Lorain, Ohio 44052-1797
(440) 244-4809
(440) 244-3462 (fax)
TTheado@GNTLaw.com
Trial Attorney for Plaintiffs

Allen C. Engerman
Law Offices Of Allen C. Engerman
666 Dundee Road - #1200
Northbrook, Il. 60062
(847) 564-5555

Attorneys for Plaintiffs