UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John D. West, on Behalf of Himself and All Other Persons Similarly Situated,<br><br>        Plaintiffs,<br>v.<br>AK Steel Corporation Formerly ARMCO Inc.) Retirement Accumulation Pension Plan, a part of the AK Steel Corporation (Formerly ARMCO Inc.) Noncontributory Pension Plan, and<br><br>AK Steel Corporation Benefit Plans Administrative Committee,<br><br>        Defendants | Case No.: C-1-02-0001<br><br>Judge: Hon. Sandra S. Beckwith<br><br>Magistrate Judge: Timothy S. Black |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR COMPLETION OF THE RULE 23 CLASS NOTICE PROCESS PRIOR TO A RULING ON THE PENDING MOTIONS FOR SUMMARY JUDGMENT ON THE ISSUE OF DAMAGES**

Defendants hereby notify the Court that they do not oppose plaintiffs' motion for completion of the class notice process prior to entry of a ruling on the pending cross-motions for summary judgment regarding the proper calculation of damages (docket entries 60 and 79). Plaintiffs' counsel and defense counsel have exchanged drafts of a proposed class notice and hope to submit a joint proposed class notice and a recommended notice plan to the Court on or before Friday, April 8, 2005.

Robert D. Wick
Stuart J. Evans
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC 20004-2401
(202) 662-6000
*Attorneys for Defendants*

March 29, 2005

Respectfully submitted,

 s/George E. Yund
George E. Yund (0017714)
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202-4182
(513) 651-6824
(513) 651-6981 (fax)
*Trial Attorney for Defendants*

## CERTIFICATE OF SERVICE

   I hereby certify that a true and accurate copy of foregoing was electronically filed with the Court and has been served by U.S. Mail, postage prepaid on Allen C. Engerman, Law Offices of Allen C. Engerman. P.C., 666 Dundee Road, No. 1200, Northbrook, IL 60062, and Thomas R. Theado, Gary, Naegele, & Theado, 446 Broadway Avenue, Lorain, OH 44052-1797, counsel for the plaintiff, on this 1st day of March, 2005.


                           s/George E. Yund


CinLibrary 0001590.0528818  1493098v.1