IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John D. West, on Behalf Of Himself and All Other Persons Similarly Situated ) ) ) | Case No.: C-1-02-0001 |
| Plaintiffs ) | |
| v. ) ) | District Judge Sandra S. Beckwith |
| AK Steel Corporation (formerly ARMCO) Retirement Accumulation Pension Plan ) ) ) | Magistrate Judge Timothy S. Black |
| Defendants ) | |

### JOINT MOTION FOR APPROVAL OF NOTICE

The parties jointly and respectfully move this Court to enter an Order, in the form appended, approving the appended proposed Notice of Class Action, and ordering the distribution of the Notice by first-class United States mail to the class members' addresses as recorded in the records of defendant AK Steel Corporation Retirement Accumulation Pension Plan ("the Plan").

Rule 23(c)(2)(B) provides that "[f]or any class certified under Rule 23(b)(3), the court must direct to class members the best notice practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort." The content of the notice is prescribed by Rule 23(c)(2)(B):

The notice must concisely and clearly state in plain, easily understood language:

- the nature of the action,

- the definition of the class certified,

- the class claims, issues, or defenses,

- that a class member may enter an appearance through counsel if the member so desires,

- that the court will exclude from the class any member who requests exclusion, stating when and how members may elect to be excluded, and

- the binding effect of a class judgment on class members under Rule 23(c)(3).

As to the manner of distribution, Rule 23(c)(2) requires that "individual notice" be given "to all members who can be identified through reasonable effort." *Eisen v. Carlisle & Jacqueline*, 417 U.S. 156, 173-177 (1974). To satisfy Rule 23 and due process, the notice to class members "must be the best practicable." *Phillips Petroleum Co. v. Shutts*, 472 U.S. 797, 812 (1985). For class members whose identities are known, the "best notice practicable" means "individualized notice by mail to the last known address." *Grunin v. International House of Pancakes*, 513 F.2d 114, 121 (8th Cir. 1975).

The proposed Notice in the instant case fully satisfies these requirements. The content of the Notice conforms to Rule 23(c)(2)(B), and the Notice will be mailed to all Class Members at their last known addresses as shown in the Plan's records.

The parties accordingly request that the Court grant this Motion by entering the proposed appended Order.

        Respectfully submitted,


        s/  Thomas R. Theado
        Trial Attorney
        Thomas R. Theado (0013937)
        GARY, NAEGELE & THEADO, LLC
        446 Broadway Avenue
        Lorain, Ohio  44052-1797
        Ph:    440-244-4809
        Fx:    440-244-3462

Of Counsel:        Robert D. Gary (0019610)
        Jori Bloom Naegele (0019602)
        Thomas A. Downie (0033119)
        GARY, NAEGELE & THEADO, LLC
        446 Broadway Avenue
        Lorain, Ohio  44052-1797
        Ph:    440-244-4809
        Fx:    440-244-3462

        Allen C. Engerman
        Law Offices of Allen C. Engerman, P.C.
        666 Dundee Road–# 1200
        Northbrook, Illinois  60062
        Ph:    847-564-5555
        Fx:    847-564-4944

        COUNSEL FOR PLAINTIFFS


        s/  George E. Yund (0017714)
        Trial Attorney for Defendants
        Frost Brown Todd LLC
        2200 PNC Center
        201 East Fifth Street
        Cincinnati, OH 45202-4182
        (513) 651-6824

        Robert D. Wick
        David A. Barker
        Covington & Burling
        1201 Pennsylvania Avenue
        Washington, DC 20004-2401
        (202) 662-6000

        ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Thomas A Downie | tdownie@gntlaw.com |
| Allen C Engerman | acelaw@mcn.org |
| Stuart J Evans | sevans@cov.com |
| Robert D Gary | office@gntlaw.com |
| Jori Bloom Naegele | jnaegele@gntlaw.com |
| Thomas R Theado | ttheado@gntlaw.com |
| Robert D Wick | rwick@cov.com |
| George Edward Yund | gyund@fbtlaw.com |

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Christopher M. Denig
Covington and Burling
1201 Pennsylvania Avenue, N.W.
P.O. Box 7566
Washington, DC 20044

s/  Thomas R. Theado
Thomas R. Theado (0013937)
Attorney for Plaintiffs
Gary, Naegele & Theado LLC
446 Broadway Avenue
Lorain, Ohio 44052-1797
Telephone: (440) 244-4809
Telecopier: (440) 244-3462
E-mail:  TomTheado@aol.com