IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| John D. West, on Behalf of Himself and All Other Persons Similarly Situated, | ) ) | |
| Plaintiffs, | ) ) | Case No. 1:02-CV-0001 |
| v. | ) ) | |
| AK Steel Corp. Retirement Accumulation Pension Plan, | ) ) ) | District Judge Sandra S. Beckwith |
| – and – | ) | |
| AK Steel Corporation Benefit Plans Administrative Committee | ) ) | Magistrate Judge Timothy S. Black |
| Defendants. | ) | |

**DECLARATION OF CLASS COUNSEL
ATTESTING TO COMPLIANCE
WITH THE COURT'S ORDER REGARDING
DISSEMINATION OF THE CLASS NOTICE**

Thomas R. Theado, Class Counsel, hereby declares as follows:

1. Pursuant to the Order entered by the Court on April 20, 2005 (Doc. No. 91), I caused Notices to be deposited into the United States mail system on April 29, 2005, for delivery by first-class mail to the members of the Class certified in this suit.

2. Further pursuant to said Order, the aforementioned Notices were in the same form as the Notice which had been appended to the parties' Joint Motion for Approval of Notice (Doc. No. 90) and the Court's aforesaid Order (Doc. No. 91).

3. Further pursuant to said Order, prior to the mailing of the aforementioned Notices, I inserted into the Notice the date of May 24, 2005, as the deadline by which Class members must have their requests for exclusion from the Class postmarked pursuant to Part IV of the

Notice, as well as the deadline for Class members to enter appearances in this action through their own counsel, which date is 25 days after the day that the Notices were mailed.

4.  Further pursuant to said Order, the aforementioned Notices were mailed to Class members, as identified by defendants and at the addresses defendants provided to the undersigned, and said Class members totaled 1,333 individuals.

Respectfully submitted,

s/ Thomas R. Theado
Plaintiffs' Trial Attorney and Class Counsel
Thomas R. Theado (0013937)
GARY, NAEGELE & THEADO, LLC
446 Broadway Avenue
Lorain, Ohio 44052-1797
Ph: 440-244-4809
Fx: 440-244-3462

Of Counsel:

Robert D. Gary (0019610)
Jori Bloom Naegele (0019602)
Thomas A. Downie (0033119)
GARY, NAEGELE & THEADO, LLC
446 Broadway Avenue
Lorain, Ohio 44052-1797
Ph: 440-244-4809
Fx: 440-244-3462

Allen C. Engerman
Law Offices of Allen C. Engerman, P.C.
666 Dundee Road–# 1200
Northbrook, Illinois 60062
Ph: 847-564-5555
Fx: 847-564-4944

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Thomas A Downie | tdownie@gntlaw.com |
| Allen C Engerman | acelaw@mcn.org |
| Stuart J Evans | sevans@cov.com |
| Robert D Gary | office@gntlaw.com |
| Jori Bloom Naegele | jnaegele@gntlaw.com |
| Thomas R Theado | ttheado@gntlaw.com |
| Robert D Wick | rwick@cov.com |
| George Edward Yund | gyund@fbtlaw.com |

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Christopher M. Denig
Covington and Burling
1201 Pennsylvania Avenue, N.W.
P.O. Box 7566
Washington, DC 20044

                                                s/   Thomas R. Theado
                                                Thomas R. Theado (0013937)
                                                Plaintiffs' Trial Attorney and Class Counsel
                                                Gary, Naegele & Theado, LLC
                                                446 Broadway Avenue
                                                Lorain, Ohio 44052-1797
                                                Telephone: (440) 244-4809
                                                Telecopier: (440) 244-3462
                                                E-mail:  TomTheado@aol.com