FILED
JAMES BONINI
CLERK

James J. Gear
611 ½ West Livingston Avenue
Crestline, Ohio 44827
419-683-4025

Office of the Clerk
United States District Court
Southern District of Ohio
Western Division
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

Sirs:

I want to be excluded from the West case. Case No. 1:02-CV-0001
Please remove my name from this Class Action Suit.

James J. Gear
05-01-05

*James J. Gear* (signature)