FILED
JAMES BONINI
CLERK

Office of the Clerk   05 MAY -9 AM 11:47   May 4 2005
United States District Court
Southern District of Ohio Cincinnati
   Western Division

"I, Richard G. Shaw, want to be excluded from the West case."

"Case No. 1:02-CV-0001."

Richard G. Shaw
1936 Walnut St.
Coshocton, Ohio 43812
Ph. 740-622-5512.

*Richard Shaw* (signature)