C-1-02-001

May 7 2005

Office of the Clerk

My name is Michael A. Kurtz. I want to be excluded from the West case.

Michael A. Kurtz
1325 Chestnut St.
Dresden Ohio 43821
Ph. (740) 754-2811

*Michael A. Kurtz* (signature)