FILED
JAMES BONINI
May CLERK 2005

05 MAY 13 PM 3:36

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

John D. West, on Behalf of Himself and All Other Persons Similarly Situated,

Plaintiffs,

v.

AK Steel Corp.

Defendants.

C-1-02-001

I understand that I come within the definition of the above listed class action case.

It is my desire to **not** participate in this class action case.

I submit my written request to be excluded from the Class.

Doyle E. Mutti
627 Dirlam Ln.
Mansfield, Oh. 44904
Tel. No. 419-756-0798

"I want to be excluded from the West case."

Signature,
Doyle E. Mutti

cc: Gary, Naegele & Theado, LLC