I WANT TO BE EXCLUDED FROM THE WEST CASE

DAVID L. SUMMERS
17 EAST 10TH STREET
DRESDEN, OHIO 43821
740-754-1943

[1:02cv1]

*Stamp: FILED JAMES BONINI CLERK 05 MAY 16 PM 2:28 U.S. DISTRICT COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI*