Office of the Clerk, United States District Court,
Southern District of Ohio, Western Division,
Potter Stewart U.S. Courthouse,
100 East Fifth Street,
Cincinnati, Ohio 45202

" I want to be excluded from the West case."

FILED
JAMES BONINI
CLERK

05 MAY 16 PM 2: 28

1:02cv1

Timothy A. Brandt
2731 State Route 97 West
Lexington , Ohio 44904
(419) 884 – 1979 (home)
(419) 631 – 3533 (cell)
(419) 755 – 3360 (work)

A copy has also been sent to the office of Thomas R. Theado, the attorney assigned to the class suit.