**RECEIVED**

May 14, 2005

MAY 17 2005

Dear Office of the Clerk,

C-1-02-0001

**JAMES BONINI, Clerk**
CINCINNATI, OHIO

I want to be excluded from the West case. This is per the instructions on page 4 of the attached document.

I am in very poor health. I do not want to be contacted in the future regarding this case.

Sincerely,

*John R. Diers*
John R. Diers
10194 Amberwood Ct.
Cincinnati, Ohio 45241
513-777-0701