FILED
JAMES BONINI
CLERK

Ronald L Birch
5277 Gabbard Dr.
Trenton, Oh. 45067
(513) 894-1350

05 MAY 19  PM 12: 04

WEST DIV CINCINNATI

1:02 cv 1

I want to be excluded from the west case.

Signature    *Ronald L Birch*

FILED
JAMES BONINI
CLERK

May 16, 2005

05 MAY 19 PM 12: 05

1:02 cv 1

Ronald A. Carns
46596 Township Road 479
Coshocton  OH  43812-9573

Office of the Clerk,United States District Court
Southern District of Ohio - Western Division
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati  OH  45202

Please be advised:

My name is:        Ronald A. Carns
Address:           46596 Township Road 479
                   Coshocton  OH  43812-9573

Telephone:         740-829-2061

I want to be excluded from the West Case.

Thank you for your kind attention to this matter.

Yours Truly,

Ronald A. Carns
Ronald A. Carns