5-11-05
Box 144
Worsow, OH 43844

**RECEIVED**
MAY 20 2005
JAMES BONINI, Clerk
CINCINNATI, OHIO

I want to be excluded from the West case,

Rose Shaw


Rose E. Shaw
P.O. Box 144
Warsaw, OH 43844-0144

740-824-3206

May 5, 2005

**RECEIVED**

MAY 2 0 2005

JAMES BONINI, Clerk
CINCINNATI, OHIO

Office of the Clerk
United States District Court
Southern District of Ohio – Western Division
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio  45202

| | |
|---|---|
| Class Member's Name | Debbie McDonald |
| Class Member's Mailing Address | 244 South 4th Street |
| | Coshocton, OH 43812 |
| | 740-622-7115 |

"I want to be excluded from the West Case".

I have no issues with AK Steel Corporation.

Thank you,

Debbie McDonald