**ATTACHMENT A**

Case 1:02-cv-00001-SSB-TSB    Document 102-2    Filed 05/23/2005    Page 1 of 4

DC: 1805912-2

## LIST OF 100 CLASS MEMBERS SUBJECT TO THE PARTIES' JOINT MOTION FOR PARTIAL EXTENSION OF THE CLASS NOTICE PERIOD

| | |
|---|---|
| JAMES S | ADAMS |
| JEFFREY D | ALDER |
| ANGELA D | BECHTOL |
| CYNTHIA L | BEECH |
| THEODORE | BENHAM |
| KAREN R | BILLINGHAM |
| GARRY A | BLY |
| DEBORAH A | BOAL |
| MICHELLE | BROWN |
| THOMAS E | CALLIHAN |
| RONALD L | CAMPBELL |
| FRANK | CARMICHAEL |
| KRISTI M | CIRILLO |
| JOHN B | COREY |
| ROBERT W | CRANFORD |
| KENNETH E | CRISPIN |
| TOMMY D | CROWN |
| ROBERT R | CUTSHALL |
| PATRICIA L | DOUTHETT |
| GERALD J | DUBRASKY |
| R FRANK | DUKES JR |
| MARIE H | EBERSOLE |
| PAMELA | EBERT |
| JOHN C | EDEL |
| JAMES | EDGERTON |
| PAT W. | EDGINGTON |
| ROBERT W | EDIE |
| WILLIAM | EDRINGTON |
| BERYL D | GARRISON |
| H RICHARD | GILLILAND |
| JOAN E | GRIFFITH |
| KEVIN M | HAFFEY |
| PAUL E | HARDING |
| WILLARD L | HARVEY |
| DAVID A | HIGBEE |
| STUART | HOWARD |
| AURELIO | HUSMILLO |
| DONALD L | ISENBERG |
| DONIS D | JONES |
| WILLIAM P | KAMEN |
| LEO | KOCH |
| BARRY D | LANDRUM |
| JOSEPH M | LANGLEY |
| RONAN J | LASSO |
| DAVID T | LEWIS |
| DAVID A | LOCKMEYER |
| NATHAN H | LONG |

DC: 1805912-2

| | |
|---|---|
| SHARON L | LOVELL |
| KIMBERLY D | MCCALLISTER |
| EMANUEL P | MCCOY |
| HAROLD E | MCCUNE |
| JACKIE L | MCGLONE |
| ARTHUR | MELLON |
| MIRIAM J. | MELLON |
| CHRIS | MERKEL |
| CHRISTOPHER L | MILLER |
| ROBERT D | MOYER |
| MARTIN E | MULHALL |
| PAULA J | NICHOL |
| SUSAN K | O'DONNELL |
| JERRY R | OLINGER |
| PHILLIP L | PALLONE |
| MARGARET | PETER |
| EVELYN | PRATT |
| GERALD L | PUFF |
| DIANA | REED |
| DAVID L | RENSEL |
| MICHELLE | RIDGWAY |
| WILLIAM J | RIPPLE |
| JILL A | ROCK |
| TIMOTHY P | ROSS |
| LINDA L | SASSER |
| SHELDON | SCHAKE |
| WAYNE D | SCHMIDT |
| RICHARD C | SCHMOLL |
| MELVIN H | SCHULTZ |
| EDWARD A | SCOTT |
| ARNOLD E. | SIX |
| SCOTT | SMITH |
| GEORGE | STELMACH |
| RAYMOND E | STOUFFER JR |
| FLOYD M | STOWE |
| MARK A | SUER |
| RICHARD C | SUSSMAN |
| JERRY T | SWANN |
| GEORGE | THIERER |
| DENNIS R | TRUAX |
| ROGER | ULBRICHT |
| ROBERT K | VAIL |
| RAY A | WALKER |
| JAMES L | WAREHAM |
| LAWRENCE P | WELSH |
| MARTIN A | WILKINSON |
| JOHN R | WILLIAMS |
| J PAUL | WILSON |
| WILLIAM L | WINGFIELD |
| DONALD F | WOLFE |

| | |
|---|---|
| DAVID A | WRIGHT |
| JOSEPH Y | XIAO |
| JENNIFER J | YOUNG |

3