FILED
JAMES BONINI
CLERK

05 MAY 23 PM 3: 09

WEST DIV CINCINNATI

GORDON B. COOPER
121 BEECHWOOD BLVD.
BUTLER, PA 16001
724-283-4639

1:02cv001

phylgordcooper@pghmail.com

May 2, 2005

Although I had legitimate reservations and concerns about the Plan at the time of my retirement on March 31, 1996, I had a high level of confidence and respect for Kwasha Lipton who had an active participation in the new plan development and the cash equivalent determinations. No one coerced me into accepting a cash payment in lieu of the regular funded pension. **Consequently, "I want to be excluded from the West case".**

Respectfully yours,

*[signature]*

Gordon B. Cooper

*[handwritten note:]* Which "West" case are you referring to? We don't know. Need more info. **See Attached**

individuals should be excluded from the Class. At the conclusion of the proceedings in this Court, Defendants will have the right to appeal the determination that they incorrectly calculated class members' lump sum pension distributions, and both parties will have the right to appeal the determination regarding the calculation of underpayments if they disagree with that determination.

## IV. ELECTIONS BY CLASS MEMBERS

If you wish to participate as a Class member, no action on your part is necessary at this time. If you participate as a Class member, you will not be obligated to advance attorneys' fees or expenses during the course of this class action. However, the Court may award fees or expenses to class counsel to be paid out of your recovery, if any. In addition, if you participate as a Class member, you will be bound by the final judgment in this class action, whether that final judgment is in favor of Mr. West and the Class or in favor of the defendants.

If you do **not** wish to participate as a Class member, you must timely submit a written request to be excluded from the Class. A written request to be excluded from the Class must include all of the following: the Class member's name; the Class member's mailing address; a telephone number at which the Class member may be reached during the day; and the statement "I want to be excluded from the West case."

To be timely, a written request to be excluded from the Class must be postmarked on or before on May 24, 2005, and must be mailed, with sufficient postage prepaid and affixed, to: Office of the Clerk, United States District Court, Southern District of Ohio - Western Division, Potter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, Ohio 45202.

Page 4 of 6

[Handwritten margin notes: "IF YOU WERE TO BE PROVIDED A CASE REFERENCE WHO WHO WERE I NOT REQUESTED" / "WHICH WEST CASE?"]

FILED
JAMES BONINI
CLERK

05 MAY 23 PM 3:12

DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

5-20-05

Dear Sirs

My Name is James O Murray and I reside at 550 Third St Butler PA 16001. My Day time telephone Number is 724-283-0417 and I want to be excluded from the West Case. If you have any questions Please call me.

Thank you

James M Murray