OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO WESTERN DIVISION
POTTER STEWART US COURTHOUSE.

C-1-02-001

I WISH TO BE EXCLUDED FROM THE WEST CASE.
KENNETH G. HOFFMAN. 740-545-6974
23136 SR 751
WEST LAFAYETTE, OH 43845

*Kenneth G. Hoffman* (signature)