IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| John D. West, on Behalf of Himself and All Other Persons Similarly Situated, | ) ) | |
| Plaintiffs, | ) ) | Case No. 1:02-CV-0001 |
| v. | ) ) | |
| AK Steel Corp. Retirement Accumulation Pension Plan, | ) ) ) | District Judge Sandra S. Beckwith |
| – and – | ) | |
| AK Steel Corporation Benefit Plans Administrative Committee | ) ) | Magistrate Judge Timothy S. Black |
| Defendants. | ) | |

**DECLARATION OF CLASS COUNSEL
ATTESTING TO COMPLIANCE
WITH THE COURT'S ORDER REGARDING
ADDITIONAL DISSEMINATION OF THE CLASS NOTICE**

Thomas R. Theado, Class Counsel, hereby declares as follows:

1. Pursuant to the Order entered by the Court on May 24, 2005 (Doc. No. 104), I caused Notices to be deposited into the United States mail system on May 25, 2005, for delivery by first-class mail to the 100 Class members as were identified within Attachment A to the parties' Joint Motion for Partial Extension of Class Notice Period (Doc. No. 102).

2. Further pursuant to the Court's May 24 Order, the aforementioned supplemental Notices were in the same form as the Notice which had been appended to the parties' Joint Motion for Approval of Notice (Doc. No. 90) and the Order entered by the Court on April 20, 2005 (Doc. No. 91), and which was mailed on April 29, 2005, but for the change in the postmarking deadline date, as more fully is set forth below.

3. Further pursuant to the Court's May 24 Order, prior to the mailing of the aforementioned supplemental Notices, I inserted into the supplemental Notice the date of June 9, 2005, as the deadline by which Class members must have their requests for exclusion from the Class postmarked pursuant to Part IV of the supplemental Notice, as well as the deadline for Class members to enter appearances in this action through their own counsel, which date is 15 days after the day that the supplemental Notices were mailed.

                Respectfully submitted,

                s/  Thomas R. Theado
                Plaintiffs' Trial Attorney and Class Counsel
                Thomas R. Theado (0013937)
                GARY, NAEGELE & THEADO, LLC
                446 Broadway Avenue
                Lorain, Ohio  44052-1797
                Ph:    440-244-4809
                Fx:    440-244-3462

Of Counsel:              Robert D. Gary (0019610)
                Jori Bloom Naegele (0019602)
                Thomas A. Downie (0033119)
                GARY, NAEGELE & THEADO, LLC
                446 Broadway Avenue
                Lorain, Ohio  44052-1797
                Ph:    440-244-4809
                Fx:    440-244-3462

                Allen C. Engerman
                Law Offices of Allen C. Engerman, P.C.
                666 Dundee Road–# 1200
                Northbrook, Illinois  60062
                Ph:    847-564-5555
                Fx:    847-564-4944

                Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on May 25, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Thomas A Downie | tdownie@gntlaw.com |
| Allen C Engerman | acelaw@mcn.org |
| Stuart J Evans | sevans@cov.com |
| Robert D Gary | office@gntlaw.com |
| Jori Bloom Naegele | jnaegele@gntlaw.com |
| Thomas R Theado | ttheado@gntlaw.com |
| Robert D Wick | rwick@cov.com |
| George Edward Yund | gyund@fbtlaw.com |

      I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Christopher M. Denig
Covington and Burling
1201 Pennsylvania Avenue, N.W.
P.O. Box 7566
Washington, DC 20044

      s/ Thomas R. Theado
Thomas R. Theado (0013937)
Attorney for Plaintiffs
Gary, Naegele & Theado LLC
446 Broadway Avenue
Lorain, Ohio 44052-1797
Telephone: (440) 244-4809
Telecopier: (440) 244-3462
E-mail: TomTheado@aol.com