FILED
JAMES BONINI
CLERK

05 MAY 26  PM 4: 52

May 23, 2005
Office of the Clerk
United States District Court
Southern District of Ohio Western Division
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati , Ohio 45202

Subject: John D. West vs. AK Steel Corporation
　　　　Case No. 1:02-CV-0001
　　　　District Judge Sandra S. Beckwith
　　　　Magistrate Judge Timothy S. Black

This letter  will confirm my desire to be excluded from the above referenced case ( West Case) and the
subsequent  participation  as a class member.

**Class Member**
**Earl W. Dunfee**
**5921 Victor Circle**
**Aliquippa, Pa. 15001**

**Telephone No. (724) 378-4994**

Regards,

Earl W. Dunfee

Copy: Mr.Thomas R. Theado Esquire