FILED
JAMES BONINI
CLERK

05 MAY 27 PM 12: 32

DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Bill and Bernice Welsh
HC2 Box 124
Marienville, PA 16239



1:02cv1        MAY 24, 2005.

The notice of A class Action suit Just reached me Today May 24, 2005 therefore I am late Responding —

I want to be excluded from the west case