**RECEIVED**

MAY 31 2005

JAMES BONINI, Clerk
CINCINNATI, OHIO

Sirs;

C-1-02-001

Please excluded me from the West case, vs AK Steel

Alfred T. Gross
27193 CR22
Warsaw, Oh. 43844
(740) 824-3233