FILED
JAMES BONINI
CLERK

05 JUN 10 AM 11: 17

DIST COURT
SOUTH WEST OHIO
WEST DIV CINCINNATI

Office of the Clerk                                          June 6, 2005
United States District Court
Southern District of Ohio- Western division
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

1:02 cv 1

To whom it may concern:

      I Arthur A Mellon,
       15733 W Merrell St,
       Goodyear, Arizona, 85338
       Telephone: 623-536-4799

Request that "I want to be excluded from the West case".

Sincerely,

Arthur A Mellon

Arthur & Miriam Melion
15733 W. Merrell St
Goodyear, AZ 85338



:- PRSRT STD U.S. POSTAGE & SERVICE
TUESDAY
:-RAY

Office of the Clerk
United States District Court
Southern District of Ohio- Western division
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202



