UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John D. West, on Behalf Of Himself and All Other Persons Similarly Situated, 214 Woodlawn Road, Butler, Pennsylvania | ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| | ) Case No.: C-1-02-0001 |
| AK Steel Corporation (Formerly ARMCO Inc.) Retirement Accumulation Pension Plan, a part of the AK Steel Corporation (Formerly ARMCO Inc.) Noncontributory Pension Plan, 703 Curtis Street, Middletown, Ohio 45043 | ) ) ) ) ) ) |
| | ) Judge: Hon. Sandra S. Beckwith |
| and | ) ) |
| AK Steel Corporation Benefit Plans Administrative Committee, 703 Curtis Street, Middletown, Ohio 45043 | ) ) ) | 
| | ) Magistrate Judge: Timothy S. Black |
| Defendants. | ) ) |

## DECLARATION OF RICHARD OGUS

I, Richard Ogus, hereby declare as follows:

1.    I am a pension actuary with Buck Consultants, LLC ("Buck Consultants"). I have worked with Buck Consultants and its predecessor firms since 1984. I currently hold the title of Principal. In that capacity, my responsibilities include assisting companies with determining the required and allowable cash funding of their pension plans as well as with the required accounting, administration and compliance of those plans. I have completed the required exams to be an Associate of the Society of Actuaries and an Enrolled Actuary under ERISA. I have personal knowledge of the facts stated in this Declaration.

2.  Buck Consultants is the Plan Actuary for the AK Steel Noncontributory Pension Plan ("Plan"), which includes that AK Steel Retirement Accumulation Pension Plan ("RAPP"). I have worked with the Plan since 1998, and I am currently the Plan's Enrolled Actuary under ERISA and the Internal Revenue Code. I supervise the actuarial work that Buck Consultants performs for the Plan. Buck Consultants, along with its predecessor firms PriceWaterhouseCoopers and Kwasha Lipton, has served as the Plan Actuary since before the adoption of the RAPP in 1995.

3.  In connection with the above-captioned litigation, during 2004 and 2005 Buck Consultants requested on several different occasions that Employee Benefit Data Services Co. ("EBDS") provide the following information with respect to RAPP participants who received lump sums payments on or after January 1, 1995: name, date of birth, amount of lump sum payment, date of lump sum payment, opening account balance at time of lump sum payment, and future account balance at time of lump sum payment. It is my understanding that EBDS provided Buck Consultants with such information for all RAPP participants who received lump sums payments between January 1, 1995, and February 1, 2005.

4.  In order to expedite the collection of this information in preparation for the mailing of class notice, Buck Consultants separately requested that AK Steel provide Buck Consultants with the name, date of birth, amount of lump sum payment, date of lump sum payment, opening account balance at time of lump sum payment, and future account balance at time of lump sum payment, for all RAPP participants who received lump sums payments between February 2, 2005, and April 1, 2005. We received that information from AK Steel in April 2005.

2

5.  To the best of my knowledge, information, and belief, and with the exception of two individuals discussed below who in fact did not elect or receive lump sums, the attached list includes all of the RAPP participants who retired or were terminated from employment on or after January 1, 1995, and who received their pension benefits under the RAPP in the lump sum form of payment on or before April 1, 2005.  The two individuals on the attached list who did not receive lump sums are Walter O. Birtciel and Linda S. Rein.  It is my understanding, based upon the census data we prepare for measuring the Plan's liability for government reporting purposes, and based also on reviewing a copy of the benefit election forms of these two individuals, that these two individuals elected and received annuities, and not lump sums.  Other than these two exceptions, it is my understanding that the attached list otherwise contains the names of all RAPP participants who retired or were terminated from employment on or after January 1, 1995, and who received their pension benefits under the RAPP in the lump sum form of payment on or before April 1, 2005.

Pursuant to 17 U.S.C. section 1746, I swear under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Date: _____

_____
Richard Ogus

**<u>ATTACHMENT A</u>**

| | |
|---|---|
| ABRAHAM | RODNEY J |
| ADAMESCU | TIM J. |
| ADAMESCU JR. | PAUL N. |
| ADAMS | JAMES |
| ADAMS | JASON T |
| ADELSBERGER | JOHN E |
| ALBERTSON | LINDA S |
| ALBRIGHT | JERRY |
| ALDER | JEFFREY |
| ALDRIDGE | DIANNA |
| ALLEN | MAX E |
| ALLEN | JERRY |
| ALLISON | NANCY L |
| ALLMAN | THOMAS R |
| ALMASY | MICHELLE |
| ANDERSON | SUSAN E |
| ANDERSON | JON |
| ANDREWS | BRENT |
| ANDREWS | RANDALL |
| ANGEL | DOUGLAS E |
| ANGERT | PAUL J |
| ANGIOLIERI | JOSEPH C |
| ANKNEY | MARY JEAN |
| ANKROM | CHERYL A |
| ANTONE | DONALD |
| ARCHER | SUZANNE |
| ARNOLD | NORMAN |
| ARROYO | RODOLFO |
| ARTER | JACQUELYN J |
| ARTHERHOLT | DONNA J |
| ASHCRAFT | ROBERT R |
| ATKINS | BRANDON T |
| AULL | WILLIAM |
| AVON | WILLIAM E. |
| BABCOCK | DAVID |
| BACCANTI | JOHN W |
| BADGER | MELINDA J |
| BAGGAN | EDWARD R |
| BAKER | DONALD L |
| BAKER | JANE E |
| BAKER | ALBERT R |
| BAKER | STANLEY D |
| BAKER | ROBIN |
| BAKER | BRENT |
| BALL | DARIN C |

| | |
|---|---|
| BALLOW | LISA K. |
| BALSMEYER | MARK |
| BALTZELL | JOSEPH E |
| BANISTER | WILLIAM B |
| BARKOVICH | RANDOLPH J |
| BARLETTA | ARNOLD J |
| BARNES | THOMAS |
| BARR | GARY D |
| BARR | RUSSELL T. |
| BARTHOLIC | MARK A |
| BATES | JON S |
| BATTAGLIA | FRANCES M |
| BAUER | WAYNE R |
| BAUER JR | JOHN |
| BAUER JR. | HERMAN W |
| BAUERLE JR | DENIS E |
| BAYER | JAMES C |
| BEATTY | JOHN E |
| BEATTY JR | ROBERT D |
| BECHTOL | PHILIP B |
| BECHTOL | ANGELA D |
| BECKER | LARRY D. |
| BEECH | CYNTHIA |
| BEEKEN | SCOTT |
| BELL | JAMES |
| BELLAJI | THOMAS S |
| BELOCK | KEITH |
| BENESTANTE | REBECCA L |
| BENHAM | JOHN T |
| BENNETT | JEREMY |
| BENNETT | JOHN J. |
| BERG | WILLIAM C |
| BERGMAN | SOPHIA L. |
| BERNARD | GERARD J |
| BERNHARDT | JOHN H |
| BERTSCH | JAMES L |
| BESSER | ROBERT E |
| BILLINGHAM | KAREN R |
| BIRCH | RONALD |
| BIRKHIMER | BRADLEY P |
| BIRKHIMER | FREDDIE P |
| BIRTCIEL | PATRICIA A |
| BISCHOFF | JAMES H |
| BISHOP, JR. | BEN L. |
| BLACK | TAREY |

| | |
|---|---|
| BLATT | JAMES J |
| BLESSEL | MICHAEL A |
| BLUNT | LARRY |
| BLY | ANN S |
| BLY | GARRY A. |
| BOAL | LARRY G |
| BOAL | DEBORAH |
| BOBER JR | FRANK |
| BOCOOK | JULIE A. |
| BODESHEIM | LINDA S |
| BODKIN | JAMES E. |
| BOFINGER | RICHARD O |
| BOGAN | THOMAS J |
| BOGGS | LARRY D |
| BOHIN | JULIA M |
| BOLES | JOAN |
| BOLLINGER | JACK F |
| BONGARDT | JIM |
| BONNETT | GEORGE R |
| BONVENTRE | ANTHONY T |
| BOOSEL | RALPH L |
| BORRELLI | CRAIG R |
| BOSLEY | JOHN |
| BOWEN | RONALD K |
| BOYER | ELIZABETH A |
| BOYER | JOHN F |
| BOYLES | MICHAEL E |
| BRADFORD | JAMES F |
| BRADSHAW | JOSEPH |
| BRANDT | KENNETH E. |
| BRANDT | TIMOTHY |
| BRAUN | JAMES |
| BRAUN | GEORGE W |
| BRENDUS | JAMES L. |
| BRENNAN | TERRY P |
| BRENNEMAN | JAMES C |
| BRETZ | TIMOTHY |
| BRICKER | E SUE |
| BRIGHT | JONATHAN M |
| BRITANIK | RICHARD W |
| BROADWAY | NELSON |
| BROOKS | TAMARA S. |
| BROWN | RONALD L |
| BROWN | CHARLES |
| BROWN | ROSE |

| | |
|---|---|
| BROWN | YVONNE |
| BROWN | GORDON K |
| BROWN | DAVID W |
| BROWN | MICHELLE |
| BROWN | LAWRENCE E |
| BROWN | KENNETH |
| BROWNING | BEVERLY J |
| BRYANT | ROBERT |
| BUCHANAN | HAL |
| BUNYARD | ROBERT |
| BUNYARD | SUSAN K |
| BURCH | GARY |
| BURDETT | DAVID M |
| BURDETTE | REX M |
| BURFEIND | PATRICIA |
| BURGER | JOHN H |
| BURKE | DANIEL J |
| BURKETT | ROBIN F |
| BURKHOLDER | WILLIAM |
| BURRIS | JERRY W |
| BURTON | ANTHONY |
| BUTLER | RICHARD A |
| CAI | JIANJIAN |
| CALDWELL | BRUCE |
| CALLIHAN | THOMAS E |
| CALLIHAN | JOHN J |
| CAMPBELL | RONALD |
| CAMPBELL | HARVEY K |
| CAMPBELL | MICHAEL S |
| CAMPBELL III | JAMES |
| CANERIS | THOMAS |
| CARBAJAL | JOSE |
| CARMICHAEL | FRANK L |
| CARNS | RONALD A |
| CARROLL | ALAN J |
| CARROLL | RAY F |
| CASEM | CONRADO S |
| CASEY | MONICA A |
| CASH | JULIE |
| CASSIDY | PATRICIA A |
| CASTLE II | RONALD |
| CAUDILL | PHILLIP |
| CAVANAUGH | THOMAS |
| CHAN | KEVIN |
| CHANEY | LESLIE W |

| | |
|---|---|
| CHANEY | DAVID E |
| CHAPIN | JAMES I |
| CHATMAN | VANESSA M. |
| CHERMONITZ | DIANE L |
| CHILDERS | TODD |
| CHISHOLM | KAREN |
| CHOMOR | RALPH A |
| CHOQUETTE | DIANE M |
| CHRISTIE | GERALD L |
| CHRISTY | MICHAEL |
| CHRONOWITZ | MYRON I |
| CHYBRZYNSKI | DENISE A |
| CIPRIANO | BOB |
| CIRILLO | KRISTI |
| CLANCY | EDWARD |
| CLARK | JAMES H |
| CLARK | ROBERT L |
| CLARK | RONALD S |
| CLARRY | SCOTT |
| CLEMENS | JON D |
| CLEMENTS | JACQUELINE |
| CLIFFORD | JOHN D |
| CLINE | KENNETH D. |
| CLOUSE | ROBERT L |
| COCHRAN | RICHARD D |
| COCKROFT | ROBERT E |
| COLE | STUART E |
| COLLINS | JEFFREY |
| CONKLE JR | ERNEST S |
| CONKLIN | WARREN D |
| COOPER | JAMES T |
| COOPER | WILLIAM F |
| COOPER | GORDON B |
| CORDEA | THOMAS |
| CORDEA | JAMES |
| CORDIER | VICTOR |
| CORDRAY II | ROBERT C |
| CORDREY | CHARLES L. |
| COREY | JOHN |
| CORMACK | BETH A |
| CORNELLA | CHRIS |
| CORNETTI | THOMAS J |
| COSGROVE | JAMES M |
| COTTON | JOHN |
| COUCH | MICHAEL A |

| | |
|---|---|
| COVEY | VICTOR L |
| COWMAN | DOREEN |
| COX | FRANCIS |
| COX | BERNARD |
| COX | DOUGLAS L. |
| COYLE | DANIEL P |
| CRAIG | JOHN R |
| CRAIG | DAVID A |
| CRANFORD | ROBERT W |
| CRAYCRAFT | HENRY |
| CRISP | THOMAS E |
| CRISPIN | KENNETH E |
| CRITCHLOW | JAMES L |
| CROWN | TOMMY D |
| CSIZMADIA | DEZSO L |
| CUGLIARI JR | FRANK D |
| CULLISON | THOMAS L |
| CURRENS | ROBERT W |
| CUTSHALL | ROBERT R |
| DALESSANDRO | GUY |
| DALLAS JR | FRANK |
| DANIELS | DAVID O |
| DANIK | STEPHEN R |
| DANIK | LORI J |
| DARBY | JOHN |
| DARNER | THOMAS S |
| DAVENPORT | FRED |
| DAVIDSON | JOHN E |
| DAVIS | MARTHA |
| DAVIS | JOHN S |
| DAVIS | JOHN N |
| DAVIS | GORDON F |
| DAVIS | SCOTT W |
| DAVIS | THOMAS E |
| DAVIS | JOSEPH T |
| DAVIS | JERRY L |
| DAVIS | ROBERT F |
| DEASEY | SCOTT A |
| DECHELLIS | GAIL |
| DEHAAN | THEODORE JR |
| DELANEY | GARY E |
| DELANO | DEBORAH J |
| DEMYAN | JAY E. |
| DENNING | CLIFFORD D |
| DENNISON | COLLEEN |

| | |
|---|---|
| DERKS | RONALD |
| DERR | WILLIAM R |
| DERWACTER | JOHN E |
| DESCHNER | DOUGLAS D. |
| DESHONG | CLYDE N |
| DESTEFANO | DOMINIC A |
| DI FRISCHIA | DANA L |
| DIAMOND | JULIE |
| DICK | WILLIAM J |
| DICK | GARY W |
| DICKERSON | DONIS L |
| DIERS | JOHN |
| DIGGS | VERNON |
| DIMMICK | SCOTT A |
| DINAN | PHILIP L |
| DIPIPPA | MICHELE |
| DITTMAN | JAMES |
| DIXON | WOODROW S |
| DOBOS | JEFFREY F |
| DOHERTY | WILLIAM C. |
| DOLEN JR | DAVID T |
| DONALDSON | WILLIAM V. |
| DONATO II | ALFRED |
| DONLEY | WILLIAM C. |
| DONOHUE | KEVIN T |
| DOROGY | DAVID R |
| DOUBLE | THOMAS K |
| DOUGHERTY | GARY |
| DOUGLASS | DARRYL J |
| DOUTHETT | PATRICIA L |
| DOWERS | DARRYL S |
| DRASKOVIC | PAULA J |
| DRIGEL | GARY |
| DUBRASKY | GERALD J |
| DUDASH | ROBIN L |
| DUKES | JEFFERY A |
| DUKES, JR. | RALPH |
| DUMARS | KAREN |
| DUNFEE | EARL W |
| DUREN | VIRGIL |
| DUTKA | JAMES O. |
| DYE | RAY K |
| EAGLE | GREGORY |
| EARGLE | ROBERT H |
| EASTERLING | VENCON |

| | |
|---|---|
| EATON | DEBORAH H |
| EBAUGH | JENNIFER N |
| EBERSOLE | MARIE |
| EBERT | PAMELA K |
| ECHKO | J ALLAN |
| EDEL | JON |
| EDGE JR | ROBERT |
| EDGERTON | JAMES W |
| EDGINGTON | PAT W |
| EDIE | ROBERT W |
| EDMUNDS | DAVID S |
| EDRINGTON | WILLIAM |
| EDWARDS | RICOLE A |
| EDWARDS | BETTE C |
| EICHNER | RONALD W |
| ELIAS | DAVID EDWARD |
| ELPHINSTONE | DAVID |
| EMBERY | DEBBIE |
| EMBRY | MARK |
| EMLER | DONAS C |
| ENDERLE | RICHARD L. |
| ENGEL | RUTH |
| ENRIQUEZ | ARMANDO |
| ERFORT | PHILIP |
| EVANS | JAMES D |
| EVANS | RICKY |
| EVELAND | TODD R |
| FACKETY | JACKIE S |
| FAIRALL | RONNIE L |
| FALLERT | DAVID |
| FALLONE | CARL |
| FARLEY | SHELLY A |
| FARRIS | BRYAN |
| FASANO | ANNE M |
| FEDELE | DENNIS A |
| FEDERKEIL | RICHARD D |
| FEDOKOVITZ | DONALD N |
| FENDER | KERRY M |
| FENDER | STEVEN R |
| FERGUSON | DENNIS |
| FERM | HARRY E |
| FERRINGER | HOWARD E |
| FERRIS | JERRY L |
| FIELDS | KEITH A |
| FIGG | JACK |

| | |
|---|---|
| FILIMON | BRENDA A |
| FILLNOW | LARRY |
| FINKE | THOMAS |
| FISCHER | JAMES J |
| FISHER | LAURA MARIE |
| FISHER | THOMAS |
| FISHER | SCOTT |
| FISHER | HARLAN D. |
| FLENNER | WILLIAM L. |
| FLETCHER | GARY L. |
| FLICK | JEANNE L |
| FOLLSTAEDT | DONALD |
| FOLTZ | MARTY JOHN |
| FONAGY | JOHN |
| FORD | EDWARD F |
| FORD | TIMOTHY R |
| FOREST | EDWARD |
| FOSNIGHT | DONALD |
| FOWLER | RICHARD D |
| FRANK | RICHARD R |
| FRANZ | GARY R |
| FRAZIER | JUNE |
| FREDERICK | JAY A |
| FRENCH | RUSSELL A. |
| FREUDENBERGER | WILLIAM |
| FRITZ | ROBERT W |
| FULLER | GRGEORY |
| FUREY JR | DENNIS |
| FURL | JAMES H |
| FURL | BRENT C |
| FURL | BEVERLY J |
| GALLATIN | JOHN T |
| GALLENTINE | ROY L. |
| GARBERICH | STEVEN |
| GARDNER | ROBERT J |
| GARDNER | TERRY |
| GARDNER, JR | HAROLD |
| GARRABRANT | WARD |
| GARRETT | BERNARD C |
| GARRISON | BERYL D. |
| GARST | GREGORY D |
| GARVIN | DEBRA L |
| GATES WIESNER | TINA M |
| GEAR | JAMES J. |
| GEISHEIMER | ROBERT |

| | |
|---|---|
| GERSHOV | RACHEL |
| GIESE | ARMIN B. |
| GIFFIN | GLEN T. |
| GILBY | STEPHEN |
| GILKEY | ROBERT R |
| GILL | DAVID L |
| GILLESPIE | RICHARD S |
| GILLILAND | ROY E |
| GILLILAND | RICHARD E |
| GILLILAND | H. RICHARD |
| GILLINGHAM | GARY W |
| GIRTY | SHEREE L |
| GIZDIC | JOHN T |
| GLASSMAN | JULIUS |
| GLAZER | RENNY |
| GOEBEL | NATHAN C |
| GOLDINGER | DAVID E |
| GOLEMBIEWSKI | ANDREW |
| GORDON | ANDREW W |
| GRABOWSKI | MICHAEL J |
| GRACEY | TIM |
| GRAF | THOMAS J |
| GRAHAM | THOMAS C |
| GRAHAM | JAMES A |
| GRAHAM | JOHN L |
| GRAHAM | RICHARD G |
| GRAHM | MALCOLM |
| GRANT | HUGH |
| GRAULING | BILL |
| GRAVES | GLENN |
| GREATHOUSE | TODD W |
| GREENWAY | LARRY G |
| GREY | ROBERT R |
| GRIFFITH | JOAN |
| GROSS | ALFRED T |
| GROVE | DONALD E. |
| GUARNIERI | ANTHONY |
| GUESS | RICHARD L |
| GUINTHER | JOHN R |
| GUMPPER JR | JOHN W |
| GUNN | GARRY C |
| GUTHRIE | MARY M |
| HACKER | JEFFREY |
| HAFFEY | KEVIN M |
| HAGANS | LARRY L |

| | |
|---|---|
| HAIRSTON | RONALD |
| HALAVICK | ROBERT M |
| HALAVICK SR | EDWARD R |
| HALL | RICK |
| HALL | ALBERT V |
| HALL | JERRY N |
| HALLER | BARRY |
| HALLEY | WILLIAM G |
| HAMBLEN | CLYDE M |
| HAMMOND | GEORGEANNE M |
| HAMPTON | JERRY D |
| HANSEN | DENNIS |
| HANSON | ALLYSON K |
| HARDESTY | DOUGLAS B |
| HARDING | WARREN J |
| HARDING | PAUL E |
| HARP | DWIGHT |
| HARPHAM | MALCOLM I |
| HARRER | BRIAN S |
| HARRINGTON | JUDITH A. |
| HARSH | JOHN R |
| HART | ERNEST N |
| HARTMAN | CYNTHIA J. |
| HARTSOCK | JEAROLD L |
| HARVEY | WILLARD L |
| HAUG JR | EDWARD |
| HAWN | W. HOWARD |
| HAWTHORNE | MICHAEL D |
| HAY | PEGGY E |
| HAYDEN | SCOTT R |
| HAYDEN | THOMAS M |
| HAYES | JOHN |
| HAZELMYER | DAVID H |
| HAZLET | GLENN E |
| HAZZARD | MELVIN R |
| HECKLER | ALAN |
| HEIDELBACH | HAROLD D |
| HEILMAN | DOUGLAS |
| HELBIG | LEE J |
| HENDRICKS JR | MICHAEL |
| HENDRICKSON | LEWIS J. |
| HENDRIX | LEE A |
| HENGLEIN | GEORGE W |
| HENRY | GARY K |
| HERBST | LEONARD W |

| | |
|---|---|
| HERDMAN | WILLIAM T. |
| HERNADI | JON |
| HERNANDEZ | CARLOS M |
| HERRMANN | JIM F |
| HERZOG | JAMES |
| HESIDENZ | GERALD W |
| HESS | CAMPBELL R |
| HESS | PAULA K |
| HESTER | JACK |
| HEYMANN | JEFFREY C |
| HICK JR | WALLACE |
| HIGBEE | DAVID A |
| HIGGINS | JUNE |
| HILDRETH | GARY |
| HILL | LEONARD |
| HILL | LEONARD |
| HILLS | MARK |
| HILOVSKY | FRANK J |
| HINCHBERGER | CLAUDE W |
| HINDMAN | JOHN M |
| HINES | MARIA |
| HINTON JR | JAMES |
| HISSONG | BRADLEY D. |
| HODGES | LARRY E |
| HODGES | JAMES W |
| HOFFMAN | KENNETH G |
| HOFFMAN | KARL L |
| HOGAN | ARLENE S |
| HOHN | LISA MICHELLE |
| HOLBEN | JAMES A |
| HOLLAR | KAREN |
| HOLLO | EDWARD A |
| HOLMES | VICTORIA J. |
| HOLTZMAN | TIMOTHY J |
| HOLWERDA | BRADLEY |
| HOMA | JAMES P |
| HOOK | ROLLIN |
| HOOP | STEVEN W |
| HOOVER | BRADLEY |
| HOPKINS PIERSON | DIANE |
| HORN | DAVID E |
| HOWARD | STUART |
| HOWARD | JAMES L |
| HOYT | LAWRENCE K |
| HRONEK | SANDRA |

| | |
|---|---|
| HRUSKA | RON L |
| HUGHES | CRAIG R |
| HULL | ROBERT |
| HUNT | DAVID |
| HUNTER | BRENDA S |
| HURLEY | RONALD E |
| HURSEY | LESTER V |
| HUSMILLO | AURELIO L |
| HUTCHISON | ROBERT K |
| HYSLOP | JAMES R |
| IETTO | SHARON J |
| INGRAO | FRANK |
| INSLEY | WILLIAM H |
| ISAACS | MELISSA A |
| ISENBERG | DONALD L |
| ISOVITSCH | ROBERT G |
| JACKSON | WALTER |
| JACKSON | TRAVIS |
| JACKSON III | WILLIAM F |
| JACOBS | EDWARD M |
| JACOBS JR. | LAWRENCE A. |
| JAMES | ALAN K |
| JAMIESON | JASON |
| JARA | JERRY D |
| JASPER | JOSEPH |
| JEFFERSON | JAMES E |
| JENSEN | DENNIS C |
| JENYK | JOE R |
| JEWELL | DONALD |
| JIMENEZ | ERIC M |
| JOHNSON | KENNETH A |
| JOHNSON | DEBRA L |
| JOHNSON | ROBERT |
| JOHNSON | JACQUELINE |
| JOHNSON | MICHAEL A. |
| JOHNSTON | DAVID B |
| JONDA | RON S |
| JONES | RICHARD A |
| JONES | STEVEN M |
| JONES | JAMES J |
| JONES | MICHAEL A |
| JONES | DONIS D |
| JONES | JANICE E |
| JONES | VIRGIL E. |
| JORDAN | KELVIN L |

| | |
|---|---|
| JOSHI | ROHIT N |
| JOVENALL | RAMONA P |
| JOVENALL | ROBERTA M |
| JOYCE JR | DAN P |
| JUSTICE | ROBERT |
| KAHLE | ALLEN |
| KAISERSATT | MICHAEL |
| KAMEN | WILLIAM P. |
| KANELOS | CONSTANTINE G |
| KARAVANICH | GREGORY |
| KARENBAUER | ROBERT N |
| KARENBAUER | RONALD J |
| KARK | JOHN D |
| KASH | GLENNA |
| KAUFFMAN | MICHAEL |
| KAUL | LOWELL ROSS |
| KAVANAUGH | DONALD |
| KAWCZYNSKI | RANDY J |
| KAY | GEORGE P |
| KEELEY | DAVID A |
| KEENAN | MICHAEL P |
| KEFFALAS | CHARLES A |
| KEIL | ROBERT J |
| KEIL | BENJAMIN J |
| KELLEHER | JOHN N. |
| KELLY | LESLIE A |
| KELLY | JOHN |
| KEMPER III | ERNEST F |
| KENNEDY | THOMAS P |
| KENT JR | JACOB R |
| KERNIC | PATTI J |
| KESSLER | DAVID |
| KILDOO | DONALD R |
| KIMBALL | EDWARD |
| KING | EDWARD |
| KIRKER | CYNTHIA A |
| KIRKER | WILLIAM E |
| KLEMAN | MARTHA E. |
| KLINE | LARRY R |
| KNAPP | ADELA F |
| KNICELY | ROBERT L |
| KNIGHT | WILLIAM T |
| KNOFF | RAYMOND C |
| KOBOS | VICTOR |
| KOCH | LEO |

| | |
|---|---|
| KOCH | RONALD |
| KOHL | THOMAS M |
| KOLOPAJLO | LEONARD W. |
| KONDAS | DONALD E |
| KONSTANTINIDIS | ELIZABETH A |
| KORFF | KENNETH P |
| KOUSHA | RAMIN |
| KOVACH | DAVID M |
| KOVACH | JEFF P |
| KOVACH | JOHN M |
| KRAMER | ROBERT F |
| KRAMER | BRUCE J |
| KRANTZ JR | GEORGE A |
| KRAWCZYK | ZBIGNIEW |
| KRAYNIK | BRYAN L |
| KREBS JR | KENNETH W |
| KREIS | JOHN E |
| KREIS | JAMES E |
| KRENA | THOMAS M |
| KRETSCHMER | THOMAS W |
| KRILEY | BERNARD M |
| KRILEY | BERNARD S |
| KROKONKO | JOSEPH W |
| KRUMPE | AARON J |
| KUHARIC | NORVAL L |
| KUKURA | RON S |
| KULINSKI, JR | PHILIP C |
| KUMMER | JAMES R |
| KUNDRAT | DAVID |
| KURCON | ANTHONY M |
| KURTZ | MICHAEL A |
| KURTZ | RHONDA L |
| KUSHNER | SHARON |
| KUSHNER | JOHN R |
| KYLE | SHARON |
| LANDIS | WALTER J |
| LANDRUM | BARRY |
| LANE | ALLAN R |
| LANE | GLENN H |
| LANG | MICHAEL D. |
| LANGLEY | JOSEPH |
| LANSHCAK | MICHAEL B |
| LAROSA | AGOSTINO |
| LASHLEY | LINDA L. |
| LASSO | RONAN J |

| | |
|---|---|
| LASWELL | HOHN F |
| LATHEY | ROBERT |
| LATONA | MARTIN C |
| LATTANZIO | LOUIS E |
| LAVORINI | RONALD M |
| LAWRENCE | LALISA |
| LAWRENTZ | DAVID J |
| LAZZARI | RICHARD L |
| LEAS | RICHARD W |
| LEAVENS | JOE R |
| LECRAFT | ROBERT L |
| LEDGARD | JAMES |
| LEDGARD JR | PAUL |
| LEECH | EDWARD J |
| LEEKER | JERALD |
| LEKSE | ANTHONY C |
| LEMASTERS | WAYNE |
| LENTZ | CHARLES L |
| LERAKIS | LISA M |
| LEROY | WILLIAM L |
| LERUSSI | ROBERT O |
| LESTER II | HERBERT F. |
| LESTYK | JOHN A |
| LEUBECKER | ALBERT J |
| LEVAN JR | ARTHUR W |
| LEWIS | RAYMOND E |
| LEWIS | DAVID |
| LEWIS | ROMA |
| LEWIS | ROBERT D |
| LEWIS III | JOHN W |
| LIKENS | JIM G |
| LILLIBRIDGE | EUGENE D |
| LINDAUER SR | FREDERICK |
| LITRAS | CHRISTOPHER S |
| LITZENBERG | ARLENE V |
| LIVELY | JOYCE |
| LIVINGSTON | BARB J |
| LOCKARD | EDDIE |
| LOCKMEYER | DAVID |
| LOESCHER | KENNETH H. |
| LOGAN | MICHAEL G |
| LONG | WILLIAM R |
| LONG | NATHAN |
| LONG | WILLIAM H |
| LOOS | GARY L |

| | |
|---|---|
| LORENZ | PAUL F |
| LORIS | FRANK |
| LORSONG | ROBERT |
| LOVE | DAVID L |
| LOVELL | SHARON L |
| LOWE | RONALD |
| LUCIK | GARY L |
| LULOFF | BRET |
| LUTHY | JUDITH A. |
| LUTSOCK | MICHAEL S |
| LYON | JAMES C |
| LYON | RONALD H |
| LYTLE | RONALD G |
| MACFARLAND | BRUCE M |
| MADDEN | MARY ANN |
| MAIER | FREDERICK C |
| MALIK | ARIF S |
| MALLICH | ROBERT M |
| MALLOY | EDWARD P |
| MALONE | PHYLLIS E |
| MANDERA | RICHARD L |
| MANKE | BRUCE |
| MANNING | JAMES A |
| MANOS | CHARLES R |
| MARKLEY | CHARLES D |
| MARKS | MARYROSE |
| MARTIN | WILLIAM A |
| MARTIN | JACKIE |
| MARTINS | WILLIAM H |
| MASSARO | FRANK A |
| MASSEY | DOUGLAS A |
| MASTEY JR | BERNARD |
| MATCHETT | JULIA A |
| MATIS | ANDREW J |
| MATTA | RAYMOND M |
| MATTINGLY | DAVID |
| MATTSON | TED V |
| MATZ | DEBORA W |
| MATZEL | JOHN R. |
| MAYERCHAK | REGINA M |
| MAZZALONGA | STEPHEN |
| MCCALLISTER | KIMBERLY |
| MCCANN | RONFORD V |
| MCCANTS | LARRY L |
| MCCASLIN | FRANK W |

| | |
|---|---|
| MCCLELLAND | JOHN R |
| MCCONVILLE | MATTHEW T |
| MCCORMICK | LINDA L |
| MCCOY | RUTH E |
| MCCOY | EMANUEL P |
| MCCRACKEN | BRUCE |
| MCCRACKEN | PATRICIA A |
| MCCUNE | HAROLD E |
| MCCURDY | CARL J |
| MCDANIEL | GARY L |
| MCDONALD | DEBORAH K |
| MCDOWELL | JOHN C |
| MCELROY | NORTON |
| MCFARLAND | JAMES W. |
| MCGEEHAN | JAMES F |
| MCGINNIS | RONALD C |
| MCGINNIS | DENISE A |
| MCGLONE | DENNIS M |
| MCGLONE | JACKIE L. |
| MCGRATH | ALBERT C |
| MCGRAW | DAVID |
| MCINTIRE | VICKIE |
| MCKENZIE | PATRICK J |
| MCKENZIE | MICHAEL A |
| MCKEON | THOMAS W |
| MCPHERSON | NEIL |
| MCPHERSON | NEIL |
| MCVEIGH JR | SAMUEL |
| MEDVEC | DANIEL S |
| MEDWID | GRADY J. |
| MEE | JAMIE M |
| MEGGISON | EILEEN M |
| MEIER | LYNN D |
| MEIKLE | JAMES A |
| MELLON | ARTHUR A |
| MELLON | MIRIAM J |
| MELROSE | FREDERICK E |
| MENEICE | DAVID |
| MERCADANTE | DENNIS L |
| MERCHANT | JEFFREY A |
| MERKEL | CHRIS R |
| MESS | KATHLEEN M LONG |
| METZ | RICHARD A. |
| MICHAEL | ROBERT C |
| MICHAEL | DENNIS D |

| | |
|---|---|
| MIHARA | BERNARD M |
| MILLER | BRIAN |
| MILLER | CARL S |
| MILLER | CHRISTOPHER L |
| MILLER | DOUGLAS D |
| MINOR | THOMAS |
| MITTERHOLZER | DOUGLAS |
| MONNIN | DAVID C |
| MONTGOMERY | GERALD |
| MONTORO | FRANCIS |
| MOODIE | CHERYL |
| MOODY | LOVEEN |
| MOORE | RICHARD |
| MOORE | ROBERT A |
| MOORE | MICHAEL C |
| MOOSO | BOYD |
| MORAN | PATRICIA A |
| MORAN | SUSAN L |
| MORAN | JAMES L |
| MOREHEAD | NANCY L. |
| MORRISON | CHARLES T |
| MORRISON | WILLIAM T |
| MOSES | CHARLES M |
| MOSES | MILTON |
| MOYER | ROBERT D |
| MOYER | LEWIS A |
| MULHALL | MARTIN |
| MURPHY | WALTER |
| MURRAY | JAMES O |
| MURRAY | MICHAEL W |
| MUTTI | DOYLE E. |
| MYERS | RALPH L |
| MYERS | ERVIN C. |
| NAMESNIK JR | JOHN A |
| NAMOUR | JOSEPH |
| NAST | WILLIAM |
| NATALI | EDWARD R |
| NAZARUK | CAROL A |
| NEEDHAM | JACKIE C |
| NEELY | FREDERICK L |
| NETTA | WILLIAM O |
| NEWCASTER | NICHOLAS E |
| NEWCOMB | DONALD E |
| NEWCOMBE | ELIZABETH |
| NEWSTED | DEBRA |

| | |
|---|---|
| NICHOL | PAULA J |
| NICHOLS | WILLIAM D |
| NICOL | GERALD E |
| NORTH | JAMES W |
| NORTHROP | PAUL M |
| NOVAK | JOHN S |
| NUSKIEVICZ | JOSEPH I |
| OBMAN | ALLAN R |
| OBRIEN | FREDERICK |
| OBSITNIK | RICHARD J |
| O'DELL | MARSHA |
| O'DONNELL | SUSAN K. |
| OESTERLING | DONALD W |
| OGDEN | ROBERT |
| OGLE | DAVID S |
| O'KEEFE | DANIEL J |
| OLINGER | JOHN E |
| OLINGER | JERRY R |
| OLIVER | BRET D |
| OLIVER JR | JACK C |
| OLSON | RONALD B |
| O'MALLEY | RONALD |
| ORIGEL | ROBERT |
| ORSLENE | WILLIAM T |
| ORTH | WILLIAM R |
| ORWELL | THERESA |
| O'STAFY | FRANK S |
| OXENDALE | JOHN |
| PACOE | DAVID G |
| PALLONE | PHILLIP |
| PALM | ROBERT F. |
| PALMER JR | HARRY T |
| PANEI | VINCENT E |
| PAOLILLO | FRANK S |
| PARISH | KIRK |
| PARR | SPENCER E |
| PARR | CHARLES L |
| PARR | CLENDON |
| PARR | EDMUND H. |
| PARRELLA | LARRY |
| PARSONS | PHYLLIS |
| PATEL | CHIMAN B |
| PAULENICH | JUDITH A |
| PAVLOV | JOHN J |
| PAWLOWICZ | LEON E |

| | |
|---|---|
| PENNYBAKER | GARY D |
| PERDUE | KENT |
| PERRET | RICHARD A. |
| PETER | MARGARET A |
| PETERS | KEVIN L |
| PETERSON | JOHN |
| PETSINGER | GARY J |
| PFEIFFER | LESTER |
| PHILLIPS | PAMELA S |
| PHILLIPS | MARK |
| PHILLIPS | JAMES R. |
| PIEHUTA | JERRY D |
| PIEPENHAGEN | CHRIS H |
| PILNEY | GREGORY F |
| PINNOW | KRISTOPHER J |
| PINNOW | CAROLINE E |
| PLATT | THOMAS J |
| PLETCHER | DAVID M |
| PONZILLO | GENE |
| PRATT | EVELYN |
| PROBST | TIMOTHY P |
| PUFF | GERALD L |
| PYLE | GEORGE E |
| PYLYPIW | CAROL A |
| RAABE | RICHARD C |
| RABLE | DAVID E |
| RANSDELL | DWIGHT DEAN |
| RANSOM | MARGARET A. |
| RATCLIFF | DEBRA |
| RATCLIFF | RICKY |
| RATHMAN | RICKEY G |
| RATKUS | ROBERT J |
| RAY JR | FRAN E |
| REA | SUSAN D |
| REA | WILLIAM R |
| REAM | LARRY G |
| REAY | GARY R |
| REED | DIANA |
| REED | L FRANK |
| REED | RUSSELL S. |
| REED | H. NELSON |
| REEDER | CARL F |
| REEDER | LARRY G |
| REGRUT | PAMELA J |
| REICHART | THOMAS E |

| REINHOLD | DAVID |
|---|---|
| RENSEL | DAVID L |
| RHAM | KENNETH |
| RICE | ROBERT |
| RICH | KENNETH |
| RICHARDS | VIRGINIA P |
| RICHARDSON | TIM B |
| RICHCREEK | DAVID M |
| RICHMOND | JAMES |
| RICHNAVSKY | SOPHIE |
| RICKETTS | STEVE |
| RIDER | JAMES L |
| RIDGWAY | MICHELLE A |
| RIEFLER | STAN J |
| RILEY | JAMES E. |
| RIPPER | GEORGE K |
| RIPPLE | DONALD T |
| RIPPLE | WILLIAM |
| RITZ | CHARLES V |
| RIVA | VICTOR F |
| RIZZO | GERALD F. |
| ROBB | JOHN W |
| ROBBINS | DAVID E. |
| ROBERTS | CHARLES L |
| ROBERTS | JOSEPH S. |
| ROBERTSON | JOSEPH C |
| ROBERTSON III | HENRY |
| ROBISON | GEORGIA N |
| ROCCO | RICHARD J |
| ROCK | JILL |
| RODGERS | RONALD C |
| ROGERS | JIMMY |
| ROHR | PATTI JEAN |
| ROSA | MARYANNE |
| ROSENBAUER | MICHAEL P |
| ROSS | TIMOTHY P |
| ROSSI | ROBERT M |
| RUDOLPH | ROBERT L |
| RUGH | DONALD G |
| RUNYAN | WILLIAM |
| RUSNAK | GEORGE |
| RUSSO | MICHAEL J |
| RYSER | SAMUEL J |
| SABATA | ASHOK |
| SACCO | ROBERT J |

| | |
|---|---|
| SACCO | EDWARD C |
| SAKEY | MYRNA |
| SALAMON | EDWARD J |
| SAMSTAG | JOSEPH A |
| SANDERS | MARIAM F |
| SANFORD | RONALD W |
| SANTIAGO | OSCAR |
| SARNA | LAWRENCE J. |
| SARNO | NICHOLAS J |
| SARNO | DIXIE |
| SARVIS | DONNA G |
| SASS | NICK |
| SASSER | LINDA L |
| SASSER | DARLENE |
| SAYLOR | ARTHUR J |
| SBERNA | MOLLY T |
| SCHAKE | SHELDON C |
| SCHAUM | CHARLES A |
| SCHEPERS | CARL |
| SCHMIDT | WAYNE D |
| SCHMIDT | JOHN |
| SCHMOLL | RICHARD C |
| SCHNEIDER | KENNETH |
| SCHNUR | LLOYD P |
| SCHNUR | ROBERT P |
| SCHOOK | KAREN L |
| SCHUEREN | MICHAEL |
| SCHULTZ | MELVIN |
| SCHUMACHER | WILLIAM |
| SCHWEITZER | SHIRLEY A |
| SCHWEITZER | KARL E |
| SCIALABBA | ANTHONY |
| SCOBEE | ALBERT |
| SCOLIERI | REGINA M |
| SCOTT | JUDITH L. |
| SCOTT | THOMAS M |
| SCOTT | EDWARD A |
| SCOTT II | FORREST H |
| SEARLE | RALPH |
| SEAY | SONDRA |
| SECHLER | SHARON L |
| SEIBERT | CLARENCE R |
| SEIDLER | ALAN P |
| SEIDLER | THOMAS J |
| SEIFLEY | RONALD |

| | |
|---|---|
| SEPICH | CHRISTINE L |
| SHAFFER | SANDRA A |
| SHAKELY | GARY R |
| SHARP | JACK L. |
| SHAULIS | EVELYN P |
| SHAULIS | DAVID L |
| SHAW | ROSS E |
| SHAW | RICHARD G |
| SHEDLARSKI | THOMAS |
| SHERMAN | DOROTHY |
| SHIRA | CHARLES E |
| SHOEMAKER | RONALD K |
| SHOUP JR | JAMES M |
| SHRYOCK | GARY J |
| SHULER | CARL R |
| SHULKO | MARK W. |
| SHUTT | HAROLD W |
| SIDDLE | EUGENE L |
| SIDEBOTHAM | EDWARD C |
| SIMEONE | RALPH F |
| SIMPKINS | DEBORAH |
| SINDLEDECKER | BRIAN |
| SISTEK | DAVID W. |
| SIX | ARNOLD |
| SKURKA | FRED E |
| SLATINSKY | MARGIE |
| SLAY | DAVID E |
| SLIPPEY | CAROL |
| SLOAN | ROBERT C |
| SLOVESKO | EDWARD M |
| SLOWIKOWSKI | CHARLES R. |
| SLUSHER | CHARLES |
| SLUSHER | CHARLES |
| SMALLEY | MARJORIE E |
| SMILLIE | ALLAN |
| SMITH | WILLIAM A |
| SMITH | JAMES |
| SMITH | DANIEL J |
| SMITH | JUDITH A |
| SMITH | THOMAS K |
| SMITH | GEORGE S |
| SMITH | GARY B |
| SMITH | ALLEN R |
| SMITH | WAYNE M |
| SMITH | GARY A. |

| | |
|---|---|
| SMITH | DARRELL E. |
| SMITH | DAVID K |
| SMITH | NORMA |
| SMITH | MICHAEL |
| SMITH | GARY |
| SMITH | WILLIAM J |
| SMITH | JOHN |
| SMITH | GERHARDT |
| SMITH | BRIAN F |
| SMITH | RICHARD |
| SMITH | SCOTT M |
| SNEE | TIMOTHY J |
| SNIDER | RONALD |
| SNODGRASS | DAVID G |
| SNYDER | KIRK R |
| SNYDER | DANIEL D |
| SNYDER | DONALD L |
| SNYDER | MARVIN D |
| SOLON | SAMUEL |
| SOMMARIVA | VINCENT J |
| SONNENBURG | JOHN M |
| SOPCISAK | JEFFREY F |
| SORRELL | GARDNER |
| SORVOLD | STEVEN W |
| SOUTH | BRIAN E |
| SOWA | MARK A |
| SPANG | CHARLES H |
| SPEER | ROBERT E |
| SPENCER | PAULA |
| SPINAZZOLO | ANTHONY D |
| SPIZUCO | JOHN J |
| SPLAIN | JANET L |
| SPOHN | FRANCIS J |
| SPOHN | RALPH D |
| SPRAGUE | HAROLD A |
| SPRING | JOHN H. |
| SPRING | MARTHA |
| SQUITIERI JR | CONRAD |
| SROCK | ELIZABETH R |
| ST CLAIR | DAVID A |
| STAMM | COLLEEN E |
| STANLEY | JAMES W |
| STEINER | MATTHEW B |
| STEINHEISER | CLARENCE R |
| STELLUTO | BARBARA J |

| | |
|---|---|
| STELMACH | GEORGE |
| STEPHAN | LAURIE A |
| STEPHENS | JAMES |
| STEPP | EVERETT L |
| STERLING | FRANK E |
| STETZER | GORDON L |
| STEVENS | CRAIG A |
| STEVENSON | WILLIAM H |
| STEWART | DAVID W |
| STEWART III | WILLIAM |
| STIMEL | JOSEPH M |
| STIMMELL | BARRY E |
| STIMPERT | ROBERT E. |
| STINEHOUR | JAMES A. |
| STITT | CHARLES A |
| STOBER | NICOLETTE R. |
| STOECKER | EDWARD A |
| STONER | DONALD L |
| STORM | RONALD H |
| STORTZ | GORDON A |
| STOTLER | STEVEN H |
| STOTT | BRIAN |
| STOUFFER JR | RAY E |
| STOWE | FLOYD M |
| STRASSER | STEPHEN E |
| STREET | JACK T |
| STROUP | RICHARD L |
| STUMBO II | LARRY |
| STUMP | DEAN |
| STUMPF | ERNEST S |
| STYER | ROBERT J |
| SUER | MARK A |
| SUMMERS | DAVID L |
| SUSSMAN | RICHARD |
| SWANN | JERRY T. |
| SWARTZ | DONNA A |
| SYCKS | JERRY A |
| SZWED | DANIEL F |
| TAGGART | ALBERT F |
| TAMPLEN | DAVID G |
| TARR | GERALD M |
| TASSEY | TONI JEAN |
| TASSEY | JOHN C |
| TAYLOR | MARK S |
| TAYLOR | CAROL J |

| | |
|---|---|
| TAYLOR | GARY L |
| TAYLOR | FAYE F |
| TAYLOR | WILFORD E |
| TAYLOR | VINCENT |
| TELEGA | PATRICIA A |
| TENNANT | HARLEY G |
| TERRELL | SHARON |
| TERRY | JOHN B. |
| TESTASECCA | GLORIA J |
| TEUTSCHBEIN | BARRY B |
| THIERER | GEORGE |
| THOMAS | MERCEDES U |
| THOMPSON | TACY A |
| THOMPSON | SHAWN M |
| THURMAN | THOMAS |
| TIGNOR | JIM D |
| TILLERY | TOM |
| TILLETT | JERRY |
| TITLER | TIMOTHY L |
| TITLEY | LOIS W |
| TITUS | HAROLD C |
| TOMCHIK | RICHARD C |
| TOMCZEWSKI | GEORGE |
| TONINI | GARY D |
| TRAHEY | ROBERT E |
| TRAINOR | JIM |
| TRAN NGUYEN | MARY |
| TRANO | VANESSA |
| TREJBAL | HAROLD G |
| TRENGA II | CARMINE G |
| TROLIO | ISABELLA |
| TROUTMAN | HAROLD D |
| TRUAX | DENNIS R |
| TRUSS | SHAWN A |
| TUCKER | TILDEN |
| TUFFORD | BENJAMIN A |
| TULEY | NOEL |
| TUMBLIN | ROBERT F |
| TURNER | JUDY |
| UGIE | RICHARD E |
| ULBRICHT | ROGER |
| ULMER | STEVEN |
| UMSTOTT | ROBERT D |
| URANKER | RAYMOND E |
| URSO | ANDRE |

| | |
|---|---|
| UTISS | DUANE E. |
| VACCARELLO | ANTHONY D |
| VAIL | HOWARD |
| VAIL | ROBERT K |
| VALENTA | DORIS Z |
| VALLEY | JOSEPH M |
| VANGORDER | ROBERT C |
| VANHORN | RON L |
| VANSCOY | CLAYTON A |
| VARGAS | VICTOR H |
| VARLEY | ROBERT P |
| VASILCHEK | MICHAEL |
| VAVRO | JOSEPH M |
| VENZIN | MARTIN G |
| VETTEL | PATRICIA A |
| VISOKEY | ROBERT M |
| VON HOLLE | ANTHONY L |
| WADE | GARY |
| WAITE JR | WAYNE A |
| WALKER | JAMES A. |
| WALKER | RAY A. |
| WALKER | JOSEPH D |
| WALTON JR | JOHN |
| WARD | SUZY |
| WARD | DONALD |
| WARDROP JR | RICHARD |
| WAREHAM | JAMES |
| WATSON | JAMES |
| WAUZZINSKI | DOROTHY A |
| WEAR | MYRL |
| WEAVER | JAMES N |
| WEBB | LAWRENCE J |
| WEBSTER | CHRYSTINE L |
| WEHR | DONALD L |
| WEIGOLD | MAUREEN M |
| WEIS | JOSEPH |
| WEISS | DARLA A |
| WELLS | TERRY |
| WELLS | LLOYD H |
| WELSH | WILLIAM J |
| WELSH | LAWRENCE P. |
| WEMPLE | JAMES M. |
| WERBLAN | CHARLES W |
| WERD | GREGORY F. |
| WEST | GREGG |

| | |
|---|---|
| WEST | JOHN D |
| WESTERMAN | JAMES L |
| WHEELER | GLENN A |
| WHEELER | IRIS |
| WHEELER | KARLETTA K |
| WHELAN | GERALD |
| WHITAKER | MAX C |
| WHITE | JASON |
| WHITE | ROBERT W |
| WHITE | MARK H |
| WHITELEY | STEPHEN R |
| WHITENIGHT | JESSE C |
| WHITTINGHILL | TIMOTHY |
| WIEST | FRANCIS L |
| WIEST | LORI A |
| WIG | WILLIAM A |
| WILCH | DANIEL |
| WILKERSON | DENNIS |
| WILKINSON | MARTIN |
| WILL | JAMES |
| WILLIAMS | FRED A |
| WILLIAMS | GENEVIEVE |
| WILLIAMS | JAMES E |
| WILLIAMS | JOHN R. |
| WILLIAMS | RICHARD S |
| WILLIAMS | DON A. |
| WILLIAMS | FRED E |
| WILLIAMS | RALPH |
| WILLIS | BRYAN R |
| WILLISON | DALE L |
| WILSON | LOREEN A |
| WILSON | ROBERT E |
| WILSON | J PAUL |
| WILSON | GREGORY F |
| WILSON | WILLIAM J |
| WINGFIELD | WILLIAM L |
| WINTERS JR | NORRIS G |
| WISE | MARTHA |
| WISE | RUSSELL A |
| WISE | ROBERT L |
| WISNEWSKI | BRIAN |
| WIST | DENNIS R |
| WOLFE | DONALD F |
| WOLFE | THOMAS L |
| WOLOSKI | CAROLYN J |

| | |
|---|---|
| WOOD | ERIC |
| WOOD | FREDERICK G |
| WOOD | KAREN E |
| WOODS | CHARLES GARY |
| WORTHINGTON | RAYMOND L |
| WOZNIAK | PETER |
| WRIGHT | CONNIE J |
| WRIGHT | DAVID A |
| WRIGHT | DALE B |
| WUENSTEL | PATRICIA V |
| XIAO | JOSEPH Y |
| YECKEL | PAUL N |
| YOUNG | KEVIN |
| YOUNG | JENNIFER J. |
| YOUNG III | JOHN |
| YOUNKINS | TIMOTHY E |
| YUDT | THOMAS E |
| ZALUDEK | JUDITH A |
| ZARNICK | DAVID A |
| ZAVACKY | ROBERT A |
| ZEHLER | LINDA |
| ZHANG | YUTING |
| ZIMBICKI | MICHAEL |
| ZIMMERMAN | JEFFREY |
| ZIPPRIAN | SHARON |
| ZORBACH | HARRY |
| ZURKU | KATHLEEN J |
| ZWEIFEL | RAYA J |