IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| John D. West, on Behalf of Himself and | ) | |
| All Other Persons Similarly Situated, | ) | |
| Plaintiffs, | ) | Case No. 1:02-CV-0001 |
| | ) | |
| v. | ) | |
| | ) | |
| AK Steel Corp. Retirement Accumulation | ) | District Judge Sandra S. Beckwith |
| Pension Plan, | ) | |
| – and – | ) | |
| AK Steel Corporation Benefit Plans | ) | Magistrate Judge Timothy S. Black |
| Administrative Committee | ) | |
| Defendants. | ) | |

**PLAINTIFFS' REVISED DAMAGES CALCULATIONS**

Plaintiffs herewith respectfully submit a new affidavit from their damages expert, Michael

Libman, with revised exhibits containing Mr. Libman's final calculations of the underpayments for

all Class Members.  The new affidavit and exhibits were made necessary by the following facts:

- Plaintiffs' previous submissions on damages[1] provided calculations for the 1,257 Class Members who had received their lump sum payments of retirement benefits through August 1, 2004.[2]

- After Plaintiffs' prior submissions on damages, Defendants provided data on the Class Members who had received their lump sum payments of retirement benefits after August 1, 2004, and through the Class' ending date of April 1, 2005.[3]

---

[1]    Please see Plaintiffs' submissions in mid-October of 2004 at Docs. Nos. 60-63.

[2]    Affidavit of Michael L. Libman Executed on October 12, 2004 (filed Oct. 15, 2004) at ¶ 7;  Affidavit of Michael L. Libman Executed on June 22, 2005 (filed June 22, 2005) at ¶ 2.

[3]    Declaration of Class Counsel Attesting to Completion of the Rule 23 Class Notice Process and to Defendants' Confirmation of the Integrity of the Class Roster (filed June 22, 2005) (hence, "Declaration of Class Counsel") at 3-4;  Affidavit of Michael L. Libman Executed on June

- The Class' final membership of 1,313 individuals was not determined until the completion of the Rule 23 class notice process, which process just concluded.[4]

- Mr. Libman's new affidavit and Revised Exhibits 1, 3, 4 and 5 reports his results and damages calculations for the whole of the 1,313-member Class.

Respectfully submitted,

s/   Thomas R. Theado
Plaintiffs' Trial Attorney and Class Counsel
Thomas R. Theado (0013937)
GARY, NAEGELE & THEADO, LLC
446 Broadway Avenue
Lorain, Ohio  44052-1797
Ph:    440-244-4809
Fx:    440-244-3462

Of Counsel:

Robert D. Gary (0019610)
Jori Bloom Naegele (0019602)
Thomas A. Downie (0033119)
GARY, NAEGELE & THEADO, LLC
446 Broadway Avenue
Lorain, Ohio  44052-1797
Ph:    440-244-4809
Fx:    440-244-3462

Allen C. Engerman

Law Offices of Allen C. Engerman, P.C.
666 Dundee Road–# 1200
Northbrook, Illinois  60062
Ph:    847-564-5555
Fx:    847-564-4944

Counsel for Plaintiffs

---

22, 2005 (filed June 22, 2005) at ¶¶ 5-7 and 10.

[4]        Declaration of Class Counsel at 1-3 .

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Thomas A Downie | tdownie@gntlaw.com |
| Allen C Engerman | acelaw@mcn.org |
| Stuart J Evans | sevans@cov.com |
| Robert D Gary | office@gntlaw.com |
| Jori Bloom Naegele | jnaegele@gntlaw.com |
| Thomas R Theado | ttheado@gntlaw.com |
| Robert D Wick | rwick@cov.com |
| George Edward Yund | gyund@fbtlaw.com |

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Christopher M. Denig
Covington and Burling
1201 Pennsylvania Avenue, N.W.
P.O. Box 7566
Washington, DC 20044

s/   Thomas R. Theado
Thomas R. Theado (0013937)
Attorney for Plaintiffs
Gary, Naegele & Theado, LLC
446 Broadway Avenue
Lorain, Ohio 44052-1797
Telephone: (440) 244-4809
Telecopier: (440) 244-3462
E-mail:  TomTheado@aol.com