## Revised Exhibit 1: Summary of Underpayments

### AK Steel Retirement Accumulation Pension Plan
### Summary of Underpayments as of 6/22/2005 - 1,313 Class Members

#### Without Pre-Retirement Mortality Factor

| Total Underpayments Due as of Original Lump Sum's Date | With Interest through 6/21/05 ||||||
|---|---|---|---|---|---|---|
| | At Ohio Statutory Rate (10/4/5%) | Total | At 7.5% Plan Rate | Total | At Federal Sec. 1961 Rate | Total |
| 40,244,810.97 | 16,252,310.60 | 56,497,121.57 | 17,062,564.61 | 57,307,375.58 | 10,360,197.83 | 50,605,008.80 |

#### With Pre-Retirement Mortality Factor

| Total Underpayments Due as of Original Lump Sum's Date | With Interest through 6/21/05 ||||||
|---|---|---|---|---|---|---|
| | At Ohio Statutory Rate (10/4/5%) | Total | At 7.5% Plan Rate | Total | At Federal Sec. 1961 Rate | Total |
| 33,163,784.25 | 13,154,450.13 | 46,318,234.38 | 13,804,409.57 | 46,968,193.82 | 8,313,754.20 | 41,477,538.45 |

Prepared by Libman, Ryder Company