Office of the Clerk
United States District Court
Southern District of Ohio – Western Division
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

**RECEIVED**

JUN 2 2 2005

**JAMES BONINI, Clerk**
CINCINNATI, OHIO

C-1-02-001

Gentlemen:

I want to be excluded from the West case.

*Karl Schweitzer /IS POA*
Mr. Karl Schweitzer
21606 State Route 93
West Lafayette, Ohio 43845
740-545-0168


per I. Schweitzer, POA

K & I Schweitzer
21606 SR 93
West Lafayette, OH 43845




Office of the Clerk
United States District Court
Southern District of Ohio - Western Division
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

45202-3305

