### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| John D. West, on Behalf of Himself and All Other Persons Similarly Situated,<br><br>                              Plaintiffs,<br><br>        v.<br>AK Steel Corporation (Formerly ARMCO Inc.) Retirement Accumulation Pension Plan, a part of the AK Steel Corporation (Formerly ARMCO Inc.) Noncontributory Pension Plan, and<br><br>AK Steel Corporation Benefit Plans Administrative Committee,<br><br>                              Defendants | Case No.: C-1-02-0001<br><br>Judge: Hon. Sandra S. Beckwith<br><br>Magistrate Judge: Timothy S. Black |

### NOTICE OF MANUAL FILING OF SEALED DOCUMENTS

Please take notice that, pursuant to the Court's November 30, 2004 Notation Order and Local Rule 79.3, Defendants are manually filing the following documents under seal:

Complete, Un-redacted Amended Exhibit 3 to the Supplemental Declaration of Lawrence Sher;

Complete, Un-redacted Amended Exhibit 4 to Supplemental Declaration of Lawrence Sher.

Respectfully submitted,

| | |
|---|---|
| Robert D. Wick | s/ George E. Yund |
| David A. Barker | George E. Yund (0017714) |
| Attorneys for Defendants | Trial Attorney for Defendants |
| Covington & Burling | FROST BROWN TODD LLC |
| 1201 Pennsylvania Avenue | 2200 PNC Center |
| Washington, DC  20004-2401 | 201 East Fifth Street |
| (202) 662-6000 | Cincinnati, OH 45202 |
| rwick@cov.com | (513) 651-6838 |
| | gyund@fbtlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2005, I electronically filed the foregoing Notice of Manual Filing of Sealed Documents with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic fling system and copies will be mailed via U.S. Mail to those parties who are not served via the Court's electronic filing system.

Respectfully submitted,

s/ George E. Yund
George E. Yund (0017714)
Trial Attorney for Defendants
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
(513) 651-6838
gyund@fbtlaw.com

CinLibrary 0001590.0528818  1522447v.1