IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN D. WEST, on Behalf of :
Himself and All Other Persons :
Similarly Situated :
:
       Plaintiff, :
:
  vs. : Case 1:02-cv-0001
:
AK STEEL CORPORATION :
RETIREMENT ACCUMULATION PENSION :
PLAN, et al. :
:
       Defendant. :

## ORDER

The Court previously determined to distribute a second notice to class members who have chosen to opt out of the class. The Court's August 25, 2005 order (Doc. 123) contained the text of that second notice, to be sent to fifteen individuals who previously filed an opt out request. Those letters, with the agreed revision in language discussed during the telephone conference with counsel on August 23, 2005, are being deposited in the United States mail today. Copies of the letters are being sent to counsel for both parties. The Court will retain copies of the letters in the Court's correspondence file.

DATED: August 25, 2005       s/Sandra S. Beckwith
                Sandra S. Beckwith, Chief Judge
                United States District Court