IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN D. WEST, on Behalf of          :
Himself and All Other Persons       :
Similarly Situated                  :
                                    :
            Plaintiff,              :
                                    :
       vs.                          :     Case 1:02-cv-0001
                                    :
AK STEEL CORPORATION                :
RETIREMENT ACCUMULATION PENSION     :
PLAN, et al.                        :
                                    :
            Defendant.              :

**<u>ORDER</u>**

The Court, pursuant to its Order of August 23, 2005 (Doc. 123), sent an additional notice to fifteen class members who previously chose to opt out of this action. The additional notices were mailed to the fifteen class members on August 25, 2005. The Court has received timely requests from nine of those individuals, asking to rescind their previous opt out notice and remain a member of the class.

The Court therefore orders that the following individuals who returned a timely notice, are members of the certified class in this case: Gordon B. Cooper; Earl W. Dunfee; Alfred T. Gross; Kenneth G. Hoffman; Michael A. Kurtz; Richard G. Shaw; Ross E. Shaw; David L. Summers; and William J. Welsh. Copies of each individual's notice to rescind are attached to this Order.

Six individuals have not responded to the Court's prior Order, and their opt-out status remains unchanged. Those

individuals are: Ronald A. Carns; John Diers; James Gear; Arthur Mellon; Doyle Mutti; and Karl Schweitzer.

    SO ORDERED.

DATED: December 15, 2005        <u>s/Sandra S. Beckwith</u>
                                      Sandra S. Beckwith, Chief Judge
                                      United States District Court