RE:  John D. West v. AK Steel Corporation Retirement Accumulation Pension Plan, et al.
     Case No. 1:02-cv-0001

I want to remain a member of the class in this case, and I want to rescind my previous notice to opt out.

GORDON B. Cooper

DATED: 8/30/05

[sign on line above]

RE:   John D. West v. AK Steel Corporation Retirement Accumulation Pension Plan, et al.
Case No. 1:02-cv-0001

I want to remain a member of the class in this case, and I want to rescind my previous notice to opt out.

DATED: 9/3/05                    _____
                                 [sign on line above]

**RECEIVED**
SEP 6 2005

RE:   John D. West v. AK Steel Corporation Retirement Accumulation Pension Plan, et al.
      Case No. 1:02-cv-0001

I want to remain a member of the class in this case, and I want to rescind my previous notice to opt out.

DATED: 9/1/05              _Alfred T. Gross_
                           [sign on line above]

                           (740) 824-3233

RE:   John D. West v. AK Steel Corporation Retirement Accumulation Pension Plan, et al.
      Case No. 1:02-cv-0001

I want to remain a member of the class in this case, and I want to rescind my previous notice to opt out.

DATED: 9-6-05                            *Kenneth Y. Hoffman*
                                         [sign on line above]

RE:   John D. West v. AK Steel Corporation Retirement Accumulation Pension Plan, et al.
Case No. 1:02-cv-0001

I want to remain a member of the class in this case, and I want to rescind my previous notice to opt out.

DATED: 9-1-2005      *Michael A. Kurz*
[sign on line above]

**RECEIVED**
**SEP 6 2005**

RE: John D. West v. AK Steel Corporation Retirement Accumulation Pension Plan, et al.
Case No. 1:02-cv-0001

I want to remain a member of the class in this case, and I want to rescind my previous notice to opt out.

DATED: 9-1-05          *Richard Shaw*
                      [sign on line above]

Richard G. Shaw
1936 Walnut St.
Coshocton, Ohio
43812

**RECEIVED**

**SEP 6 2005**

RE:   John D. West v. AK Steel Corporation Retirement Accumulation Pension Plan, et al.
      Case No. 1:02-cv-0001

I want to remain a member of the class in this case, and I want to rescind my previous notice to opt out.

DATED: 9-1-05            _Ross E. Shaw_
                         [sign on line above]

**RECEIVED**

SEP 1 2 2005

RE:   John D. West v. AK Steel Corporation Retirement Accumulation Pension Plan, et al.
      Case No. 1:02-cv-0001

I want to remain a member of the class in this case, and I want to rescind my previous notice to opt out.

DATED: 8-29-05                    *David L. Summers*
                                  [sign on line above]

RE: John D. West v. AK Steel Corporation Retirement Accumulation Pension Plan, et al.
Case No. 1:02-cv-0001

I want to remain a member of the class in this case, and I want to rescind my previous notice to opt out.

DATED: 8-28-05         _____
                       [sign on line above]