IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

John D. West, on Behalf Of Himself and
All Other Persons Similarly Situated

            Plaintiffs,

vs.

AK Steel Corporation (formerly
ARMCO) Retirement Accumulation
Pension Plan, et al.

            Defendants.

Case No.: C-1-02-0001

District Judge Sandra S. Beckwith

Magistrate Judge Timothy S. Black

### THE PARTIES' JOINT SUBMISSION OF THEIR ROSTER OF THE 1,230 CLASS MEMBERS AND THE SUM DUE UNDER THIS COURT'S ORDER OF DECEMBER 19, 2005

The parties jointly, pursuant to the Court's Order entered on December 19, 2005 [Doc. No. 129], have timely forwarded for filing under seal an agreed roster of the current class members and the amount due to each class member under this Court's Order of December 19, 2005. The roster reports the sums due each class member under this Court's prior orders, exclusive of interest.

The parties' roster, forwarded for sealed filing by the Clerk on January 18, 2006, identifies by name a total of 1,230 Class Members, as follows:

- Each Class Member's name, listed alphabetically;

- The date on which the Class Member's original lump-sum payment was made; and

- The amount due the class member under this Court's prior orders including the order of December 19, 2005.[1]

Further pursuant to the terms of the Court's Order of December 19, 2005, the parties' roster states that the total of the sums due to the class under the Court's prior orders, exclusive of interest, is $37,638,442.79.

The parties enter into this joint submission without prejudice to their rights to appeal or otherwise contest the prior orders pursuant to which the sums shown in the roster were calculated.[2]

                        Respectfully submitted,

                        s/   Thomas R. Theado
                        Plaintiffs' Trial Attorney and Class Counsel
                        Thomas R. Theado (0013937)
                        GARY, NAEGELE & THEADO, LLC
                        446 Broadway Avenue
                        Lorain, Ohio  44052-1797
                        Ph:440-244-4809
                        Fx:440-244-3462

                        Robert D. Gary (0019610)
                        Jori Bloom Naegele (0019602)
                        Thomas A. Downie (0033119)
                        GARY, NAEGELE & THEADO, LLC
                        446 Broadway Avenue
                        Lorain, Ohio  44052-1797
                        Ph:440-244-4809
                        Fx:440-244-3462

---

[1]   When a Class Member received two lump-sum distributions, that Member will have two lines of entries on the parties' roster, one for each distribution, one immediately following the other.

[2]   Defendants reserve all rights they have to contend that the Court's prior orders are erroneous and/or should be reversed, vacated, modified, or reconsidered.

Allen C. Engerman
Law Offices of Allen C. Engerman, P.C.
666 Dundee Road-# 1200
Northbrook, Illinois  60062
Ph:847-564-5555
Fx:847-564-4944

COUNSEL FOR PLAINTIFFS

s/   George E. Yund (0017714)
Trial Attorney for Defendants
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182
(513) 651-6824

Robert D. Wick
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC 20004-2401
(202) 662-6000

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

      I hereby certify that on January 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Thomas A Downie | tdownie@gntlaw.com |
| Allen C Engerman | acelaw@mcn.org |
| Stuart J Evans | sevans@cov.com |
| Robert D Gary | office@gntlaw.com |
| Jori Bloom Naegele | jnaegele@gntlaw.com |
| Thomas R Theado | ttheado@gntlaw.com |
| Robert D Wick | rwick@cov.com |
| George Edward Yund | gyund@fbtlaw.com |

      s/  Thomas R. Theado
      Thomas R. Theado (0013937)
      Attorney for Plaintiffs
      GARY, NAEGELE & THEADO, LLC
      446 Broadway Avenue
      Lorain, Ohio 44052-1797
      Telephone: (440) 244-4809
      Telecopier: (440) 244-3462
      E-mail: TomTheado@aol.com