**ALLEN C. ENGERMAN, ESQ.**
Law Offices of Allen C. Engerman, P.C.
666 Dundee Road, Suite 1200
Northbrook, Illinois 60062
(847) 564-5555

**PROFESSION:** Admitted to practice in the state of Illinois in 1958, the Federal District Court for the Northern District of Illinois in 1958, the United States Supreme Court in 1964, and in the state of Florida in 1974. Also admitted in numerous other federal district and circuit courts.

**EMPLOYMENT:**

1993 – Present     Sole practitioner specializing in ERISA class actions in the federal courts.

1975 – 1992        Principal partner in various law firms in Chicago, Illinois specializing in commercial and complex litigation in federal and state trial and appellate courts including matters relating to employment and ERISA law, corporations, partnerships, antitrust, white collar crime, trademark, copyright, sales tax, and entertainment law. Responsibilities included both jury and bench trials in federal and state courts, motion practice, discovery, settlement negotiations, file preparation, and drafting of pleadings. Served as a commercial arbitrator for the American Arbitration Association for many years.

1966 – 1975        Associate counsel to two medium size commercial law firms in Chicago, Illinois. In addition to the responsibilities stated above, work consisted of legal research and writing.

1960 – 1966        Assistant State's Attorney for Cook County, Illinois. Responsibilities included the preparation and trial of major felony crimes in the Criminal Court of Cook County, Illinois, and the investigation, preparation, and trial of complex commercial fraud cases and cases involving forensic testimony.

**EDUCATION:**

1955 – 1958        University of Chicago Law School – Chicago, Illinois.
                   Juris Doctor degree. Associate Editor of the *Student Lawyer Journal*, a national publication.

1951 – 1955        University of Illinois – Urbana, Illinois.
                   Bachelor of Science degree in Psychology. Dean's List.
                   Attended University of Heidelberg, Germany 1954.

**PROFESSIONAL**
**ORGANIZATIONS:**     Fellow, American Academy of Forensic Sciences.
                       Chicago, Illinois, Florida, and American Bar Associations.