Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00　West, John**　　　　　　　　　　　　　　　　　　　　　　　　　　West, John
**Pension Claims Against Armco and/or AK Steel**
Primary Timekeeper:　　　　　3　TRT　Category:　　　1　Added by conversion program.
Secondary Timekeeper:　　　 4　TAD　Draft Template:　　STI　　　Rate Code: 1
Originating Timekeeper:　　　 1　RDG　Final Template:　　STI　　　Date Opened:　　11/06/2001
Previous Balance:　　　　　　　0.00

　　　　　　　　　　　　　　　　　　　　　　　　　　Contact: West, John
　　　　　　　　　　　　　　　　　　　　　　　　　　Office: 724-482-2525

| Date | Tmkr | Hours Worked | Description |
|---|---|---|---|

**Fees**

| Date | Tmkr | Hours Worked | Description |
|---|---|---|---|
| 03/20/2002 | 5 OTH | 0.25 | Telephone conference with T. Theado re pro hac vice order |
| 04/18/2002 | 4 TAD | 0.30 | Conferences with Attorneys Theado and Gary on 26(f) conference |
| 04/18/2002 | 1 RDG | 0.30 | Conferences with Attorneys Theado and Downie on 26(f) conference |
| 04/23/2002 | 3 TRT | 0.60 | Meeting with Attorneys Gary, Naegele, Downie, Bristol and Mr. Long on preparations for 26(f) conference |
| 04/23/2002 | 3 TRT | 0.40 | Rule 26(f) Conference with Attorneys Wick, Roberts, Gary, Downie and Bristol |
| 04/23/2002 | 1 RDG | 0.60 | Meeting with Attorneys Theado,Naegele,Bristol, Downie and Mr. Long on preparations for 26(f) conference |
| 04/23/2002 | 2 JBN | 0.60 | Meeting with Attorneys Theado,Gary,Bristol, Downie and Mr. Long on preparations for 26(f) conference |
| 04/23/2002 | 4 TAD | 0.60 | Meeting with Attorneys Theado, Gary, Bristol, Naegele and Mr. Long on preparations for 26(f) conference |
| 04/23/2002 | 1 RDG | 0.40 | Rule 26(f) conference with Attorneys Wick, Roberts, Downie, and Bristol |
| 04/23/2002 | 4 TAD | 0.40 | Rule 26(f) conference with Attorneys Wick, Roberts, Gary, and Bristol |
| 04/25/2002 | 4 TAD | 0.05 | Meeting with Attorney Theado |
| 04/25/2002 | 3 TRT | 0.05 | Meeting with Attorney Downie re. Mr. West's deposition |
| 04/26/2002 | 1 RDG | 0.25 | Telephone meeting with Attorneys Downie, Theado and Bristol re: 26(f) conference |
| 04/26/2002 | 3 TRT | 0.30 | Conference call with Attorneys Gary and Downie in preparation for 26(f) Conference |
| 04/26/2002 | 3 TRT | 0.30 | Continued Rule 26(f) Conference with Attorneys Wick, Roberts, Downie and Bristol |
| 04/26/2002 | 3 TRT | 0.20 | Meeting with Attorneys Downie and Bristol on Rule 26(f) Conference |
| 04/26/2002 | 4 TAD | 0.30 | Conference call with Attorneys Theado and Gary in preparation for 26(f) Conference |
| 04/26/2002 | 4 TAD | 0.30 | Continued Rule 26(f) conference  with Attorneys Theado, Wick, Roberts and Bristol |
| 04/26/2002 | 4 TAD | 0.20 | Meeting with Attorneys Theado, Bristol on Rule |

Case 1:02-cv-00001-SSB-TSB  Document 151-11  Filed 01/18/2006

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00  West, John**  *(Continued)*

| Date | Tmkr | Hours Worked | Description |
|---|---|---|---|
| | | | 26(f) Conference |
| 04/29/2002 | 3 TRT | 0.30 | Telephone conversation with Attorney Downie on results of legal research |
| 04/29/2002 | 4 TAD | 0.30 | Telephone conversation with Attorney Theado on results of legal research |
| 04/30/2002 | 3 TRT | 0.20 | Meeting with Attorney Downie on status of motion for class certification |
| 04/30/2002 | 4 TAD | 0.20 | Meeting with Attorney Theado on status of motion for class certification |
| 05/02/2002 | 3 TRT | 0.10 | Meeting with Attorney Downie on discovery requests |
| 05/02/2002 | 4 TAD | 0.10 | Meeting with Attorney Theado on discovery requests |
| 05/02/2002 | 5 OTH | 0.25 | Telephone conference with T. Theado re subpoena upon NCRB |
| 05/06/2002 | 3 TRT | 0.25 | Meeting with Attorneys Gary and Downie on plaintiffs' discovery responses |
| 05/06/2002 | 4 TAD | 0.25 | Meeting with Attorney Theado and Gary on plaintiffs' discovery responses |
| 05/06/2002 | 1 RDG | 0.25 | Meeting with Attorney Theado and Downie on plaintiffs' discovery responses |
| 05/08/2002 | 3 TRT | 0.10 | Telephone conversation with Attorneys Gary and Engerman on NCRB subpoena |
| 05/08/2002 | 3 TRT | 0.10 | Meeting with Attorney Downie on discovery to defendants |
| 05/08/2002 | 1 RDG | 0.10 | Telephone conversation with Attorneys Theado and Engerman on NCRB subpoena |
| 05/08/2002 | 4 TAD | 0.10 | Meeting with Attorney Theado on discovery to defendants |
| 05/08/2002 | 5 OTH | 0.25 | Telephone conference with R. Gary and T. Theado re NCRB subpoena |
| 05/13/2002 | 4 TAD | 0.10 | Conference with Attorney Theado on defendants profered stipulated order |
| 05/15/2002 | 3 TRT | 0.40 | Conference with Attorneys Gary, Downie, Naegele and Bristol on NCRB subpoena |
| 05/15/2002 | 1 RDG | 0.40 | Conference with Attorneys Downie, Theado, Naegele, and Bristol on NCRB subpoena |
| 05/15/2002 | 2 JBN | 0.40 | Conference with Attorneys Downie, Theado, Gary, and Bristol on NCRB subpoena |
| 05/15/2002 | 4 TAD | 0.40 | Conference with Attorneys Naegele, Theado, Gary, and Bristol on NCRB subpoena |
| 05/15/2002 | 5 OTH | 0.25 | Telephone conference with T. Theado re NCRB subpoena |
| 05/22/2002 | 3 TRT | 0.90 | Meetings with Attorney Downie, and conference call with Attorneys Downie and Engerman on NCRB subpoena and review of documents |
| 05/22/2002 | 4 TAD | 0.90 | Meeting with Attorney Theado, Conference call with Attorneys Theado and Engerman on NCRB subpoena and reveiw of documents |

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00**   West, John   *(Continued)*

| Date | Tmkr | Hours Worked | Description |
|---|---|---|---|
| 05/22/2002 | 5 OTH | 1.00 | Telephone conference with T. Downie and T. Theado re NCRB subpoena and review and analysis of documents |
| 05/23/2002 | 3 TRT | 1.10 | Meetings with Attorney Downie and Mr. Long and telephone conversation with Attorney Engerman on NCRB documents and review therof |
| 05/23/2002 | 3 TRT | 0.20 | Conference call with Attorneys Engerman and Downie on document disclosures and confidentiality |
| 05/23/2002 | 4 TAD | 0.90 | Meeting with Attorney Theado and Mr. Long; Conference call with Attorneys Theado and Mr. Long |
| 05/23/2002 | 4 TAD | 0.20 | Conference call with Attorneys Theado and Engerman on documents disclosures and confidentiality. |
| 05/23/2002 | 5 OTH | 1.25 | Telephone conference with T. Theado re NCRB documents and review and analysis of thereof |
| 05/23/2002 | 5 OTH | 0.25 | Telephone conference with T. Downie and T. Theado re document disclosures and confidentiality concerns |
| 05/29/2002 | 3 TRT | 0.30 | Meeting with Attorney Downie on discovery responses |
| 05/29/2002 | 4 TAD | 0.30 | Meeting with Attorney Theado on finalization of discovery responses |
| 05/30/2002 | 4 TAD | 0.10 | Meeting with Attorney Theado on plaintiffs' document responses |
| 05/30/2002 | 3 TRT | 0.10 | Meeting with Attorney Downie re. plaintiffs' document responses |
| 06/04/2002 | 3 TRT | 0.70 | Briefing Conference with Magistrate Judge Sherman and Attorneys Wick, Roberts, Scott, Henry and Downie |
| 06/04/2002 | 3 TRT | 0.25 | Review of deadlines, cut-offs, and due dates with staff and Attorney Downie |
| 06/04/2002 | 4 TAD | 0.70 | Briefing conference with Magistrate Judge Sherman, Attorneys Wick, Roberts, Scott, Henry, and Theado |
| 06/04/2002 | 4 TAD | 0.25 | Review of deadlines, cut-offs, and due dates with staff and Attorney Theado |
| 06/11/2002 | 3 TRT | 0.25 | Meetings with Attorney Downie on deposition of Mr. West and plaintiffs' document productions |
| 06/11/2002 | 4 TAD | 0.25 | Meeting with Attorney Theado on deposition of Mr. West and plaintiffs' document productions |
| 06/13/2002 | 3 TRT | 0.50 | Meetings with Attorney Downie on plaintiffs' document productions |
| 06/13/2002 | 4 TAD | 0.50 | Meeting with Attorney Theado on plaintiffs' document productions of Mr. West |
| 06/14/2002 | 4 TAD | 0.10 | Meeting with Attorney Theado on plaintiffs' document productions |

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00**   West, John   *(Continued)*

| Date | Tmkr | Hours Worked | Description |
|---|---|---|---|
| 06/14/2002 | 3 TRT | 0.10 | Meeting with Attorney Downie re. plaintiffs' document productions |
| 06/17/2002 | 3 TRT | 0.20 | Telephone conversation with Attorney Downie on client meeting |
| 06/17/2002 | 4 TAD | 0.20 | Telephone conversation with Attorney Theado on client meeting |
| 06/18/2002 | 3 TRT | 0.40 | Telephone conversations with Attorney Downie on defendants' deposition of named plaintiff |
| 06/18/2002 | 4 TAD | 0.40 | Telephone conversation with Attorney Theado on defendants' deposition of named plaintiff |
| 06/19/2002 | 3 TRT | 0.30 | Meeting with Attorney Downie on deposition results |
| 06/19/2002 | 4 TAD | 0.30 | Meeting with Attorney Theado on deposition results |
| 06/20/2002 | 4 TAD | 0.10 | Meeting with Attorney Theado on defendants' interrogatories |
| 06/20/2002 | 3 TRT | 0.10 | Meeting with Attorney Downie re. defendants' interrogatories |
| 06/20/2002 | 5 OTH | 0.25 | Telephone conference with T. Theado re defendants' deposition of plaintiff |
| 07/24/2002 | 3 TRT | 0.70 | Conference with Attorney Downie on defendants' response and motion, and e-mail |
| 07/24/2002 | 4 TAD | 0.70 | Conference with Attorney Theado on defendants' response and motion and email |
| 07/30/2002 | 4 TAD | 0.10 | Meeting with Attorney Theado on interrogatory responses |
| 07/30/2002 | 3 TRT | 0.10 | Meeting with Attorney Downie, and e-mail thereon to Attorneys Wick and Roberts, re. interrogatory responses |
| 08/09/2002 | 4 TAD | 0.50 | Conference with Attorney Theado on defendants' discovery requests |
| 08/09/2002 | 3 TRT | 0.50 | Conference with Attorney Downie re. defendants' discovery requests |
| 08/12/2002 | 3 TRT | 0.20 | Meeting with Attorney Downie on defendants' demands |
| 08/12/2002 | 4 TAD | 0.20 | Meeting with Attorney Theado on defendants' demands |
| 08/14/2002 | 3 TRT | 0.40 | Telephone conversation with Attorney Downie on case schedule |
| 08/14/2002 | 4 TAD | 0.40 | Telephone conversation with Attorney Theado on case schedule |
| 08/29/2002 | 4 TAD | 0.10 | Meeting with Attorney Theado on plaintiffs' response and reply of drafts |
| 08/29/2002 | 3 TRT | 0.10 | Meetings with Attorney Downie re. plaintiffs' response and plaintiffs' reply |
| 09/04/2002 | 3 TRT | 0.20 | Meetings with Attorney Downie on plaintiffs' experts and documents therefor |
| 09/04/2002 | 4 TAD | 0.20 | Meeting with Attorney Theado on plaintiffs' experts and documents response and reply of |

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00   West, John**   *(Continued)*

| Date | Tmkr | Hours Worked | Description |
|---|---|---|---|
| | | | drafts |
| 09/05/2002 | 3 TRT | 0.10 | Meeting with Attorney Downie on documents to expert and review of letter therefor |
| 09/05/2002 | 4 TAD | 0.10 | Meeting with Attorney Theado on documents to expert and review of letter and documents response |
| 09/13/2002 | 4 TAD | 0.25 | Meeting with Attorney Theado on resetting dates |
| 09/13/2002 | 3 TRT | 0.25 | Meeting with Attorney Downie on resetting dates |
| 09/24/2002 | 4 TAD | 0.10 | Conference with Attorney Theado on witness list and testimony summary exchanges |
| 09/24/2002 | 3 TRT | 0.10 | Conference with Attorney Downie re. witness list and testimony summary exchanges |
| 09/25/2002 | 4 TAD | 0.05 | Meeting with Attorney Theado |
| 09/25/2002 | 3 TRT | 0.05 | Meeting with Attorney Downie on experts and their depositions |
| 10/10/2002 | 3 TRT | 0.40 | Meetings with Attorney Downie on status of defendants' depositions of plaintiffs' experts |
| 10/10/2002 | 4 TAD | 0.40 | Meeting with Attorney Theado on status of defendants' depositions of plaintiffs' expert |
| 10/22/2002 | 4 TAD | 0.25 | Meeting with Attorney Theado on plaintiffs' expert disclosures |
| 10/22/2002 | 3 TRT | 0.25 | Meeting with Attorney Downie on plaintiffs' expert disclosures |
| 10/23/2002 | 4 TAD | 0.20 | Meeting with Attorney Theado on plaintiffs' third set of discovery |
| 10/23/2002 | 3 TRT | 0.20 | Meeting with Attorney Downie on discovery deadline and plaintiffs' third set of discovery |
| 10/24/2002 | 3 TRT | 0.50 | Conferences with Attorney Downie on Mr. West's damages |
| 10/24/2002 | 4 TAD | 0.50 | Conference with Attorney Theado on Mr. West's damages |
| 10/25/2002 | 3 TRT | 0.75 | E-mails to Attorney Wick on Mr. Libman |
| 10/25/2002 | 4 TAD | 0.05 | Meeting with Attorney Theado about Mr. Libman |
| 10/25/2002 | 3 TRT | 0.05 | Meetings with Attorney Downie re. Mr. Libman |
| 10/28/2002 | 3 TRT | 0.25 | E-mail to Attorney Wick on Mr. Libman's bases |
| 10/28/2002 | 4 TAD | 0.05 | Meeting with Attorney Theado about Mr. Libman |
| 10/28/2002 | 3 TRT | 0.05 | Meeting with Attorney Downie re. Mr. Libman |
| 11/13/2002 | 3 TRT | 0.25 | E-mail to Attorney Wick on experts and trial preparation dates |
| 11/13/2002 | 3 TRT | 0.25 | Meetings with Attorney Downie on expert witness disclosures |
| 11/14/2002 | 3 TRT | 0.10 | Meeting with Attorney Downie re. defendants' third discovery responses and second set of requests |
| 11/14/2002 | 4 TAD | 0.50 | Meeting with Attorney Theado on defendants' third discovery responses and second set of requests |

Date: 01/18/2006    **Tabs3 Detail Work-In-Process Report**    Page 6 of 20    Page: 6
GARY, NAEGELE & THEADO, LLC
Case 1:02-cv-00001-SSB-TSB    Document 161-11    Filed 01/18/2006

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00**    **West, John**    *(Continued)*

| Date | Tmkr | Hours Worked | Description |
|---|---|---|---|
| 12/04/2002 | 4 TAD | 0.25 | Meeting with Attorney Theado on defendants' initial disclosures |
| 12/04/2002 | 3 TRT | 0.25 | Meetings with Attorney Downie re. amended initial disclosures |
| 12/12/2002 | 3 TRT | 0.30 | Telephone conversations with Attorney Downie on BPAC Resolution |
| 12/12/2002 | 4 TAD | 0.30 | Telephone conversations with Attorney Theado on BPAC Resolution |
| 12/18/2002 | 4 TAD | 0.25 | Meeting with Attorney Theado on defendants' document productions |
| 12/18/2002 | 3 TRT | 0.25 | Meetings with Attorney Downie re. defendants' document productions |
| 12/19/2002 | 3 TRT | 0.60 | Meetings with Attorney Downie on plaintiffs' damages and further depositions |
| 12/19/2002 | 4 TAD | 0.60 | Meeting with Attorney Theado on plaintiffs'damages and further depositions |
| 01/28/2003 | 4 TAD | 0.00 | Meeting with Attorney Theado on briefing schedule |
| 01/28/2003 | 3 TRT | 0.10 | Meeting with Attorney Downie re. briefing schedule |
| 01/30/2003 | 4 TAD | 0.05 | Meeting with Attorney Theado on briefing schedule |
| 01/30/2003 | 3 TRT | 0.05 | Meetings with Attorney Downie re. briefing schedule |
| 02/05/2003 | 4 TAD | 0.05 | Meeting with Attorney Theado on trial's postponement |
| 02/05/2003 | 3 TRT | 0.05 | Meeting with Attorney Downie re. trial's postponement |
| 03/17/2003 | 3 TRT | 0.10 | Meeting with Attorney Downie on Mr. Libman's deposition preparation fee's payment |
| 03/17/2003 | 4 TAD | 0.10 | Meeting with Attorney Theado on Mr. Libman's deposition preparation fee payment |
| 09/09/2003 | 3 TRT | 0.40 | Telephone conversations and conferences with Attorney Downie on trial preparation matters |
| 09/09/2003 | 4 TAD | 0.40 | Telephone conversations and conferences with Attorney Theado on trial preparation matters |
| 09/17/2003 | 3 TRT | 0.05 | Conference with Attorney Downie re. trial calendar |
| 10/17/2003 | 3 TRT | 0.05 | Conferences with Attorney Downie on schedule |
| 10/17/2003 | 4 TAD | 0.05 | Conference with Attorney Theado |
| 12/15/2003 | 3 TRT | 0.60 | Discussions with Attorney Downie on hearing |
| 12/15/2003 | 4 TAD | 0.60 | Discussion with Attorney Theado on hearing |
| 01/02/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re Lyons III |
| 01/05/2004 | 3 TRT | 0.40 | Conferences with Attorneys Downie and Gary on pending motions |
| 01/05/2004 | 1 RDG | 0.40 | Conference with Attorneys Downie and Theado on pending motions |
| 01/05/2004 | 4 TAD | 0.40 | Conference with Attorneys Gary and Theado on |

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00** West, John *(Continued)*

| Date | Tmkr | Hours Worked | Description |
|---|---|---|---|
| | | | pending motions |
| 01/06/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re Lyons III |
| 01/07/2004 | 3 TRT | 0.20 | Meeting with Attorney Downie on Lyons III |
| 01/07/2004 | 4 TAD | 0.40 | Meeting with Attorney Theado on Lyons III |
| 02/04/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re Lyons III |
| 02/05/2004 | 5 OTH | 0.50 | Telephone conference with T. Theado re Lyons III |
| 02/10/2004 | 3 TRT | 0.10 | Conference with Attorney Downie on Lyons III |
| 02/10/2004 | 3 TRT | 0.10 | Conference with Attorneys Downie and Gary on Lyons III |
| 02/10/2004 | 4 TAD | 0.20 | Conferences with Attorney Theado on Lyons III |
| 03/04/2004 | 3 TRT | 0.30 | Conferences with Attorneys Downie and Gary, and telephone call to Attorney Engerman, on AKS data |
| 03/04/2004 | 3 TRT | 0.10 | Telephone conference with Attorneys Engerman and Gary on AKS data |
| 03/04/2004 | 3 TRT | 0.10 | Conference with Attorney Downie on damage calculations |
| 03/04/2004 | 4 TAD | 0.30 | Conference with Attorneys Theado and Gary |
| 03/04/2004 | 1 RDG | 0.30 | Conference with Attorneys Theado and Downie |
| 03/04/2004 | 1 RDG | 0.10 | Telephone conference with Attorney Theado on AKS data |
| 03/04/2004 | 4 TAD | 0.10 | Conference with Attorney Theado on damage calculations |
| 03/04/2004 | 1 RDG | 0.10 | Telephone conversation with Attorney Theado on AKS data |
| 03/04/2004 | 5 OTH | 0.50 | Telephone conference with R. Gary, T. Downie, and T. Theado re AK Steel data |
| 03/04/2004 | 5 OTH | 0.25 | Telephone conference with R. Gary and T. Theado re AK Steel data |
| 03/09/2004 | 5 OTH | 1.00 | Telephone conference with R. Gary and T. Theado re class certification order |
| 03/12/2004 | 4 TAD | 0.10 | Conferences with Attorney Theado |
| 03/12/2004 | 3 TRT | 0.10 | Conferences with Attorney Downie |
| 03/16/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re Call opinion |
| 03/19/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re status of case |
| 03/22/2004 | 3 TRT | 0.80 | Conferences with Attorneys Gary and Downie, and telephone conversation with Attorney Engerman, on settlement discussions |
| 03/22/2004 | 1 RDG | 0.50 | Conference with Attorneys Downie and Theado |
| 03/22/2004 | 4 TAD | 0.50 | Conference with Attorneys Downie and Theado |
| 03/22/2004 | 5 OTH | 1.00 | Telephone conference with R. Gary, T. Downie, and T. Theado re settlement discussions |
| 03/25/2004 | 5 OTH | 0.50 | Telephone conference with T. Theado re damage calculations |

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00**   West, John   *(Continued)*

| Date | Tmkr | Hours Worked | Description |
|---|---|---|---|
| 03/29/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re status of damage calculations |
| 04/02/2004 | 3 TRT | 0.25 | Conferences with Attorney Downie on calculation requests |
| 04/02/2004 | 4 TAD | 0.25 | Conference with Attorney Theado on calculation requests |
| 04/22/2004 | 3 TRT | 0.30 | Review of correspondence and meeting with Attorney Downie thereon with consideration of class damages |
| 04/22/2004 | 4 TAD | 0.00 | Meeting with Attorney Theado on consideration of class damages |
| 04/28/2004 | 3 TRT | 0.50 | Discussions with Attorneys Downie and Gary on damage calculations |
| 04/28/2004 | 1 RDG | 0.50 | Discussions with Attorneys Downie and Theado on damage calculations |
| 04/28/2004 | 4 TAD | 0.50 | Discussions with Attorneys Gary and Theado on damage calculations |
| 04/28/2004 | 4 TAD | 0.50 | Conferences with Attorneys Gary and Theado about formulation of proposed case schedule |
| 04/28/2004 | 1 RDG | 0.50 | Conferences with Attorneys Gary and Theado about formulation of proposed case schedule |
| 04/28/2004 | 3 TRT | 0.50 | Conferences with Attorneys Gary and Downie, and e-mail thereon to Attorney Wick, re. formulation of proposed case schedule |
| 04/28/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re damage calculations |
| 05/07/2004 | 5 OTH | 0.50 | Telephone conference with T. Theado re defendants' schedule proffer and consideration of settlement demand |
| 05/07/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re settlement demand |
| 05/10/2004 | 1 RDG | 0.20 | Meeting with Attorney Theado |
| 05/10/2004 | 3 TRT | 0.20 | Meeting with Attorney Gary re. class damages |
| 05/18/2004 | 5 OTH | 0.50 | Telephone conference with T. Theado re damages |
| 05/19/2004 | 3 TRT | 0.40 | Telephone conversations with Attorney Gary on damage formulations |
| 05/19/2004 | 3 TRT | 0.60 | Conferences with Attorneys Gary and Downie on damage calculations, formulae therefor, and responses to releases |
| 05/19/2004 | 1 RDG | 0.60 | Conference with Attorneys Theado and Downie on damage calculations, formulae and responses to releases |
| 05/19/2004 | 4 TAD | 0.60 | Conference with Attorneys Theado and Gary on damage calculations, formulae and responses to releases |
| 05/21/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re calculations of class damages |
| 05/24/2004 | 3 TRT | 0.20 | Conversations with Attorney Downie on status |

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00  West, John**  *(Continued)*

| Date | Tmkr | Hours Worked | Description |
|---|---|---|---|
| | | | of damage calculations |
| 05/24/2004 | 4 TAD | 0.20 | Conversation with Attorney Theado on status of damage calculations |
| 06/01/2004 | 3 TRT | 0.25 | Meetings with Attorneys Gary, Downie and Naegele on damage calculations |
| 06/01/2004 | 1 RDG | 0.25 | Meeting with Attorneys Theado, Downie, and Naegele on damage calculations |
| 06/01/2004 | 2 JBN | 0.25 | Meeting with Attorneys Theado, Downie, and Gary on damage calculations |
| 06/01/2004 | 4 TAD | 0.25 | Meeting with Attorneys Theado, Naegele, and Gary on damage calculations |
| 06/07/2004 | 3 TRT | 0.20 | Conference with Attorneys Downie and Gary on calculations |
| 06/07/2004 | 1 RDG | 0.20 | Conference with Attorneys Downie and Theado on calculations |
| 06/07/2004 | 4 TAD | 0.20 | Conference with Attorneys Theado and Gary on calculations |
| 06/08/2004 | 3 TRT | 0.10 | Conference with Attorneys Gary and Naegele on calculations |
| 06/08/2004 | 1 RDG | 0.10 | Conference with Attorneys Naegele andTheado on calculations |
| 06/08/2004 | 2 JBN | 0.10 | Conference with Attorneys Gary  and Theado on calculations |
| 06/09/2004 | 3 TRT | 0.10 | Meeting with Attorney Downie on damage calculations |
| 06/09/2004 | 4 TAD | 0.10 | Meeting with Attorney Theado on damage calculations |
| 06/17/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re damage calculations |
| 06/18/2004 | 3 TRT | 0.10 | Meeting with Attorney Downie on damage calculations |
| 06/18/2004 | 4 TAD | 0.10 | Meeting with Attorney Theado on damage calculations |
| 06/21/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re damage calculations |
| 06/23/2004 | 5 OTH | 0.25 | Telephone conferences with T. Theado re damage calculations |
| 06/24/2004 | 3 TRT | 0.25 | Conversations with Attorney Gary on damage calculations |
| 06/24/2004 | 1 RDG | 0.25 | Conversation with Attorney Theado on damage calculations |
| 06/24/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re damage calculations |
| 06/28/2004 | 5 OTH | 0.25 | Telephone conference with and review and analysis of fax from T. Theado re actuaries' conference and discovery |
| 06/29/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re defendants' conditions for the actuaries' conference |

Case 1:02-cv-00001-SSB-PBS Document 101-11 Filed 01/18/2006

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00** West, John *(Continued)*

| Date | Tmkr | Hours Worked | Description |
|---|---|---|---|
| 06/30/2004 | 3 TRT | 0.60 | Telephone conversations with Attorneys Engerman and Gary on actuaries' conference and expert reports on damage calculations |
| 06/30/2004 | 1 RDG | 0.60 | Telephone conversation with Attorney Theado on actuaries conference and expert reports on damage calculations |
| 06/30/2004 | 5 OTH | 0.75 | Telephone conference with R. Gary and T. Theado re actuaries' conference and expert reports on damage calculations |
| 07/08/2004 | 3 TRT | 0.30 | Telephone conversation with Attorney Naegele and Ms. Wolford on damage report |
| 07/08/2004 | 1 RDG | 0.10 | Telephone conversation with Attorney Theado regarding actuaries results |
| 07/08/2004 | 2 JBN | 0.30 | Telephone conversation with Attorney Theado on damage reports |
| 07/08/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re actuaries' results |
| 07/16/2004 | 3 TRT | 0.25 | Meeting with Attorney Naegele on current status of matters pending with defendants and preparation therefor |
| 07/16/2004 | 2 JBN | 0.25 | Meeting with Attorney Theado on current status of matters pending with defendants' and preparation |
| 08/10/2004 | 3 TRT | 0.60 | Telephone conversations with Attorney Downie and Mr. Long on plaintiffs' document production |
| 08/10/2004 | 4 TAD | 0.60 | Telephone conversation with Attorney Theado on plaintiffs' document production |
| 08/16/2004 | 1 RDG | 0.50 | Meeting with Attorneys Theado and Naegele on finalization of written response |
| 08/16/2004 | 2 JBN | 0.50 | Meeting with Attorneys Theado and Gary on finalization of written response |
| 08/16/2004 | 4 TAD | 0.50 | Meeting with Attorneys Theado, Gary and Naegele on finalization of written response |
| 08/30/2004 | 2 JBN | 0.25 | Meeting with Attorneys Theado and Downie on document productions, pending queries, and preparations |
| 08/30/2004 | 4 TAD | 0.25 | Meeting with Attorneys Theado and Downie on document production, pending queries & preparations |
| 09/10/2004 | 3 TRT | 0.30 | Discussions with Attorneys Gary and Naegele on the parties' damage calculations and Libman documents |
| 09/10/2004 | 1 RDG | 0.30 | Review of Libman documents with Attorneys Theado & Naegele |
| 09/10/2004 | 2 JBN | 0.30 | Review of Libman documents with Attorneys Theado & Gary |
| 09/10/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re damage analysis |
| 09/21/2004 | 2 JBN | 0.30 | Discussion with Attorney Theado about case |

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00 West, John** *(Continued)*

| Date | Tmkr | Hours Worked | Description |
|---|---|---|---|
| 09/21/2004 | 1 RDG | 0.30 | Discussion with Attorney Theado about case |
| 09/21/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re BPAC Resolution |
| 09/22/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re BPAC Resolution |
| 09/23/2004 | 1 RDG | 0.25 | Discussion with Attorney Theado about BPAC Resolution |
| 09/23/2004 | 3 TRT | 0.25 | Conversation with Attorney Gary on BPAC Resolution |
| 09/23/2004 | 5 OTH | 0.25 | Telephone conference with R. Gary and T. Theado re BPAC Resolution |
| 09/24/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re BPAC Resolution |
| 09/27/2004 | 3 TRT | 0.40 | Meeting with Attorneys Gary and Naegele on communications to class members |
| 09/27/2004 | 1 RDG | 0.40 | Meeting with Attorney Theado on communication to class memebers |
| 09/27/2004 | 2 JBN | 0.40 | Meeting with Attorney Theado on communication to class memebers |
| 09/28/2004 | 3 TRT | 0.20 | Conversation with Attorney Downie on communications with class members |
| 09/28/2004 | 4 TAD | 0.20 | Conversation with Attorney Theado on communications with class members |
| 09/28/2004 | 5 OTH | 0.25 | Telephone conference with T. Downie and T. Theado re communications with class members |
| 09/30/2004 | 3 TRT | 0.40 | Conference with Attorney Downie on contents and form of class' motion on the damage issues |
| 09/30/2004 | 4 TAD | 0.40 | Conference with Attorney Theado on contents and form of class' motion on damage issue |
| 10/06/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re defendants' motion to dismiss |
| 10/07/2004 | 4 TAD | 0.10 | Telephone conversation with Attorney Theado on defendants' motion to dismiss |
| 10/07/2004 | 3 TRT | 0.10 | Telephone conversation with Attorney Downie re. defendants' motion to dismiss |
| 10/07/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re motion to dismiss and briefing schedule |
| 10/08/2004 | 3 TRT | 0.30 | Telephone conversations with Attorney Gary on defendants' motion to dismiss and parties' motions on damages |
| 10/08/2004 | 1 RDG | 0.30 | Telephone conversation with Attorney Theado on defendants' motion to dismiss and parties' motion on damages |
| 10/11/2004 | 3 TRT | 0.50 | Meetings with Attorneys Gary and Naegele on Crosby and motion to dismiss |
| 10/11/2004 | 2 JBN | 0.50 | Meeting with Attorneys Theado & Gary |
| 10/11/2004 | 4 TAD | 0.30 | Conference with Attorney Theado on mortality issues and format for exhibits |
| 10/11/2004 | 1 RDG | 0.50 | Meeting with Attorneys Theado & Naegele on |

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00**　West, John　*(Continued)*

| Date | Tmkr | Hours Worked | Description |
|---|---|---|---|
| 10/11/2004 | 3 TRT | 0.30 | Crosby motion to dismiss Conferences with Attorney Downie on mortality issues and format for exhibits |
| 10/12/2004 | 3 TRT | 0.50 | Telephone conversation with Attorneys Watkins and Gary on 502(a)(3) issues |
| 10/12/2004 | 1 RDG | 0.50 | Conversation with Attorney Theado & Watkins on 502(a) (3) issues |
| 10/13/2004 | 3 TRT | 0.50 | Conferences with Attorney Downie on Libman's affidavits and Sher's suggestions |
| 10/13/2004 | 4 TAD | 0.50 | Conferences with Attorney Theado on Libman's affidavits and Sher's suggestions |
| 10/15/2004 | 3 TRT | 0.30 | Review with Attorney Downie of interest crediting rates used by Mr. Libman |
| 10/15/2004 | 3 TRT | 2.00 | Editing of motion and memo |
| 10/15/2004 | 4 TAD | 0.30 | Review with Attorney Theado on interest crediting rates used by Mr. Libman |
| 10/18/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re plaintiffs' motion papers on relief to be accorded |
| 10/20/2004 | 3 TRT | 0.25 | Meeting with Attorneys Gary and Naegele on Judge Beckwith's recusal |
| 10/21/2004 | 5 OTH | 1.75 | Telephone conference with R. Gary, T. Downie, and T. Theado re Wick's proposal concerning Judge Beckwith and research thereon in rules, statutes, and orders |
| 10/22/2004 | 1 RDG | 0.50 | Telephone conversation with Attorney Theado |
| 10/22/2004 | 4 TAD | 0.20 | Conference with Attorney Theado on defendants' motion on case assignment |
| 10/22/2004 | 5 OTH | 0.50 | Telephone conference with R. Gary and T. Theado re defendants' motion on case assignment |
| 10/24/2004 | 3 TRT | 0.30 | Telephone conversations with Attorneys Gary and Naegele on Judge Watson |
| 10/24/2004 | 1 RDG | 0.30 | Telephone conversation with Attorney Theado on Judge Watson |
| 10/24/2004 | 2 JBN | 0.30 | Telephone conversation with Attorney Theado on Judge Watson |
| 10/25/2004 | 1 RDG | 0.30 | Responded to instant message from Attorney Theado |
| 10/25/2004 | 2 JBN | 0.25 | Conversation with Attorney Theado |
| 10/25/2004 | 4 TAD | 0.00 | Conversation with Attorney Theado |
| 10/25/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re reassignment to Judge Beckwith |
| 10/27/2004 | 4 TAD | 0.30 | Conference with Attorney Theado on drafting responses |
| 10/27/2004 | 3 TRT | 0.10 | Conference on response's drafting with Attorney Downie |
| 10/27/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re status of response and DOL |
| 10/28/2004 | 3 TRT | 0.20 | Telephone conversation with Attorney Downie |

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00** West, John *(Continued)*

| Date | Tmkr | Hours Worked | Description |
|---|---|---|---|
| | | | on response's edits |
| 10/28/2004 | 4 TAD | 0.20 | Telephone conversation with Attorney Theado on response edits |
| 11/01/2004 | 4 TAD | 0.25 | Conference with Attorney Theado about legal research |
| 11/01/2004 | 3 TRT | 0.25 | Conferences with Attorney Downie re. response with legal research |
| 11/15/2004 | 1 RDG | 0.25 | Discussion with Attorney Theado on defendants' reply brief on Crosby |
| 11/15/2004 | 4 TAD | 0.25 | Discussion with Attorney Theado on defendants' reply brief on Crosby |
| 11/15/2004 | 3 TRT | 0.25 | Discussions with Attorneys Downie and Gary on defendants' reply brief on Crosby |
| 11/16/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re defendants' reply brief on motion to dismiss |
| 11/22/2004 | 4 TAD | 0.10 | Conference with Attorney Theado on review of Dobson v. Hartford |
| 11/22/2004 | 3 TRT | 0.10 | Conference with Attorney Downie re. Dobson v. Hartfod |
| 11/22/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re denial of motion to dismiss |
| 12/01/2004 | 4 TAD | 0.20 | Meeting with Attorney Theado on defendants' partial summary judgments |
| 12/01/2004 | 3 TRT | 0.20 | Meetings with Attorney Downie |
| 12/01/2004 | 5 OTH | 0.75 | Telephone conference with T. Theado re acquisition and review of defendants' filings on two motions for partial summary judgment |
| 12/02/2004 | 3 TRT | 0.10 | Telephone conversation with Attorney Naegele on defendants' motions |
| 12/02/2004 | 2 JBN | 0.10 | Telephone conversation with Attorney Theado on defendants' motions |
| 12/02/2004 | 5 OTH | 0.25 | Telephone conference with T. Theado re defendants' motions |
| 12/06/2004 | 3 TRT | 0.10 | Conversation with Attorney Downie on responses to defendants' motions |
| 12/06/2004 | 3 TRT | 0.10 | Conversation with Attorney Naegele on responses to defendants' motions |
| 12/06/2004 | 4 TAD | 0.10 | Conversation with Attorney Theado on responses to defendants' motions |
| 12/06/2004 | 2 JBN | 0.10 | Conversation with Attorney Theado on responses to defendants' motions |
| 12/17/2004 | 4 TAD | 0.20 | Meeting with Attorney Theado on Proposed Stipulated Scheduling Order |
| 12/17/2004 | 3 TRT | 0.20 | Meeting with Attorney Downie re. proposed stipulated scheduling order |
| 01/07/2005 | 3 TRT | 0.70 | Meetings with Attorney Downie on defendants' motions |
| 01/07/2005 | 4 TAD | 0.70 | Meeting with Attorney Theado on defendants' motions |

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00**  West, John  *(Continued)*

| Date | Tmkr | Hours Worked | Description |
|---|---|---|---|
| 01/25/2005 | 3 TRT | 0.20 | Conversation with Attorney Downie on AKS pension cost accounting questions |
| 01/25/2005 | 4 TAD | 0.20 | Conversation with Attorney Theado on AKS pension cost accounting questions |
| 01/27/2005 | 3 TRT | 0.60 | Conversations with Attorney Downie on defendants' 92 motion |
| 01/27/2005 | 4 TAD | 0.60 | Conversations with Attorney Theado on defendants' 92 motion |
| 01/27/2005 | 3 TRT | 0.50 | E-mail to Attorneys Engerman and Gary re. defendants' 92 motion |
| 01/31/2005 | 3 TRT | 0.25 | Conferences with Attorneys Naegele and Downie on drafts |
| 01/31/2005 | 2 JBN | 0.25 | Conferences with Attorney Theado on drafts |
| 01/31/2005 | 4 TAD | 0.25 | Conference with Attorney Theado on drafts |
| 01/31/2005 | 3 TRT | 0.25 | Review of plaintiffs' reply o the damages issues |
| 02/01/2005 | 3 TRT | 0.25 | Conversations with Attorneys Naegele and Downie on response to defendants' 92 motion |
| 02/01/2005 | 2 JBN | 0.20 | Conversation with Attorney Theado on response to defendants' 92 motion |
| 02/01/2005 | 4 TAD | 0.20 | Conversation with Attorney Theado on response to defendants' 92 motion |
| 02/09/2005 | 1 RDG | 0.20 | Telephone conversation with Attorney Theado on Ramsey |
| 02/09/2005 | 3 TRT | 0.20 | Telephone conversation with Attorney Gary re. Ramsey |
| 02/24/2005 | 4 TAD | 0.25 | Discussion with Attorney Theado on draft and editing notice |
| 02/24/2005 | 1 RDG | 0.25 | Discussion with Attorney Theado on draft and editing notice |
| 02/25/2005 | 3 TRT | 0.25 | Discussions with Attorney Downie and Gary on draft and editing of notice |
| 02/25/2005 | 5 OTH | 0.75 | Telephone conference with R. Gary, T. Downie, and T. Theado re draft and editing of class notice |
| 02/28/2005 | 3 TRT | 0.25 | Discussion with Attorney Downie re. defendants' replies on damages and releases |
| 03/01/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado re replies on damages |
| 03/17/2005 | 3 TRT | 0.10 | Telephone conversation with Attorney Downie on perfected class issues |
| 03/17/2005 | 4 TAD | 0.10 | Telephone conversation with Attorney Theado on perfected class issues |
| 03/18/2005 | 4 TAD | 0.25 | Discussion with Attorney Theado on perfected class issues |
| 03/18/2005 | 3 TRT | 0.25 | Discussions with Attorney Downie on perfected class issues |
| 03/18/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado re perfected class issues |
| 03/18/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado re class |

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00  West, John**  *(Continued)*

| Date | Tmkr | Hours Worked | Description |
|---|---|---|---|
| | | | issues |
| 03/21/2005 | 3 TRT | 0.50 | Conference call with Attorneys Engerman, Gary and Downie on class issues, and meetings thereon with Attorney Downie |
| 03/21/2005 | 1 RDG | 0.25 | Conference call with Attorney Theado and Downie on class issues |
| 03/21/2005 | 4 TAD | 0.25 | Conference call with Attorney Theado and Gary on class issues |
| 03/21/2005 | 4 TAD | 0.25 | Meeting with Attorney Theado on class issues |
| 03/21/2005 | 5 OTH | 0.50 | Telephone conference with R. Gary, T. Downie, and T. Theado re class issues |
| 03/24/2005 | 4 TAD | 0.10 | Meeting with Attorney Theado on class notice |
| 03/24/2005 | 3 TRT | 0.10 | Meetings with Attorney Downie re. class notice |
| 03/28/2005 | 3 TRT | 0.10 | Meeting with Attorney Downie on notice procedures |
| 03/28/2005 | 4 TAD | 0.10 | Meeting with Attorney Theado on notice procedures |
| 03/28/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado re receipt of March 26, 2005 email |
| 04/04/2005 | 4 TAD | 0.75 | Meeting with Attorney Theado on class notice |
| 04/04/2005 | 3 TRT | 0.75 | Meetings with Attorney Downie re. class notice |
| 04/04/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado re class notice |
| 04/06/2005 | 3 TRT | 0.25 | Meeting with Attorney Downie on defendants' draft |
| 04/06/2005 | 4 TAD | 0.25 | Meeting with Attorney Theado on defendants' draft |
| 04/07/2005 | 3 TRT | 0.25 | Meeting with Attorney Downie on defendants' draft |
| 04/07/2005 | 4 TAD | 0.25 | Meeting with Attorney Theado on defendants' draft |
| 04/08/2005 | 3 TRT | 0.10 | Meeting with Attorney Downie on class notice |
| 04/08/2005 | 4 TAD | 0.10 | Meeting with Attorney Theado on class notice |
| 04/11/2005 | 3 TRT | 0.10 | Meeting with Attorney Downie on class notice |
| 04/11/2005 | 4 TAD | 0.10 | Meeting with Attorney Theado on class notice |
| 04/12/2005 | 4 TAD | 0.10 | Meeting with Attorney Theado on edits to class notice & review of joint motion |
| 04/12/2005 | 3 TRT | 0.10 | Meetings with Attorney Downie re. final edits to class notice and joint motion |
| 04/21/2005 | 5 OTH | 0.50 | Telephone conference with T. Theado re notice and concluding steps |
| 04/27/2005 | 5 OTH | 0.25 | Telephone conference with R. Gary re issues |
| 04/28/2005 | 5 OTH | 0.25 | Telephone conference with R. Gary re issues |
| 04/29/2005 | 5 OTH | 0.25 | Telephone conference with R. Gary re petition |
| 05/09/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado re post judgment motions |
| 05/10/2005 | 3 TRT | 0.10 | Meeting with Attorney Gary on post judgment motions |
| 05/10/2005 | 1 RDG | 0.10 | Meeting with Attorney Theado on post judgment |

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00**  West, John  *(Continued)*

| Date | Tmkr | Hours Worked | Description |
|---|---|---|---|
| | | | motions |
| 05/10/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado re post judgment motions |
| 05/16/2005 | 3 TRT | 0.30 | Conference call with Attorneys Engerman, Gary, Downie and Jori Naegele on status of Notice's delivery, settlement and opt-outs |
| 05/16/2005 | 1 RDG | 0.30 | Conference call with Attorney Theado, Naegele, Downie on status of Notice's delivery, settlement and opt-outs |
| 05/16/2005 | 2 JBN | 0.30 | Conference call with Attorney Theado, Gary, Downie on status of Notice's delivery, settlement and opt-outs |
| 05/16/2005 | 4 TAD | 0.30 | Conference call with Attorney Theado, Gary & Naegele on status of Notice's delivery, settlement and opt-outs |
| 05/16/2005 | 5 OTH | 0.50 | Telephone conference with T. Theado, R. Gary, T. Downie, and J. Naegele re status of Notice's delivery, settlement, and opt-outs |
| 05/17/2005 | 4 TAD | 0.20 | Meeting with Attorney Theado on editing of letter to Attorney Wick on settlement |
| 05/17/2005 | 3 TRT | 0.20 | Meetings with Attorney Downie re. settlement |
| 05/21/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado re attorney Wick's supplemental notice proposal |
| 05/23/2005 | 3 TRT | 0.50 | Telephone conversation with Attorney Downie, Wick and Evans on supplemental Notice |
| 05/23/2005 | 3 TRT | 0.30 | Meetings with Attorney Downie on supplemental Notice |
| 05/23/2005 | 4 TAD | 0.50 | Telephone conversation with Attorneys Theado, Wick & Evans on supplemental Notice |
| 05/23/2005 | 4 TAD | 0.30 | Meetings with Attorney Downie on supplemental Notice |
| 05/23/2005 | 5 OTH | 0.50 | Telephone conference with T. Theado re status of notice's delivery |
| 06/03/2005 | 3 TRT | 0.50 | Meeting with Attorneys Gary, Downie and J. Naegele on opt-out elections |
| 06/03/2005 | 3 TRT | 0.20 | Telephone conversation with Attorney Engerman on status |
| 06/03/2005 | 1 RDG | 0.50 | Meeting with Attorneys Theado, Naegele and Downie on opt-out elections |
| 06/03/2005 | 2 JBN | 0.50 | Meeting with Attorneys Theado, Gary and Downie on opt-out elections |
| 06/03/2005 | 4 TAD | 0.50 | Meeting with Attorneys Theado, Gary & Naegele on opt-out elections |
| 06/03/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado re status |
| 06/07/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado re status |
| 06/13/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado re status |
| 06/14/2005 | 3 TRT | 0.60 | Conference call with Attorneys Gary, Downie and Engerman on procedural notices submitted by defense counsel, and fax thereon to Attorney |

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00** West, John *(Continued)*

| Date | Tmkr | Hours Worked | Description |
|---|---|---|---|
| | | | Engerman |
| 06/14/2005 | 1 RDG | 0.60 | Conference call with Attorneys Theado, Downie & Engerman on procedural notices submitted by defense counsel |
| 06/14/2005 | 4 TAD | 0.60 | Conference call with Attorneys Theado, Gary & Engerman on procedural notices submitted by defense counsel |
| 06/14/2005 | 5 OTH | 0.75 | Telephone conference with R. Gary, T. Theado, and T. Downie re procedural notices submitted by defense counsel; review and analysis of fax re same |
| 06/14/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado re defendants' proposed motion |
| 06/15/2005 | 3 TRT | 0.10 | Telephone conversation with Attorney Gary on defendants' proposed motion |
| 06/15/2005 | 3 TRT | 0.10 | Telephone conversation with Attorney Downie on data finalization and class roster integrity |
| 06/15/2005 | 4 TAD | 0.10 | Telephone conversation with Attorney Theado on data finalization and class roster integrity |
| 06/15/2005 | 1 RDG | 0.10 | Telephone conversation with Attorney Gary on defendants' proposed motion |
| 06/16/2005 | 3 TRT | 0.20 | Telephone conversations with Attorney Downie on class roster integrity |
| 06/16/2005 | 4 TAD | 0.20 | Telephone conversation with Attorney Theado on class roster integrity |
| 06/20/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado re status |
| 06/21/2005 | 3 TRT | 0.20 | Meetings with Attorney Downie on revised Exhibits and affidavit |
| 06/21/2005 | 4 TAD | 0.20 | Meeting with Attorney Theado on revised Exhibits and affidavit |
| 06/29/2005 | 3 TRT | 0.20 | Meeting with Attorneys Gary and Downie on potential conversion claim |
| 06/29/2005 | 1 RDG | 0.20 | Meeting with Attorneys Theado, Downie on potential conversion claim |
| 06/29/2005 | 4 TAD | 0.40 | Meeting with Attorneys Theado & Gary on potential conversion claim |
| 06/29/2005 | 3 TRT | 0.20 | Telephone conversation with Mr. Libman re. potential conversion claim |
| 07/21/2005 | 4 TAD | 0.25 | Conference with Attorney Theado on status |
| 07/21/2005 | 3 TRT | 0.25 | Conference with Attorney Downie on status |
| 07/21/2005 | 5 OTH | 0.50 | Telephone conference with T. Theado re status |
| 07/25/2005 | 3 TRT | 1.00 | Conferences with Attorneys Downie and Naegele re. the court's order of 7/25/05; conversations thereon with Attorneys Gary and Engerman |
| 07/25/2005 | 2 JBN | 0.50 | Conference with Attorneys Theado and Downie on court orders |
| 07/25/2005 | 4 TAD | 0.50 | Conference with Attorneys Theado & Naegele on court orders |

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00 West, John** *(Continued)*

| Date | Tmkr | Hours Worked | Description |
|---|---|---|---|
| 07/25/2005 | 1 RDG | 0.50 | Conference with Attorneys Theado & Naegele on court orders |
| 07/25/2005 | 1 RDG | 0.50 | Telephone conversations with Attorneys Theado & Engerman on court orders |
| 07/25/2005 | 5 OTH | 0.50 | Telephone conference with R. Gary and T. Theado re claims of 92 |
| 07/26/2005 | 3 TRT | 0.40 | Telephone conversations with Attorneys Gary and Engerman on claims of 92 |
| 07/26/2005 | 1 RDG | 0.40 | Telephone conversations with Attorneys Gary and Engerman on claims of 92 |
| 07/27/2005 | 3 TRT | 0.50 | Conferences with Attorneys Gary and Naegele and with Mr. Long on claims of 92 |
| 07/27/2005 | 3 TRT | 0.40 | Conference call with Attorneys Engerman and Gary on Notices to the 92 and to the opt-outs |
| 07/27/2005 | 1 RDG | 0.50 | Conference with Attorneys Theado & Naegele on claims of 92 |
| 07/27/2005 | 2 JBN | 0.50 | Conference with Attorneys Theado & Gary on claims of 92 |
| 07/27/2005 | 1 RDG | 0.40 | Conference call with Attorneys Theado & Engerman on Notices to the 92 and opt-outs |
| 07/27/2005 | 5 OTH | 0.50 | Telephone conference with R. Gary and T. Theado re notices to the 92 and opt-outs |
| 08/01/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado re draft of notice to 19 opt-outs |
| 08/10/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado re parties' comments to additional notice to opt-outs |
| 09/06/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado re email to J. West re settlement |
| 10/07/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado re letter to 92 |
| 11/18/2005 | 5 OTH | 0.75 | Telephone conference with R. Gary, J. Naegele, and T. Theado re HR 2830; review and analysis of email from T. Theado re same |
| 12/05/2005 | 5 OTH | 0.75 | Telephone conference R. Gary, T. Theado, and T. Downie re position paper |
| 12/09/2005 | 5 OTH | 0.25 | Telephone conference with R. Gary and T. Theado re case status |
| 12/10/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado re issues |
| 12/14/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado re retroactive effects of pending federal pension legislation |
| 12/14/2005 | 5 OTH | 1.00 | Telephone conference with R. Gary, T. Theado, T. Downie, and J. Engerman re "Dear Colleague" letter; review and analysis of email from T. Theado re same |
| 12/15/2005 | 5 OTH | 0.50 | Telephone conferences with R. Gary, R. Naegele, and T. Theado re colloquy |
| 12/18/2005 | 1 RDG | 0.25 | Conversation with Attorney Jori Naegele re. |

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00**   **West, John**   *(Continued)*

| Date | Tmkr | Hours Worked | Description |
|---|---|---|---|
| | | | pending decision |
| 12/18/2005 | 2 JBN | 0.25 | Conversation with Attorney Gary re. pending decision |
| 12/19/2005 | 1 RDG | 0.25 | Conference with Attorneys Theado, Downie and Jori Naegele re. decision |
| 12/19/2005 | 2 JBN | 0.25 | Telephone conversation with Attorney Gary re. decision |
| 12/19/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado and J. Engerman re Dalesandro order |
| 12/20/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado re fee petition |
| 12/27/2005 | 1 RDG | 0.25 | Conference call with Attorneys Theado, Alan Engerman and Jeff Engerman re. settlement and fee application |
| 12/27/2005 | 2 JBN | 0.25 | Telephone conversation with Attorney Gary re. fee application |
| 12/29/2005 | 5 OTH | 0.25 | Telephone conference with T. Theado re case status and near-term tasks |
| 01/09/2006 | 3 TRT | 0.50 | Conference call with Attorneys Gary, Downie, Jeff and Allen Engerman |
| 01/09/2006 | 1 RDG | 0.50 | Conference call with Attorneys Theado, Allen Engerman and Jeff Engerman re. settlement and fee application |
| 01/09/2006 | 5 OTH | 0.50 | Telephone conference with R. Gary, T. Theado, T. Downie and J. Engerman |

**Total Billable Fees**     140.85

| | | |
|---|---|---|
| Billable Total: | 1 RDG | 17.45 |
| Billable Total: | 2 JBN | 7.90 |
| Billable Total: | 3 TRT | 46.15 |
| Billable Total: | 4 TAD | 34.60 |
| Billable Total: | 5 OTH | 34.75 |

### R E C A P

| | | | | | | |
|---|---|---|---|---|---|---|
| Fees: | 0.00 | | | | | |
| Expenses: | 0.00 | Previous Balance: | 0.00 | | | |
| Advances: | 0.00 | Payments/Credits: | 0.00 | | | |
| **Total WIP:** | 0.00 | **Balance Due:** | 0.00 | **Total:** | 0.00 | |

| Other WIP: | Hours: | 1386.90 | Fees: | 0.00 | Exps: | 0.00 | Advs: | 0.00 |

Date: 01/18/2006    Case 1:02-cv-00001-SSB-JGW    **Tabs3 Detail Work-In-Process Report**    Document 101-11 Filed 01/18/2006    Page 20 of 20    Page: 20

GARY, NAEGELE & THEADO, LLC

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00**    **West, John**    *(Continued)*

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |