GARY NAEGELE & THEADO, LLC
ATTORNEYS AT LAW
446 BROADWAY AVENUE
LORAIN, OH 44052-1797
PH: (440) 244-4809
FAX: (440) 244-3462

|  |  |
|---|---|
| West, John | Page: 1 |
| 214 Woodland Road | 01/18/2006 |
| Butler  PA  16001 | Account No: 33259-00 |
|  | Statement No: 3 |

Attn: West, John

Pension Claims Against Armco and/or AK Steel

<u>Expenses</u>

| Date | Description | Amount |
|---|---|---:|
| 01/02/2002 | Clerk, US District Court [ch. no. 12866] Filing Fee | 150.00 |
| 02/21/2002 | The Supreme Court of Ohio [ch. no. 12964] Certificate of Good Standing | 5.00 |
| 02/21/2002 | The Supreme Court of Ohio [ch. no. 12966] Certificate of Good Standing | 5.00 |
| 03/13/2002 | US District Ct, Southern Dist [ch. no. 12895] Pro Hac Vice Fees | 150.00 |
| 07/23/2002 | Photocopies (9,666 copies @ $.10 per copy) | 966.60 |
| 09/04/2002 | Photocopies (1,559 @ $.10 per copy) | 155.90 |
| 09/20/2002 | Ace-Federal Reporters [ch. no. 13357] West Deposition | 511.25 |
| 11/22/2002 | Mehler and Hagestrom [ch. no. 13469] Zinser and Libman Transcripts | 556.20 |
| 01/21/2003 | Posting of photocopies through 1/21/03 (4,331 @ $.10/copy) | 433.10 |
| 01/24/2003 | Libman, Ryder & Company, Inc. [ch. no. 13564] Preparation for Deposition and Review of Depo Transcript | 2,400.00 |
| 03/05/2003 | Michael Libman [ch. no. 13629] Preparation for Deposition on 10/30/02 | 300.00 |
| 07/25/2003 | Posting of photocopies (1,442 @ $.10 each) | 144.20 |
| 01/08/2004 | Posting of photocopying charges 129 @ $.10 | 12.90 |
| 09/24/2004 | Mehler and Hagestrom [ch. no. 14552] Transcript of Libman Depo | 487.60 |
| 06/03/2005 | Posting of photocopies through 6/3/05 21,942 @ $.10 each | 2,194.20 |
| 10/04/2005 | Photocopies through 10/4/05 (1,190 @ $0.10 ea.) | 119.00 |
| 01/12/2006 | Allen Engerman [TO BE PAID] Photocopying Expenses | 185.00 |
|  | Total Expenses | 8,775.95 |
|  | Total Current Work | 8,775.95 |
|  | Balance Due | $8,775.95 |