Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00  West, John**                                                          West, John
**Pension Claims Against Armco and/or AK Steel**

| | | | |
|---|---|---|---|
| Primary Timekeeper: | 3 TRT | Category: | 1 Added by conversion program. |
| Secondary Timekeeper: | 4 TAD | Draft Template: | STI     Rate Code: 1 |
| Originating Timekeeper: | 1 RDG | Final Template: | STI     Date Opened: 11/06/2001 |
| Previous Balance: | 0.00 | | |

Contact: West, John
Office: 724-482-2525

| | Date | Tmkr | Amount | Description |
|---|---|---|---|---|
| **Expenses** | | | | |
| | 01/02/2002 | 3 TRT | 150.00 | Clerk, US District Court [ch. no. 12866] Filing Fee |
| | 01/03/2002 | 3 TRT | 168.15 | Robert D. Gary [ch. no. 12867] Parking & Mileage to Cincinnati-File Complaint |
| | 01/03/2002 | 3 TRT | 12.00 | Banko Document Retrieval [ch. no. 12878] 11/01 Documents Received |
| | 02/21/2002 | 3 TRT | 5.00 | The Supreme Court of Ohio [ch. no. 12964] Certificate of Good Standing |
| | 02/21/2002 | 3 TRT | 5.00 | The Supreme Court of Ohio [ch. no. 12966] Certificate of Good Standing |
| | 03/13/2002 | 3 TRT | 150.00 | US District Ct, Southern Dist [ch. no. 12895] Pro Hac Vice Fees |
| | 05/10/2002 | 3 TRT | 16.50 | UPS [ch. no. 13093] 5/1 to US District Court |
| | 05/10/2002 | 3 TRT | 6.36 | John West [ch. no. 13094] Reimbursement of copying expenses |
| | 05/23/2002 | 5 MAL | 2.10 | Posting of phone charges 4/13-5/12 |
| | 06/25/2002 | 5 MAL | 5.00 | Posting of telephone charges 5/13-6/12 |
| | 07/23/2002 | 5 MAL | 966.60 | Photocopies (9,666 copies @ $.10 per copy) |
| | 07/24/2002 | 3 TRT | 64.84 | Pacer Service Center [ch. no. 13227] Research |
| | 07/24/2002 | 3 TRT | 360.45 | American Express [ch. no. 13234] 6/14 Pennsylvania Trip |
| | 07/29/2002 | 5 MAL | 0.31 | Posting of telephone charges 6/13-7/12 |
| | 08/28/2002 | 3 TRT | 12.60 | UPS [ch. no. 13320] 8/14 to Michael A. Roberts |
| | 09/04/2002 | 5 MAL | 155.90 | Photocopies (1,559 @ $.10 per copy) |
| | 09/20/2002 | 3 TRT | 18.11 | Federal Express Corp. [ch. no. 13355] 8/29 to Clerk of Courts, US District Court, Southern District of Ohio |
| | 09/20/2002 | 3 TRT | 15.64 | United Parcel Service [ch. no. 13356] 9/5 to Michael Libman |
| | 09/20/2002 | 3 TRT | 511.25 | Ace-Federal Reporters [ch. no. 13357] West Deposition |
| | 09/27/2002 | 5 MAL | 2.04 | Posting of phone charges 8/13-9/12 |
| | 10/08/2002 | 3 TRT | 12.60 | UPS [ch. no. 13392] 9/24 to Clerk of US District Court |
| | 10/21/2002 | 5 MAL | 0.33 | Posting of telephone charges 9/13-10/12 |
| | 10/31/2002 | 3 TRT | 3000.00 | Libman, Ryder & Company, Inc. [ch. no. 13431] Work-in-process on Consulting and Expert Testimony |

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00   West, John**   *(Continued)*

| Date | Tmkr | Amount | Description |
|---|---|---:|---|
| 11/22/2002 | 5 MAL | 0.63 | Posting of telephone charges 10/13-11/12 |
| 11/22/2002 | 3 TRT | 556.20 | Mehler and Hagestrom [ch. no. 13469] Zinser and Libman Transcripts |
| 12/18/2002 | 3 TRT | 847.03 | American Express [ch. no. 13523] 12/12 Cincinnati Expenses |
| 12/27/2002 | 5 MAL | 0.27 | Posting of phone charges 11/13-12/12 |
| 01/21/2003 | 5 MAL | 433.10 | Posting of photocopies through 1/21/03 (4,331 @ $.10/copy) |
| 01/24/2003 | 3 TRT | 1455.88 | American Express [ch. no. 13561] 1/10 Cincinnati Expenses |
| 01/24/2003 | 3 TRT | 2400.00 | Libman, Ryder & Company, Inc. [ch. no. 13564] Preparation for Deposition and Review of Depo Transcript |
| 01/24/2003 | 5 MAL | 0.22 | Posting of telephone charges 12/13/02-1/12/03 |
| 03/05/2003 | 5 MAL | 1.41 | Posting of telephone charges 1/13-2/12/03 |
| 03/05/2003 | 3 TRT | 300.00 | Michael Libman [ch. no. 13629] Preparation for Deposition on 10/30/02 |
| 03/14/2003 | 3 TRT | 17.00 | United Parcel Service [ch. no. 13614] 3/3 to Clerk of U.S. District Court |
| 03/28/2003 | 5 MAL | 0.22 | Posting of telephone charges 2/13-3/12 |
| 04/28/2003 | 5 MAL | 0.28 | Posting of phone charges 3/13-4/12 |
| 05/28/2003 | 3 TRT | 19.69 | Federal Express Corp. [ch. no. 13699] 5/6 Clerk of Courts |
| 07/22/2003 | 5 MAL | 0.84 | Posting of telephone charges 6/13-7/12 |
| 07/25/2003 | 5 MAL | 144.20 | Posting of photocopies (1,442 @ $.10 each) |
| 09/11/2003 | 5 MAL | 51.20 | 512 Photocopies @ $0.10 ea. |
| 09/12/2003 | 3 TRT | 55.12 | LexisNexis [ch. no. 13858] legal research |
| 09/24/2003 | 5 MAL | 0.23 | Posting of telephone charges 8/13-9/12 |
| 10/21/2003 | 5 MAL | 0.18 | Posting of telephone charges 9/13-10/12 |
| 10/21/2003 | 3 TRT | 2.87 | Pacer Service Center [ch. no. 13905] Legal Research 4/1-9/30 |
| 11/10/2003 | 3 TRT | 81.29 | LexisNexis [ch. no. 13926] legal research |
| 11/26/2003 | 5 MAL | 1.42 | Posting of telephone charges 10/13-11/12 |
| 12/12/2003 | 3 TRT | 7.90 | LexisNexis [ch. no. 13956] legal research |
| 01/08/2004 | 5 MAL | 12.90 | Posting of photocopying charges 129 @ $.10 |
| 01/09/2004 | 3 TRT | 93.92 | Thomas R. Theado [ch. no. 14025] Overnight accomodations for Attorney Downie's attendance at 12/17/03 Oral Argument |
| 01/15/2004 | 3 TRT | 9.71 | LexisNexis [ch. no. 14014] Online charges |
| 01/26/2004 | 3 TRT | 49.54 | American Express [ch. no. 14046] TAD 12/17-18 Cincinnati Expenses |
| 01/26/2004 | 5 MAL | 2.96 | Posting of telephone charges 12/13/03-1/12/04 |
| 01/26/2004 | 3 TRT | 10.36 | Pacer Service Center [ch. no. 14044] Online Legal Research |
| 01/26/2004 | 3 TRT | 25.00 | American Express [ch. no. 14046] |

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00** West, John  *(Continued)*

| Date | Tmkr | Amount | Description |
|---|---|---:|---|
| | | | LexisNexis Online Chrges |
| 01/30/2004 | 3 TRT | 71.38 | Mary Ann Ranz [ch. no. 14068] Copies |
| 02/26/2004 | 5 MAL | 1.24 | Posting of telephone charges 1/13-2/12 |
| 03/22/2004 | 5 MAL | 0.53 | Posting of telephone charges 2/13-3/12 |
| 03/22/2004 | 3 TRT | 0.41 | LexisNexis [ch. no. 14128] Online Legal Research |
| 04/06/2004 | 3 TRT | 900.00 | Libman, Ryder & Company, Inc. [ch. no. 14145] Expert Services |
| 04/21/2004 | 3 TRT | 18.41 | LexisNexis [ch. no. 14164] Client Research |
| 04/21/2004 | 3 TRT | 5.32 | Pacer Service Center [ch. no. 14163] Client Research |
| 04/28/2004 | 5 MAL | 6.71 | Posting of telephone charges 3/13-4/12 |
| 05/14/2004 | 3 TRT | 9.21 | LexisNexis [ch. no. 14218] Online Legal Research |
| 05/25/2004 | 5 MAL | 6.20 | Posting of telephone charges 4/13-5/12 |
| 06/09/2004 | 3 TRT | 78.46 | LexisNexis [ch. no. 14341] Online Legal Research |
| 06/09/2004 | 3 TRT | 4325.00 | Libman, Ryder & Company, Inc. [ch. no. 14331] Detailed recalculation of damages |
| 06/25/2004 | 5 MAL | 8.19 | Posting of telephone charges 5/13-6/12 |
| 07/02/2004 | 3 TRT | 17.23 | UPS [ch. no. 14374] 6/21 to Gary Mevorah |
| 07/02/2004 | 3 TRT | 11.93 | UPS [ch. no. 14374] 6/21 to Michael Libman |
| 07/09/2004 | 3 TRT | 9.85 | LexisNexis [ch. no. 14445] Online Legal Research |
| 07/09/2004 | 3 TRT | 13.41 | UPS [ch. no. 14439] 6/30 to Michael Libman |
| 07/20/2004 | 5 MAL | 21825.00 | JAK Legal Support Services Inc. [TO BE PAID] For actuarial services rendered through June 30, 2004 |
| 07/21/2004 | 3 TRT | 7.28 | Pacer Service Center [ch. no. 14470] Online Legal Research |
| 07/27/2004 | 5 MAL | 18.74 | Posting of telephone charges 6/13-7/12 |
| 08/06/2004 | 3 TRT | 8250.00 | Libman, Ryder & Company, Inc. [ch. no. 14497] Expert Services |
| 08/12/2004 | 3 TRT | 14.85 | LexisNexis [ch. no. 14500] Online Legal Research |
| 08/26/2004 | 5 MAL | 0.96 | Posting of telephone charges 7/13-8/12 |
| 09/02/2004 | 3 TRT | 34.50 | Thomas R. Theado [ch. no. 14534] 8/25 Toll for Mr. Libman and expenses for meeting with Mr. Libman and Ms. Wolford |
| 09/09/2004 | 3 TRT | 2800.00 | Libman, Ryder & Company [ch. no. 14539] Expert Witness |
| 09/24/2004 | 3 TRT | 487.60 | Mehler and Hagestrom [ch. no. 14552] Transcript of Libman Depo |
| 09/24/2004 | 5 MAL | 2.44 | Posting of telephone charges 8/13-9/12 |
| 10/14/2004 | 3 TRT | 1.50 | Thomas R. Theado [ch. no. 14573] 8/31 & 10/6 Tolls |
| 10/14/2004 | 3 TRT | 74.43 | LexisNexis [ch. no. 14575] Online Legal Research |

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00** West, John  *(Continued)*

| Date | Tmkr | Amount | Description |
|---|---|---:|---|
| 10/22/2004 | 3 TRT | 7.00 | American Express [ch. no. 14593] LexisNexis CourtLink Online Research |
| 10/22/2004 | 5 MAL | 4.20 | Posting of telephone charges 9/13-10/12 |
| 10/22/2004 | 3 TRT | 3.99 | Pacer Service Center [ch. no. 14594] Online Research |
| 11/19/2004 | 3 TRT | 134.50 | Records Deposition Service [ch. no. 14621] |
| 11/19/2004 | 3 TRT | 377.45 | LexisNexis [ch. no. 14626] Online Legal Research |
| 11/19/2004 | 3 TRT | 26.45 | Federal Express Corp. [ch. no. 14625] 10/14 to US District Court |
| 11/23/2004 | 5 MAL | 8.71 | Posting of telephone charges 10/13-11/12 |
| 11/23/2004 | 3 TRT | 156.00 | American Express [ch. no. 14638] LexisNexis Online Legal Research |
| 12/02/2004 | 3 TRT | 7000.00 | Libman, Ryder & Company [ch. no. 14652] Expert Services |
| 12/08/2004 | 3 TRT | 112.80 | LexisNexis [ch. no. 14665] Clients' Online Legal Research |
| 12/14/2004 | 3 TRT | 22.76 | Federal Express Corp. [ch. no. 14674] 11/9 to U.S. District Court |
| 12/31/2004 | 3 TRT | 7.00 | American Express [ch. no. 14697] LexisNexis CourtLink Online Legal Research |
| 01/13/2005 | 3 TRT | 46.07 | LexisNexis [ch. no. 14719] Online Legal Research |
| 01/28/2005 | 5 MAL | 0.05 | Posting of telephone charges 12/13/04-1/12/05 |
| 01/28/2005 | 3 TRT | 50.75 | Pacer Service Center [ch. no. 14743] Online Research |
| 02/21/2005 | 3 TRT | 253.32 | LexisNexis [ch. no. 14769] Online Legal Research |
| 02/25/2005 | 5 MAL | 1.42 | Posting of telephone charges 1/13-2/12 |
| 04/05/2005 | 5 MAL | 0.65 | Posting of telephone charges 2/13-3/12 |
| 04/20/2005 | 3 TRT | 20.08 | Pacer Service Center [ch. no. 14862] Online Legal Research |
| 04/20/2005 | 3 TRT | 108.40 | LexisNexis [ch. no. 14856] Online Legal Research |
| 04/28/2005 | 3 TRT | 1625.00 | Libman, Ryder & Company, Inc. [ch. no. 14873] Expert Services |
| 04/28/2005 | 5 MAL | 10.59 | Posting of telephone charges 3/13-4/12 |
| 04/29/2005 | 3 TRT | 49.00 | Gary A. Joeright [ch. no. 14835] 4/26-28 Copying Notice, preparation of same for mailing |
| 05/10/2005 | 3 TRT | 7.00 | Jori Bloom Naegele [ch. no. 14884] Postage |
| 05/10/2005 | 3 TRT | 56.00 | Gary A. Joeright Jr. [ch. no. 14887] 4/29 Prepared Notices for mailing |
| 05/31/2005 | 3 TRT | 4550.00 | Libman, Ryder & Company [ch. no. 14920] Expert Services through 5/19/05 |
| 05/31/2005 | 5 MAL | 21.44 | Posting of telephone charges 4/13-5/12 |
| 06/02/2005 | 5 MAL | 226.00 | Posting of facsimile charges |

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00   West, John**   *(Continued)*

| Date | Tmkr | Amount | Description |
|---|---|---:|---|
| | | | 8/13/02-5/23/05 |
| 06/03/2005 | 5  MAL | 2194.20 | Posting of photocopies through 6/3/05 21,942 @ $.10 each |
| 06/06/2005 | 5  MAL | 2.00 | Thomas R. Theado [ch. no. 14938] Postage for mailing Notices |
| 06/06/2005 | 5  MAL | 623.03 | Posting of postage to mail Notices |
| 06/08/2005 | 3  TRT | 88.48 | LexisNexis [ch. no. 14946] Online Legal Research |
| 06/23/2005 | 3  TRT | 196.35 | Jori Bloom Naegele [ch. no. 14948] 6/8 Mileage and Parking for trip to Cincinnati |
| 06/23/2005 | 3  TRT | 6.00 | American Express [ch. no. 14960] 6/8 Parking |
| 06/23/2005 | 5  MAL | 24.61 | Posting of telephone charges 5/13-6/12 |
| 06/30/2005 | 3  TRT | 2800.00 | Libman, Ryder & Company, Inc. [ch. no. 14971] Expert Services through June 24, 2005 |
| 07/13/2005 | 3  TRT | 60.33 | LexisNexis [ch. no. 14982] Online Legal Research |
| 07/21/2005 | 3  TRT | 25.84 | Pacer Service Center [ch. no. 14989] Online Legal Research |
| 07/21/2005 | 3  TRT | 24.25 | Federal Express Corp. [ch. no. 14988] 6/22 to Southern District of Ohio West |
| 07/27/2005 | 5  MAL | 6.24 | Posting of telephone charges 6/13-7/12 |
| 08/11/2005 | 3  TRT | 8.48 | LexisNexis [ch. no. 16514] Online Legal Research |
| 08/11/2005 | 3  TRT | 1075.00 | Libman, Ryder & Company, Inc. [ch. no. 16512] Expert Services |
| 08/22/2005 | 5  MAL | 10.09 | Posting of telephone charges 7/13-8/12 |
| 09/19/2005 | 3  TRT | 55.20 | Postage to mail Notice to 92 people excluded from class (@ $.60 ea.) |
| 09/23/2005 | 5  MAL | 6.88 | Posting of telephone charges 8/13-9/12 |
| 09/23/2005 | 3  TRT | 8.00 | American Express [ch. no. 16574] LexisNexis CourtLink online legal research |
| 10/04/2005 | 5  MAL | 119.00 | Photocopies through 10/4/05 (1,190 @ $0.10 ea.) |
| 10/17/2005 | 3  TRT | 19.92 | Pacer Service Center [ch. no. 16626] Online Legal Research |
| 11/28/2005 | 5  MAL | 5.09 | Posting of telephone charges 10/13-11/12 |
| 11/28/2005 | 3  TRT | 10.00 | American Express [ch. no. 16666] LexisNexis CourtLink online legal research |
| 12/09/2005 | 3  TRT | 5.29 | LexisNexis [ch. no. 16689] Online Legal Research |
| 12/20/2005 | 3  TRT | 20.00 | American Express [ch. no. 16713] LexisNexis CourtLink - online legal research |
| 12/20/2005 | 5  MAL | 3.51 | Posting of telephone charges 11/13-12/12 |
| 01/11/2006 | 5  MAL | 25345.00 | Wickens, Herzer, Panza, Cook & Batista [TO BE PAID] For Services Performed Through January 11, 2006 |
| 01/12/2006 | 3  TRT | 185.00 | Allen Engerman [TO BE PAID] |

Date: 01/18/2006    Case 1:02-cv-00001-SGB    Tabs3 Detail Work-In-Process Report    Document 152-3    Filed 01/18/2006    Page 6 of 6    Page: 6

GARY, NAEGELE & THEADO, LLC

Primary Timekeeper: 3 Thomas R. Theado

Client: **33259.00**    **West, John**    *(Continued)*

| | Date | Tmkr | Amount | Description |
|---|---|---|---|---|
| | 01/12/2006 | 3 TRT | 445.00 | Photocopying Expenses<br>Allen Engerman [TO BE PAID] Long Distance Telephone/Facsimile Expenses ($115.00; FedEx Shipping Expenses ($330.00) |
| | 01/17/2006 | 3 TRT | 20.10 | Photocopy charges (201 @ $0.10 each) through 1/17/06 |
| **Total Billable Expenses** | | | 99502.65 | |

**R E C A P**

| | | | | | | |
|---|---|---|---|---|---|---|
| Fees: | 0.00 | | | | | |
| Expenses: | 99502.65 | Previous Balance: | 0.00 | | | |
| Advances: | 0.00 | Payments/Credits: | 0.00 | | | |
| **Total WIP:** | 99502.65 | **Balance Due:** | 0.00 | Total: | 99502.65 | |
| Other WIP: | Hours: 1394.45 | Fees: 0.00 | Exps: 0.00 | Advs: 0.00 | | |

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

*Wednesday 01/18/2006 12:53 pm*