# LAW OFFICES OF ALLEN C. ENGERMAN, P.C.

666 DUNDEE ROAD, SUITE 1200
NORTHBROOK, ILLINOIS 60062
TELEPHONE (847) 564-5555 • FACSIMILE (847) 564-4944

### *West v. AK Steel Corp. Retirement Accumulation Pension Plan*
United States District Court, Southern District of Ohio, Case No. 1:02-cv-00001-SSB-TSB

**Invoice for Services Rendered:  12/20/01 - 01/09/06**

| | | FEES | |
|---|---|---|---|
| Date | Timkeeper | Description | Hours |
| 12/20/2001 | ACE | Review and analysis of facts, causes of action, and allegations for composition of Complaint | 8.00 |
| 12/31/2001 | ACE | Review and analysis of facts, causes of action, and allegations for composition of Complaint | 8.00 |
| 2/20/2002 | ACE | Review and analysis of email from T. Theado re pro hac vice application | 0.50 |
| 2/23/2002 | ACE | Review and analysis of email from T. Theado re local defense counsel | 0.25 |
| 3/20/2002 | ACE | Telephone conference with T. Theado re pro hac vice order | 0.25 |
| 4/12/2002 | ACE | Review and analysis of email from T. Theado re AK Steel's 10-K | 0.50 |
| 4/16/2002 | ACE | Review and analysis of email from T. Theado re disclosures, conference, and deposition | 3.25 |
| 5/2/2002 | ACE | Telephone conference with T. Theado re subpoena upon NCRB | 0.25 |
| 5/8/2002 | ACE | Telephone conference with R. Gary and T. Theado re NCRB subpoena | 0.25 |
| 5/15/2002 | ACE | Telephone conference with T. Theado re NCRB subpoena | 0.25 |
| 5/22/2002 | ACE | Telephone conference with T. Downie and T. Theado re NCRB subpoena and review and analysis of documents | 1.00 |
| 5/23/2002 | ACE | Telephone conference with T. Theado re NCRB documents and review and analysis of thereof | 1.25 |
| 5/23/2002 | ACE | Telephone conference with T. Downie and T. Theado re document disclosures and confidentiality concerns | 0.25 |
| 6/20/2002 | ACE | Telephone conference with T. Theado re defendants' deposition of plaintiff | 0.25 |
| 7/1/2002 | ACE | Review and analysis of email from T. Theado re AK Steel discrimination class action | 0.25 |
| 9/25/2002 | ACE | Review and analysis of email from T. Theado re defendants' reply brief | 0.25 |
| 1/21/2003 | ACE | Review and analysis of email from T. Theado re Ak Steel's new president | 0.50 |
| 7/15/2003 | ACE | Review and analysis of email from T. Theado re Waldrop | 0.25 |
| 7/16/2003 | ACE | Review and analysis of email from T. Theado re defendants' notice | 0.25 |
| 11/19/2003 | ACE | Review and analysis of email from T. Theado re retirement benefits for AK Steel executives | 0.25 |
| 12/3/2003 | ACE | Review and analysis of fax from T. Theado re defendants' submission on Lyons III | 0.50 |
| 1/2/2004 | ACE | Telephone conference with T. Theado re Lyons III | 0.25 |
| 1/6/2004 | ACE | Telephone conference with T. Theado re Lyons III | 0.25 |
| 2/4/2004 | ACE | Review and analysis of email from T. Theado re Lyons settlement and research thereof | 0.50 |
| 2/4/2004 | ACE | Telephone conference with T. Theado re Lyons III | 0.25 |
| 2/5/2004 | ACE | Telephone conference with T. Theado re Lyons III | 0.50 |

| FEES | | | |
|---|---|---|---|
| Date | Timekeeper | Description | Hours |
| 3/4/2004 | ACE | Telephone conference with R. Gary, T. Downie, and T. Theado re AK Steel data | 0.50 |
| 3/4/2004 | ACE | Review and analysis of fax from T. Theado re AK Steel data | 0.25 |
| 3/4/2004 | ACE | Telephone conference with R. Gary and T. Theado re AK Steel data | 0.25 |
| 3/9/2004 | ACE | Telephone conference with R. Gary and T. Theado re class certification order | 1.00 |
| 3/16/2004 | ACE | Telephone conference with T. Theado re Call opinion | 0.25 |
| 3/19/2004 | ACE | Telephone conference with T. Theado re status of case | 0.25 |
| 3/21/2004 | ACE | Review and analysis of email from T. Theado re settlement discussions | 0.50 |
| 3/22/2004 | ACE | Telephone conference with R. Gary, T. Downie, and T. Theado re settlement discussions | 1.00 |
| 3/24/2004 | ACE | Review and analysis of email from T. Theado re interlocutory appeal | 0.50 |
| 3/25/2004 | ACE | Review and analysis of email from T. Theado re settlement discussions | 0.25 |
| 3/25/2004 | ACE | Telephone conference with T. Theado re damage calculations | 0.50 |
| 3/29/2004 | ACE | Telephone conference with T. Theado re status of damage calculations | 0.25 |
| 4/23/2004 | ACE | Review and analysis of email from T. Theado re appealability and research thereon | 1.00 |
| 4/28/2004 | ACE | Telephone conference with T. Theado re damage calculations | 0.25 |
| 5/5/2004 | ACE | Review and analysis of email from T. Theado re AK Steel's 10-Q | 0.25 |
| 5/7/2004 | ACE | Telephone conference with T. Theado re defendants' schedule proffer and consideration of settlement demand | 0.50 |
| 5/7/2004 | ACE | Telephone conference with T. Theado re settlement demand | 0.25 |
| 5/18/2004 | ACE | Telephone conference with T. Theado re damages | 0.50 |
| 5/21/2004 | ACE | Telephone conference with T. Theado re calculations of class damages | 0.25 |
| 5/29/2004 | ACE | Review and analysis of email from T. Theado re Parke decisions and legal research thereon | 2.00 |
| 6/4/2004 | ACE | Review and analysis of email from T. Theado re damage calculations | 0.50 |
| 6/8/2004 | ACE | Review and analysis of memo from T. Theado re calculations and discovery | 2.00 |
| 6/14/2004 | ACE | Review and analysis of email from T. Theado re additional discovery | 0.25 |
| 6/16/2004 | ACE | Review and analysis of memo from T. Theado re damage calculations and discovery issues | 0.25 |
| 6/17/2004 | ACE | Telephone conference with T. Theado re damage calculations | 0.25 |
| 6/21/2004 | ACE | Telephone conference with T. Theado re damage calculations | 0.25 |
| 6/23/2004 | ACE | Telephone conferences with T. Theado re damage calculations | 0.25 |
| 6/24/2004 | ACE | Telephone conference with T. Theado re damage calculations | 0.25 |
| 6/27/2004 | ACE | Review and analysis of email from T. Theado re status of actuaries' conference and discovery | 1.00 |
| 6/28/2004 | ACE | Telephone conference with and review and analysis of fax from T. Theado re actuaries' conference and discovery | 0.25 |
| 6/29/2004 | ACE | Telephone conference with T. Theado re defendants' conditions for the actuaries' conference | 0.25 |
| 6/30/2004 | ACE | Telephone conference with R. Gary and T. Theado re actuaries' conference and expert reports on damage calculations | 0.75 |
| 6/30/2004 | ACE | Review and analysis of email from T. Theado re defendants' damage calculations | 0.25 |
| 7/8/2004 | ACE | Telephone conference with T. Theado re actuaries' results | 0.25 |
| 7/12/2004 | ACE | Review and analysis of email from T. Theado re Plainitffs' Damage Report | 0.25 |
| 7/14/2004 | ACE | Review and analysis of email from T. Theado re AK Steel's quarterly webcast | 0.50 |
| 7/15/2004 | ACE | Review and analysis of email from T. Theado re attorney Wick's reply on defendants' damage computations | 0.50 |
| 7/27/2004 | ACE | Review and analysis of email from T. Theado re pending document requests | 0.75 |
| 8/5/2004 | ACE | Review and analysis of email from T. Theado re AK Steel's second quarter 2004 10-Q and research thereon | 0.75 |
| 8/9/2004 | ACE | Review and analysis of email from T. Theado re status of conversations with defense counsel | 0.25 |

| | | FEES | |
|---|---|---|---|
| Date | Timekeeper | Description | Hours |
| 8/10/2004 | ACE | Review and analysis of email from T. Theado re plaintiffs' document production | 0.75 |
| 8/11/2004 | ACE | Review and analysis of email from T. Theado re finalization of first draft of formal discovery responses | 1.00 |
| 8/12/2004 | ACE | Review and analysis of email from T. Theado re Naegele's edits to the draft of plaintiffs' objections and responses to defendants' damages document requests | 0.50 |
| 8/19/2004 | ACE | Review and analysis of email from T. Theado re defendants' date for post March 31, 2004 retirees | 0.25 |
| 8/27/2004 | ACE | Review and analysis of email from T. Theado re deposition attendees | 0.25 |
| 9/3/2004 | ACE | Review and analysis of email from T. Theado re attorney Wick's responses on the parties' discovery responses | 0.50 |
| 9/10/2004 | ACE | Review and analysis of memo from T. Theado re the parties' damage calculations | 1.00 |
| 9/10/2004 | ACE | Review and analysis of fax from T. Theado re damage calculations | 0.25 |
| 9/10/2004 | ACE | Telephone conference with T. Theado re damage analysis | 0.25 |
| 9/17/2004 | ACE | Review and analysis of email from T. Theado re prejudgment interest and Marrone and research thereon | 0.75 |
| 9/21/2004 | ACE | Review and analysis of fax of memo from and telephone conference with T. Theado re August 17, 2004 BPAC Resolution | 0.75 |
| 9/21/2004 | ACE | Telephone conference with T. Theado re BPAC Resolution | 0.25 |
| 9/22/2004 | ACE | Telephone conference with T. Theado re BPAC Resolution | 0.25 |
| 9/23/2004 | ACE | Telephone conference with R. Gary and T. Theado re BPAC Resolution | 0.25 |
| 9/24/2004 | ACE | Review and analysis of email from T. Theado re defendants' supplemental data production | 0.25 |
| 9/24/2004 | ACE | Telephone conference with T. Theado re BPAC Resolution | 0.25 |
| 9/28/2004 | ACE | Telephone conference with T. Downie and T. Theado re communications with class members | 0.25 |
| 10/6/2004 | ACE | Telephone conference with T. Theado re defendants' motion to dismiss | 0.25 |
| 10/7/2004 | ACE | Review and analysis of email from T. Theado re defendants' motion to dismiss | 0.75 |
| 10/7/2004 | ACE | Draft email to T. Theado re Crosby | 0.50 |
| 10/7/2004 | ACE | Telephone conference with T. Theado re motion to dismiss and briefing schedule | 0.25 |
| 10/11/2004 | ACE | Review and analysis of email from T. Theado re motion, affidavit, and exhibits | 0.25 |
| 10/12/2004 | ACE | Review and analysis of fax from T. Theado re Crosby issues | 1.25 |
| 10/13/2004 | ACE | Review and analysis of fax from T. Theado re Crosby research efforts | 0.75 |
| 10/18/2004 | ACE | Telephone conference with T. Theado re plaintiffs' motoin papers on relief to be accorded | 0.25 |
| 10/19/2004 | ACE | Review and analysis of fax from T. Theado re filed motion papers | 0.25 |
| 10/20/2004 | ACE | Review and analysis of email from and telephone conference with T. Theado re Judge Beckwith's recusal | 0.75 |
| 10/21/2004 | ACE | Review and analysis of email from T. Theado re Wick's concern with Libman's opinions | 0.50 |
| 10/21/2004 | ACE | Telephone conference with R. Gary, T. Downie, and T. Theado re Wick's proposal concerning Judge Beckwith and research thereon in rules, statutes, and orders | 1.75 |
| 10/22/2004 | ACE | Review and analysis of email from T. Theado re Notice of Reassignment to Judge Watson and research on Judge Watson | 0.75 |
| 10/22/2004 | ACE | Telephone conference with R. Gary and T. Theado re defendants' motion on case assignment | 0.50 |
| 10/22/2004 | ACE | Review and analysis of email from T. Theado re defendants' motion to reconsider recusal | 0.25 |
| 10/25/2004 | ACE | Telephone conference with T. Theado re reassignment to Judge Beckwith | 0.25 |

| | | **FEES** | |
|---|---|---|---|
| Date | Timekeeper | Description | Hours |
| 10/26/2004 | ACE | Review and analysis of email from T. Theado re AK Steel Section 8-K | 0.25 |
| 10/27/2004 | ACE | Telephone conference with T. Theado re status of response and DOL | 0.25 |
| 10/28/2004 | ACE | Review and analysis of email from T. Theado re defendants' data concerns | 0.25 |
| 11/5/2004 | ACE | Review and analysis of memo from T. Theado re defendants' discovery responses | 0.25 |
| 11/10/2004 | ACE | Review and analysis of email from T. Theado re DOL's Amicus Brief in Schering, Plough, and research thereon | 1.00 |
| 11/12/2004 | ACE | Review and analysis of email from T. Theado re Depenbrock v. Cigna Corp. and research thereon | 1.00 |
| 11/13/2004 | ACE | Review and analysis of email from T. Theado re denial of en banc petition in Crosby v. Bowater and research thereon | 0.25 |
| 11/15/2004 | ACE | Review and analysis of email from T. Theado re defendants' reply brief | 0.25 |
| 11/16/2004 | ACE | Review and analysis of fax from T. Theado re defendants' reply brief versus opening motion and memorandum and memo thereon | 1.00 |
| 11/16/2004 | ACE | Telephone conference with T. Theado re defendants' reply brief on motion to dismiss | 0.25 |
| 11/22/2004 | ACE | Telephone conference with T. Theado re denial of motion to dismiss | 0.25 |
| 11/23/2004 | ACE | Review and analysis of email from T. Theado re class notice | 0.25 |
| 11/23/2004 | ACE | Review and analysis of email from T. Theado re denial of motion to dismiss | 0.25 |
| 12/1/2004 | ACE | Telephone conference with T. Theado re acquisition and review of defendants' filings on two motions for partial summary judgment | 0.75 |
| 12/2/2004 | ACE | Telephone conference with T. Theado re defendants' motions | 0.25 |
| 12/21/2004 | ACE | Review and analysis of email and memo from T. Theado re class' cut-off date | 1.00 |
| 12/23/2004 | ACE | Review and analysis of email from T. Theado re AK Steel conference call | 0.50 |
| 12/28/2004 | ACE | Review and analysis of email from T. Theado re AK Steel's 8-K | 0.50 |
| 1/24/2005 | ACE | Review and analysis of email from T. Theado re AK Steel's management bonuses | 0.50 |
| 1/25/2005 | ACE | Review and analysis of email from T. Theado re AK Steel's general counsel | 0.50 |
| 1/27/2005 | ACE | Review and analysis of email from T. Theado re defendants' 92 motion | 0.50 |
| 1/29/2005 | ACE | Review and analysis of email from T. Theado re AK Steel donation to anti-Resnick campaign and research thereon | 0.50 |
| 2/9/2005 | ACE | Review and analysis of email from T. Theado re Ramsey and research thereon | 0.50 |
| 2/24/2005 | ACE | Review and analysis of email from T. Theado re draft of class notice | 0.50 |
| 2/25/2005 | ACE | Telephone conference with R. Gary, T. Downie, and T. Theado re draft and editing of class notice | 0.75 |
| 2/26/2005 | ACE | Review and analysis of email from T. Theado AK Steel's Fortune Magazine placement | 0.25 |
| 3/1/2005 | ACE | Telephone conference with T. Theado re replies on damages | 0.25 |
| 3/3/2005 | ACE | Review and analysis of email from T. Theado re Carroll and research thereon | 0.25 |
| 3/3/2005 | ACE | Review and analysis of email from T. Theado re Whitaker and research thereon | 0.25 |
| 3/18/2005 | ACE | Review and analysis of email from T. Theado re legal research and discussions with T. Downie re perfected class issues | 0.75 |
| 3/18/2005 | ACE | Telephone conference with T. Theado re perfected class issues | 0.25 |
| 3/18/2005 | ACE | Telephone conference with T. Theado re class issues | 0.25 |
| 3/21/2005 | ACE | Telephone conference with R. Gary, T. Downie, and T. Theado re class issues | 0.50 |
| 3/22/2005 | ACE | Review and analysis of email from T. Theado re defense counsel's responses on class notice and recordkeeper deposition | 0.50 |
| 3/22/2005 | ACE | Review and analysis of email from T. Theado re defendants' revised draft of class notice | 0.25 |
| 3/25/2005 | ACE | Review and analysis of email from T. Theado re AK Steel's quarterly webcast and research thereon | 0.25 |

| | | **FEES** | |
|---|---|---|---|
| Date | Timkeeper | Description | Hours |
| 3/26/2005 | ACE | Review and analysis of email from T. Theado re March 26, 2005 telephone conference with attorney Wick | 1.00 |
| 3/28/2005 | ACE | Telephone conference with T. Theado re receipt of March 26, 2005 email | 0.25 |
| 4/4/2005 | ACE | Telephone conference with T. Theado re class notice | 0.25 |
| 4/4/2005 | ACE | Review and analysis of email from T. Theado re status of notice | 0.25 |
| 4/6/2005 | ACE | Review and analysis of email from T. Theado re defendants' draft notice | 0.25 |
| 4/13/2005 | ACE | Review and analysis of email from T. Theado re opt-out deadline | 0.25 |
| 4/19/2005 | ACE | Review and analysis of email from T. Theado re Rev. Proc. 2005-23 and research thereon | 0.75 |
| 4/20/2005 | ACE | Review and analysis of email from T. Theado re cert denial in Crosby and research thereon | 0.50 |
| 4/21/2005 | ACE | Review and analysis of email from T. Theado re new data | 0.25 |
| 4/21/2005 | ACE | Telephone conference with T. Theado re notice and concluding steps | 0.50 |
| 4/27/2005 | ACE | Review and analysis of memo from T. Theado re fee and expense petitions | 0.50 |
| 4/27/2005 | ACE | Telephone conference with R. Gary re issues | 0.25 |
| 4/28/2005 | ACE | Telephone conference with R. Gary re issues | 0.25 |
| 4/29/2005 | ACE | Telephone conference with R. Gary re petition | 0.25 |
| 4/29/2005 | ACE | Telephone conference with J. Engerman re recordations | 0.25 |
| 5/2/2005 | ACE | Review and analysis of memo from T. Theado re plaintiffs' counsel fee and expense petitions | 0.50 |
| 5/3/2005 | ACE | Review and analysis of email from T. Theado re class' damages | 0.25 |
| 5/9/2005 | ACE | Telephone conference with T. Theado re post judgment motions | 0.25 |
| 5/10/2005 | ACE | Telephone conference with T. Theado re post judgment motions | 0.25 |
| 5/12/2005 | ACE | Review and analysis of email from T. Theado re conference call scheduling | 0.25 |
| 5/16/2005 | ACE | Telephone conference with T. Theado, R. Gary, T. Downie, and J. Naegele re status of Notice's delivery, settlement, and opt-outs | 0.50 |
| 5/17/2005 | ACE | Review and analysis of email from T. Theado re letter to attorney Wick re settlement | 0.25 |
| 5/19/2005 | ACE | Review and analysis of email from T. Theado re attorney Wick's settlement response | 0.25 |
| 5/21/2005 | ACE | Review and analysis of email from T. Theado re attorney Wick's supplemental notice proposal | 0.25 |
| 5/21/2005 | ACE | Telephone conference with T. Theado re attorney Wick's supplemental notice proposal | 0.25 |
| 5/22/2005 | ACE | Review and analysis of email from T. Theado re attorney Wick's notice proposal | 0.25 |
| 5/23/2005 | ACE | Review and analysis of email from T. Theado re opt-out rate | 0.25 |
| 5/23/2005 | ACE | Telephone conference with T. Theado re status of notice's delivery | 0.50 |
| 5/31/2005 | ACE | Review and analysis of email from T. Theado re hour compilations | 0.25 |
| 6/2/2005 | ACE | Review and analysis of email from T. Theado re opt-out elections | 0.25 |
| 6/3/2005 | ACE | Telephone conference with T. Theado re status | 0.25 |
| 6/7/2005 | ACE | Telephone conference with T. Theado re status | 0.25 |
| 6/8/2005 | ACE | Review and analysis of email from T. Theado re legislative developments | 0.25 |
| 6/10/2005 | ACE | Review and analysis of email from T. Theado re opt-outs postmarking | 0.25 |
| 6/10/2005 | ACE | Review and analysis of email from T. Theado re A. Engerman's hours and expenses | 0.25 |
| 6/13/2005 | ACE | Telephone conference with T. Theado re status | 0.25 |
| 6/14/2005 | ACE | Telephone conference with R. Gary, T. Theado, and T. Downie re procedural notices submitted by defense counsel; review and analysis of fax re same | 0.75 |
| 6/14/2005 | ACE | Review and analysis of email from T. Theado re FRAP 4(a)(4) | 0.25 |
| 6/14/2005 | ACE | Telephone conference with T. Theado re defendants' proposed motion | 0.25 |
| 6/20/2005 | ACE | Telephone conference with T. Theado re status | 0.25 |
| 6/23/2005 | ACE | Review and analysis of email from T. Theado re Schweitzer's late opt-out election | 0.25 |

| | | FEES | |
|---|---|---|---|
| Date | Timekeeper | Description | Hours |
| 7/21/2005 | ACE | Telephone conference with T. Theado re status | 0.50 |
| 7/25/2005 | ACE | Review and analysis of email from T. Theado re AK Steel's 2nd quarter 2005 results webcast | 0.25 |
| 7/25/2005 | ACE | Telephone conference with R. Gary and T. Theado re claims of 92 | 0.50 |
| 7/25/2005 | ACE | Review and analysis of court's orders of 7/25/05; telephone conferences with R. Gary and T. Theado re same | 0.50 |
| 7/27/2005 | ACE | Telephone conference with R. Gary and T. Theado re notices to the 92 and opt-outs | 0.50 |
| 7/31/2005 | ACE | Review and analysis of email from T. Theado re draft of comments re court's notice to opt-outs | 0.25 |
| 8/1/2005 | ACE | Telephone conference with T. Theado re draft of notice to 19 opt-outs | 0.25 |
| 8/4/2005 | ACE | Review and analysis of email from T. Theado re AK Steel's 2nd quarter 10-Q | 0.25 |
| 8/8/2005 | ACE | Review and analysis of email from T. Theado re plan status | 0.25 |
| 8/10/2005 | ACE | Telephone conference with T. Theado re parties' comments to additional notice to opt-outs | 0.25 |
| 8/25/2005 | ACE | Review and analysis of email from T. Theado re 8/24/05 court conference | 0.25 |
| 9/6/2005 | ACE | Telephone conference with T. Theado re email to J. West re settlement | 0.25 |
| 9/28/2005 | ACE | Review and analysis of email from T. Theado re draft of letter to inquiring 92er | 0.25 |
| 10/7/2005 | ACE | Telephone conference with T. Theado re letter to 92 | 0.25 |
| 10/24/2005 | ACE | Review and analysis of email from T. Theado re Patrick v. AK Steel | 0.25 |
| 10/26/2005 | ACE | Review and analysis of email from T. Theado re retirement study | 0.25 |
| 10/27/2005 | ACE | Review and analysis of email from T. Theado re retirement study | 0.25 |
| 11/18/2005 | ACE | Telephone conference with R. Gary, J. Naegele, and T. Theado re HR 2830; review and analysis of email from T. Theado re same | 0.75 |
| 11/22/2005 | ACE | Review and analysis of memo from T. Downie re HR 2830 | 0.50 |
| 11/24/2005 | ACE | Review and analysis of email from T. Theado re consolidations | 0.25 |
| 11/29/2005 | ACE | Review and analysis of email from T. Theado re consolidations | 0.25 |
| 11/30/2005 | ACE | Review and analysis of email from T. Theado re need for conference on federal legislation | 0.25 |
| 11/30/2005 | ACE | Review and analysis of email from T. Theado re federal pension legislative provisions | 0.25 |
| 11/30/2005 | ACE | Review and analysis of email from J. Engerman re federal pension legislation research | 0.25 |
| 12/2/2005 | ACE | Review and analysis of email from J. Engerman re pending federal pension legislation; telephone conference with J. Engerman re same | 0.50 |
| 12/2/2005 | ACE | Review and analysis of email from T. Theado re Senate proceedings on S 1783 | 0.25 |
| 12/2/2005 | ACE | Review and analysis of email from T. Theado re pension points on federal legislation | 0.25 |
| 12/3/2005 | ACE | Review and analysis of email from T. Theado re position paper | 0.25 |
| 12/5/2005 | ACE | Review and analysis of email from T. Theado re Rep. Thomas' comments re pending federal pension legislation | 0.25 |
| 12/5/2005 | ACE | Telephone conference R. Gary, T. Theado, and T. Downie re position paper | 0.75 |
| 12/5/2005 | ACE | Review and analysis of email from T. Theado re Sereboff | 0.25 |
| 12/5/2005 | ACE | Review and analysis of email from T. Theado re redrafted position paper | 0.25 |
| 12/6/2005 | ACE | Telephone conference with J. Engerman re pending federal pension legislation | 0.25 |
| 12/6/2005 | ACE | Review and analysis of email from T. Theado re President Bush's comments on pension legislation | 0.25 |
| 12/7/2005 | ACE | Review and analysis of email from T. Theado re Rep. Kaptur's remarks of 11/15/05 re pending federal pension legislation | 0.25 |
| 12/9/2005 | ACE | Telephone conference with R. Gary and T. Theado re case status | 0.25 |

## FEES

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/10/2005 | ACE | Telephone conference with T. Theado re issues | 0.25 |
| 12/10/2005 | ACE | Review and analysis of email from T. Theado re Judge Beckwith's docket and recent decisions | 0.25 |
| 12/14/2005 | ACE | Telephone conference with T. Theado re retroactive effects of pending federal pension legislation | 0.25 |
| 12/14/2005 | ACE | Telephone conference with R. Gary, T. Theado, T. Downie, and J. Engerman re "Dear Colleague" letter; review and analysis of email from T. Theado re same | 1.00 |
| 12/15/2005 | ACE | Telephone conferences with R. Gary, R. Naegele, and T. Theado re colloquy | 0.50 |
| 12/16/2005 | ACE | Review and analysis of email from T. Theado re status update re pension legislation | 0.50 |
| 12/17/2005 | ACE | Review and analysis of email from T. Theado re final version of HR 2830 and floor debate thereon | 0.25 |
| 12/19/2005 | ACE | Review and analysis of court order; telephone conferences with R. Gary, R. Naegele, and T. Theado re same | 0.25 |
| 12/19/2005 | ACE | Review and analysis of Dalesandro orders of 7/8/05 and email from T. Theado re same | 0.50 |
| 12/19/2005 | ACE | Telephone conference with T. Theado and J. Engerman re Dalesandro order | 0.25 |
| 12/20/2005 | ACE | Telephone conference with T. Theado re fee petition | 0.25 |
| 12/23/2005 | ACE | Review and analysis of email from T. Theado re Dalesandro filings | 0.50 |
| 12/26/2005 | ACE | Review and analysis of email from T. Theado re legal research for fee petition | 0.25 |
| 12/27/2005 | ACE | Review and analysis of email from T. Theado re pension legislation conferees | 0.25 |
| 12/29/2005 | ACE | Telephone conference with T. Theado re case status and near-term tasks | 0.25 |
| 1/4/2006 | ACE | Review and analysis of email from T. Theado re underpayment computations | 0.25 |
| 1/5/2006 | ACE | Review and analysis of email from T. Theado re status of damages roster and telephone conference re petition | 0.25 |
| 1/6/2006 | ACE | Review and analysis of email from T. Theado re 1/9/06 telephone conference | 0.25 |
| 1/9/2006 | ACE | Telephone conference with R. Gary, T. Theado, T. Downie and J. Engerman | 0.50 |

| | | | |
|---|---|---|---|
| **Total Hours:** | | | **113.25** |
| **Hourly Rate:** | | | **$ 600.00** |
| **Fees Total:** | | 113.25 Hours x $600/Hour = | **$ 67,950.00** |

## EXPENSES

| Description | Amount |
|---|---|
| Photocopying Expenses | $ 185.00 |
| Facsimile Expenses | $ 115.00 |
| FedEx Expenses | $ 330.00 |
| **Expenses Total:** | **$ 630.00** |
| **INVOICE TOTAL:** | **$ 68,580.00** |

# LAW OFFICES OF ALLEN C. ENGERMAN, P.C.
## 666 DUNDEE ROAD, SUITE 1200
## NORTHBROOK, ILLINOIS 60062
### TELEPHONE (847) 564-5555 • FACSIMILE (847) 564-4944

*West v. AK Steel Corp. Retirement Accumulation Pension Plan*
United States District Court, Southern District of Ohio, Case No. 1:02-cv-00001-SSB-TSB

**Summary of Services Rendered: 12/20/01 - 01/09/06**

| FEES | | | |
|---|---|---|---|
| **Attorney** | **Hours** | **Rate** | **Amount** |
| Allen C. Engerman | 113.25 | $ 600.00 | $ 67,950.00 |
| **Total Fees:** | | | **$ 67,950.00** |

| EXPENSES | |
|---|---|
| **Expense** | **Amount** |
| Photocopying Expenses | $ 185.00 |
| Facsimile Expenses | $ 115.00 |
| FedEx Expenses | $ 330.00 |
| **Total Expenses:** | **$ 630.00** |
| **TOTAL FEES & EXPENSES:** | **$ 68,580.00** |