IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

06 JAN 18 PM 3:48

John D. West, on Behalf Of Himself and All Other Persons Similarly Situated

          Plaintiffs,

vs.

AK Steel Corporation (formerly ARMCO) Retirement Accumulation Pension Plan, et al.

          Defendants.

Case No.: C-1-02-0001

District Judge Sandra S. Beckwith

Magistrate Judge Timothy S. Black

## DOCUMENTS FILED UNDER SEAL

Pursuant to the Court's Order entered on December 19, 2005 [Doc. No. 129] and consistent with Local Rule 79.3, the parties hereby jointly submit under seal the Parties' Roster of the 1,230 Class Members in *West v. AK Steel Corp. Retirement Accumulation Pension Plan* Showing Amount Owed Each Class Member. The parties are also filing a notice of this joint submission under seal of the aforementioned document via the Court's electronic filing system on this same date.

Respectfully submitted,

George E. Yund (0019714)
Trial Attorney for Defendants
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182
(513) 651-6824

Thomas R. Theado (0013937), Plaintiff's Trial Attorney and Class Counsel /per e-mail authorization on 1/18/05
Robert D. Gary (0019610)
Jori Bloom Naegele (0019602)
Thomas A. Downie (0033119)
GARY, NAEGELE & THEADO, LLC
446 Broadway Avenue
Lorain, Ohio 44052-1797
Ph: 440-244-4809
Fx: 440-244-3462

| | |
|---|---|
| Robert D. Wick<br>Covington & Burling<br>1201 Pennsylvania Avenue<br>Washington, DC 20004-2401<br>(202) 662-6000 | Allen C. Engerman<br>Law Offices of Allen C. Engerman, P.C.<br>666 Dundee Road-# 1200<br>Northbrook, Illinois 60062<br>Ph:847-564-5555<br>Fx:847-564-4944 |
| Attorney for Defendants | Attorney for Plaintiffs |

CINLibrary 0001590.0528818  1593124v.1