```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      WESTERN DIVISION
```

```
JOHN D. WEST, on Behalf of         :
Himself and All Other Persons      :
Similarly Situated                 :
                                   :
            Plaintiff,             :
                                   :
       vs.                         :   Case 1:02-cv-0001
                                   :
AK STEEL CORPORATION               :
RETIREMENT ACCUMULATION PENSION    :
PLAN, et al.                       :
                                   :
            Defendant.             :
```

## ORDER

The parties have filed a joint motion to continue all additional briefing on Plaintiff's attorneys' fee motions (Doc. 136). For the reasons stated in that motion, the Court orders that all further briefing on the attorney's fee motions, Docs. 131 and 132, is stayed pending further Order of the Court. The Court also orders that Plaintiff shall file a response to Defendant's motion to defer consideration of the fee motions (Doc. 135) on or before February 14, 2006.

    SO ORDERED.

DATED: February 8, 2006                s/Sandra S. Beckwith
                                       Sandra S. Beckwith, Chief Judge
                                         United States District Court