# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| John D. West, on Behalf of Himself and All Other Persons Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:02-cv-0001 |
| v. | ) ) | Judge: Hon. Sandra S. Beckwith |
| AK Steel Corporation Retirement Accumulation Pension Plan, and | ) ) ) ) | Magistrate Judge: Timothy S. Black |
| AK Steel Corporation Benefit Plans Administrative Committee | ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF MANUAL FILING OF NOTICE OF APPEAL

Please take notice that Defendants AK Steel Corporation Retirement Accumulation Pension Plan, and AK Steel Corporation Benefit Plans Administrative Committee manually filed a Notice of Appeal in the above-captioned case.

Respectfully submitted,

/s George E. Yund
George E. Yund (0017714)
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182
(513) 651-6824
gyund@fbtlaw.com

*Trial Attorney for Defendants*

1

Robert D. Wick
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
(202) 662-6000
rwick@cov.com

Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2006, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed by U.S. Mail to those parties who are not served via the Court's electronic filing system.

/s George E. Yund

CINLibrary 1619617v.1