Fri Mar 24 15:26:58 2006

UNITED STATES DISTRICT COURT
CINCINNATI, OH

Receipt No.    100 430044
Cashier        eml

Check Number:  357223

DD Code    Div No
4661       1

Sub Acct  Type Tender         Amount
1:086900   N    2              105.00
2:510000   N    2              150.00

Total Amount          $       255.00

George Yund

1:02cv0001

Fri Mar 24 15:26:58 2006

Check No.  357223
Amount $   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661