UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John D. West, on Behalf of Himself and All Other Persons Similarly Situated,<br><br>                                    Plaintiffs,<br>v.<br>AK Steel Corporation (Formerly ARMCO Inc.) Retirement Accumulation Pension Plan, a part of the AK Steel Corporation (Formerly ARMCO Inc.) Noncontributory Pension Plan, and<br><br>AK Steel Corporation Benefit Plans Administrative Committee,<br><br>                                    Defendants | Case No.: C-1-02-0001<br><br>Judge: Hon. Sandra S. Beckwith<br><br>Magistrate Judge: Timothy S. Black |

**NOTICE OF MANUAL FILING OF SEALED DOCUMENTS**

Please take notice that, pursuant to the Court's prior orders and Local Rule 79.3, Defendants are manually filing the following documents under seal:

Exhibit A to the Motion to Stay Execution of Judgment, Declaration of Albert E. Ferrara, Jr.;

Exhibit 1 to the Declaration of Frederick G. Sandstrom, Opinion Letter from Keightley & Ashner LLP;

Exhibit 2 to Declaration of Frederick G. Sandstrom, Letter Agreement signed by counsel for the parties;

Respectfully submitted,

| | |
|---|---|
| Robert D. Wick<br>David A. Barker<br>Attorneys for Defendants<br>Covington & Burling<br>1201 Pennsylvania Avenue<br>Washington, DC  20004-2401<br>(202) 662-6000<br>rwick@cov.com | s/ George E. Yund<br>George E. Yund (0017714)<br>Trial Attorney for Defendants<br>FROST BROWN TODD LLC<br>2200 PNC Center<br>201 East Fifth Street<br>Cincinnati, OH 45202<br>(513) 651-6838<br>gyund@fbtlaw.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2006, I electronically filed the foregoing Notice of Manual Filing of Sealed Documents with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic fling system and copies will be mailed via U.S. Mail to those parties who are not served via the Court's electronic filing system.

Respectfully submitted,

s/ George E. Yund
George E. Yund (0017714)
Trial Attorney for Defendants
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
(513) 651-6838
gyund@fbtlaw.com

CINLibrary 0001590.0528818  1654690v.1