# Exhibit A

Case 1:02-cv-00001-SSB-TSB   Document 149-2   Filed 07/28/2006   Page 1 of 2

# EXHIBIT A

# DECLARATION OF ALBERT E. FERRARA, JR.

# FILED UNDER SEAL