UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

'06 JUL 31 AM 8: 31

U.S.
SOUTH... ...URT
WEST DIV OHIO
CINCINNATI

John D. West, on Behalf of Himself )
and All Other Persons Similarly Situated, )
)
Plaintiff, ) Case No. 1:02-cv-0001
)
v. ) Judge: Hon. Sandra S. Beckwith
)
AK Steel Corporation Retirement ) Magistrate Judge: Timothy S. Black
Accumulation Pension Plan, et al. )
) [PROPOSED] ORDER
Defendants. )

Defendants' Motion to Stay Execution of Judgment Pending Appeal Without Posting of Supersedeas Bond (Dkt. no. 148) is GRANTED.

Pursuant to Fed. R. Civ. P 62(d), execution of the Court's March 29, 2006 Amended Final Judgment (Dkt. no. 145) is STAYED. No execution shall issue upon the Court's Amended Final Judgment, nor shall proceedings be taken for its enforcement, until the United States Court of Appeals for the Sixth Circuit issues its mandate in Defendants' appeal from that judgment (6th Cir. no. 06-3442).

**IT IS SO ORDERED.**

DATED: 7/31/06

Honorable Sandra S. Beckwith
Chief Judge, United States District Court