FILED
APR 20 2007
LEONARD GREEN, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 06-3442

JOHN D. WEST, on behalf of himself and all others similarly situated,
    Plaintiff - Appellee,

v.

AK STEEL CORPORATION (formerly Armco Inc.) RETIREMENT ACCUMULATION PENSION PLAN and AK STEEL CORPORATION BENEFIT PLANS ADMINISTRATIVE COMMITTEE,
    Defendants - Appellants.

Before: COLE, CLAY, and GILMAN, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

ENTERED BY ORDER OF THE COURT

Leonard Green, Clerk