IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John D. West, on Behalf of Himself and All Other Persons Similarly Situated, Plaintiffs, | Case No. C-1-02-0001 |
| v. | District Judge Sandra S. Beckwith |
| AK Steel Corporation Retirement Accumulation Pension Plan, et al., Defendants | |

[PROPOSED]
ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
FOR A SUPPLEMENTAL AWARD OF
STATUTORY ATTORNEY'S FEES

For good cause shown, Plaintiffs' Unopposed Motion for a Supplemental Award of Statutory Attorney's Fees is granted. Within five business days of the entry of this Order, Defendants shall pay to Class Counsel the sum of $73,341.45 as and for attorney fees under ERISA § 502(g), 29 U.S.C. § 1132(g).

**IT IS SO ORDERED.**

DATED: 8/25/10

Sandra S. Beckwith, Judge
United States District Court